## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:15-cv-765

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,
AND MICHELE ZEIER, AN INDIVIDUAL,

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record.

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

EDWARD K. QUICK

DATED at Denver, Colorado this 14th day of April, 2015.

    /s/ Matthew Z. Crotty
    MATTHEW Z. CROTTY
    CROTTY & SON LAW FIRM, PLLC
    905 W. Riverside Ave. Ste 409
    Spokane, WA 99201
    Telephone: 509 850 7011
    Matt@crottyandson.com