AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MS. MICHELE ZEIER, DIRECTOR OF LABOR RELATIONS FRONTIER AIRLINES, INC.
was received by me on *(date)* 04/14/15.

☑ I personally served the summons on the individual at *(place)* 7001 TOWER ROAD, DENVER CO 80249
on *(date)* 04/17/15 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 59.00 for travel and $ _____ for services, for a total of $ 59.00.

I declare under penalty of perjury that this information is true.

Date: 04/20/15

*Server's signature*

V. LEE GAINES, PROCESS SERVER
*Printed name and title*

6324 PIERCE ST., ARVADA, CO 80003
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FRONTIER AIRLINES, INC., C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT
was received by me on *(date)* 04/14/15.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* PAM TRUJILLO, AGENT FOR SERVICE, who is designated by law to accept service of process on behalf of *(name of organization)* REGISTERED AGENT, CORPORATION SERVICE COMPANY on *(date)* 04/16/15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 59.00 for travel and $ _____ for services, for a total of $ 59.00.

I declare under penalty of perjury that this information is true.

Date: 04/20/15

Server's signature

V Lee Gaines, Process Server
Printed name and title

6324 Pierce St. Arvada CO 80003
Server's address

Additional information regarding attempted service, etc: