IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

    Defendants.

## ENTRY OF APPEARANCE

Brian M. Mumaugh, of the law firm of Holland & Hart LLP, hereby enters his appearance on behalf of Defendants Frontier Airlines Inc. and Michelle Zeier (collectively, "Defendants").

Dated this 29th day of April, 2015.

    Respectfully submitted,

*s/Brian M. Mumaugh*
Brian M. Mumaugh
HOLLAND & HART LLP
6380 South Fiddlers Green Circle, #500
Greenwood Village, CO  80111
Telephone:  (303) 290-1600
Facsimile:   (303) 713-6255
bmumaugh@hollandhart.com

**ATTORNEYS FOR DEFENDANTS**

-2-

### CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2015, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Thomas Gregory Jarrard, Esq.
Law Office of Thomas G. Jarrard
1020 North Washington Street
Spokane, WA  99201-2237
tjarrard@att.net

Matthew Zachary Crotty
Crotty & Son, PLLC
421 West Riverside Avenue
Suite 1005
Spokane, WA  99201
matt@crottyandson.com

s/*Brian M. Mumaugh*
Brian M. Mumaugh
HOLLAND & HART LLP
6380 South Fiddlers Green Circle, #500
Greenwood Village, CO  80111

7754569_1