IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

    Defendants.

## ENTRY OF APPEARANCE

Bradford J. Williams, of the law firm of Holland & Hart LLP, hereby enters his appearance on behalf of Defendants Frontier Airlines Inc. and Michelle Zeier (collectively, "Defendants").

Dated this 29th day of April, 2015.

    Respectfully submitted,

*s/Bradford J. Williams*
Bradford J. Williams
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202
Telephone: (303)295-8000
Facsimile: (720) 223-3271
bjwilliams@hollandhart.com

**ATTORNEYS FOR DEFENDANTS**

-2-

### CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2015, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Thomas Gregory Jarrard, Esq.
Law Office of Thomas G. Jarrard
1020 North Washington Street
Spokane, WA  99201-2237
tjarrard@att.net

Matthew Zachary Crotty
Crotty & Son, PLLC
421 West Riverside Avenue
Suite 1005
Spokane, WA  99201
matt@crottyandson.com

                                                                        s/*Bradford J. Williams*
                                                                        Bradford J. Williams
                                                                        HOLLAND & HART LLP
                                                                        555 Seventeenth Street, Suite 3200
                                                                        Denver, Colorado  80202

7754566_1