**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

    Defendants.

---

### *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

    Defendants, by their attorneys, Holland & Hart LLP, hereby move this Court for an extension of time up to and including May 27, 2015 to answer or otherwise respond to the Complaint in the above-captioned matter. This motion for extension of time is unopposed.

    As grounds for this motion, Defendants state as follows:

    1.    The Complaint in this case was filed on April 13, 2015. Defendants were served on April 16, 2015 (Frontier Airlines) and April 17, 2015 (Michelle Zeier) and therefore, Answers would be due by May 7 and May 8, 2015, respectively.

    2.    Defendants and undersigned counsel seek an extension of time up to and including May 28, 2015 in order for counsel to investigate a significant course of factual matters as alleged in the Complaint, and prepare the Answer(s) thereto. No other extensions of time have been sought by Defendants, and granting this motion will not prejudice any of the parties or the Court.

3. Pursuant to D.C. Colo. L.Civ. R. 7.1(a), counsel for Defendants has conferred with counsel for Plaintiff, who indicated that Plaintiff will not oppose the extension of time sought herein.  Pursuant to such conference, Defendants do intend to answer the Complaint prior to filing any other response or motion.

4. Pursuant to D.C. Colo. L.Civ. R. 6.1.(a), this extension is effective upon filing unless otherwise ordered.

5. In accordance with D.C. Colo. L.Civ. R. 6.1.(c), a copy of this motion has been served on each Defendant.

6. WHEREFORE, Defendants respectfully request an extension of time up to and including May 8, 2015 to answer the Complaint in the above-captioned matter.

DATED: April 29, 2015.

    Respectfully submitted,

*s/William R. Dabney* _____
William R. Dabney
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado  80202
Telephone:  (303) 295-8000
Facsimile:   (720) 235-0229
wrdabney@hollandhart.com

*s/Bradford J. Williams* _____
Bradford J. Williams
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado  80202
Telephone:  (303) 295-8000
Facsimile:   (303) 223-3271
bjwilliams@hollandhart.com

-3-

*s/Brian Mumaugh*
Brian Mumaugh
HOLLAND & HART LLP
6380 South Fiddlers Green Circle, Suite 500
Greenwood Village, Colorado  80111
Telephone:  (303) 290-1600
Facsimile:   (303) 713-6255
bmumaugh@hollandhart.com

**ATTORNEYS FOR DEFENDANTS**

-4-

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 29, 2015, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Thomas Gregory Jarrard, Esq.
Law Office of Thomas G. Jarrard
1020 North Washington Street
Spokane, WA  99201-2237
tjarrard@att.net

Matthew Zachary Crotty, Esq.
Crotty & Son, PLLC
421 West Riverside Avenue
Suite 1005
Spokane, WA  99201
matt@crottyandson.com

Frontier Airlines, Inc.
7001 Tower Road
Denver, CO  80249
jpeter@flyfrontier.com

Michelle Zeier
Frontier Airlines, Inc.
7001 Tower Road
Denver, CO  80249
Michelle.Zeier@flyfrontier.com

            s/*William R. Dabney* _____
            William R. Dabney
            HOLLAND & HART LLP
            555 Seventeenth Street, Suite 3200
            Denver, Colorado  80202

7754392_1.doc