IN THE UNITED STATES DISTRICT COURT<br/>FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

      Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

      Defendants.

---

**DEFENDANT FRONTIER AIRLINES, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Defendant Frontier Airlines, Inc. is a for-profit corporation headquartered in Denver, Colorado. Frontier Airlines, Inc., is a wholly-owned subsidiary of Frontier Airlines Holdings, Inc., a Delaware corporation. No publicly traded entity holds 10% or more of the stock of Defendant Frontier Airlines, Inc.

Dated this 26 day of June, 2015.

      Respectfully submitted,

      *s/William R. Dabney*
      William R. Dabney
      HOLLAND & HART LLP
      555 Seventeenth Street, Suite 3200
      Denver, Colorado 80202
      Telephone: (303)295-8000
      Facsimile: (720) 235-0229
      wrdabney@hollandhart.com

*s/Brian M. Mumaugh*

Brian M. Mumaugh
HOLLAND & HART LLP
6380 South Fiddlers Green Circle, #500
Greenwood Village, CO  80111
Telephone:  (303) 290-1600
Facsimile:  (303) 713-6255
bmumaugh@hollandhart.com

*s/Bradford J. Williams*

Bradford J. Williams
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado  80202
Telephone:  (303)295-8000
Facsimile:  (720) 223-3271
bjwilliams@hollandhart.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2015, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Thomas Gregory Jarrard, Esq.
Law Office of Thomas G. Jarrard
1020 North Washington Street
Spokane, WA  99201-2237
tjarrard@att.net

Matthew Zachary Crotty
Crotty & Son, PLLC
421 West Riverside Avenue
Suite 1005
Spokane, WA  99201
matt@crottyandson.com

s/*William R. Dabney*
William R. Dabney
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado  80202

7879325_1