IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 15-cv-00765-REB-KMT | Date: | July 15, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                                    *Counsel:*

EDWARD K. QUICK,                                                          Thomas Jarrard

   Plaintiff,

v.

FRONTIER AIRLINES, INC., and                                        William Dabney
MICHELE ZEIER, and individual,

   Defendants.

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**9:48 a.m.         Court in session.**

Court calls case. Appearances of counsel.

Counsel confirm initial disclosures have been exchanged.

Discussion regarding e-discovery.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Each side shall be limited to 10 depositions, excluding experts.
Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.
Each party shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.

Final Pretrial/Trial Preparation Conference is set for May 20, 2016 at 2:30 p.m. and a 5 day jury trial is set for June 6, 2016 at 8:30 a.m. before District Judge Robert E. Blackburn.  A separate written order will be issued.

Joinder of Parties/Amendment to Pleadings:   August 29, 2015
Discovery Cut-off:     January 18, 2016  (except the depositions of damages expert witnesses may not be subject to this deadline, but instead may be completed 45 days before trial, at the parties' option.)
Dispositive Motions Deadline:   February 19, 2016
Each side shall be limited to 3 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts:     October 15, 2015
Disclosure of Rebuttal Experts:         November 16, 2015

Discussion regarding IME issue, subpoena issued to counsel Brian Mumaugh, relevancy of military records.

Court states its practice regarding discovery disputes.

Written Discovery shall be served by December 15, 2015 or 33 days prior to the discovery cut off, whichever date is later.

Court states its practice regarding settlement conference.

**Scheduling Order entered.**

**10:37 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:49

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.

2