**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

     Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

     Defendants.

---

**STIPULATION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S FIRST SETS OF DISCOVERY REQUESTS**

---

Pursuant to D.C.COLO.LCivR 6.1(a), Plaintiff Edward Quick and Defendants Frontier

Airlines, Inc. and Michelle Zeier, by and through counsel, hereby respectfully submit this

Stipulation for Extension of Time to Respond to Plaintiff's First Sets of Written Discovery

Requests to both Defendants.  As grounds for this Stipulation, Plaintiff and Defendants state as

follows:

1.     Counsel for Plaintiff and Defendants have conferred pursuant to

D.C.COLO.LCIVR 6.1(a), and each party agrees to this Stipulation.

2.     Defendants' responses to Plaintiff's First Set of Written Discovery Requests are

currently due on or before August 5, 2015.

3.     Defendants require additional time to prepare its responses to Plaintiff's First Sets

of Written Discovery Requests.

-2-

4.      Pursuant to D.C.COLO.LCIVR 6.1(a), Plaintiff and Defendants hereby stipulate to a 6-day extension of time, to and including **August 11, 2015**, within which Defendants may respond to Plaintiff's First Sets of Written Discovery Requests.

5.      Defendants have not previously requested any extensions of time to respond to Plaintiff's First Sets of Written Discovery Requests.  No extension in this Stipulation exceeds 21-days beyond the time limits prescribed by the Federal Rules of Civil Procedure.  As such, this Stipulation is effective upon filing pursuant to D.C.COLO.LCIVR 6.1(a).

6.      Pursuant to D.C.COLO.LCIVR 6.1(c), counsel for Defendants is contemporaneously serving a copy of this Stipulation upon Defendants.

DATED: August 3rd, 2015.

Respectfully submitted,                                                    Respectfully submitted,


**Law Office of Thomas G. Jarrard**                          **Holland & Hart LLP**


*s/Thomas Jarrard*                                                         *s/William R. Dabney*
Thomas Gregory Jarrard, Esq.                               William R. Dabney
Law Office of Thomas G. Jarrard                           Brian S. Mumaugh
1020 North Washington Street                               Bradford J. Williams
Spokane, WA  99201-2237                                    Holland & Hart LLP
tjarrard@att.net                                                       555 17th Street, Suite 3200
                                                                              Denver, CO 80202
Matthew Zachary Crotty                                       303-295-8000
Crotty & Son, PLLC                                             wrdabney@hollandhart.com
421 West Riverside Avenue                                  bmumuagh@hollandhart.com
Suite 1005                                                            bjwilliams@hollandhart.com
Spokane, WA  99201
matt@crottyandson.com                                       **Attorneys for Defendants**
**Attorneys for Plaintiff**

-2-

**Certificate Of Service**

I hereby certify that on August 3, 2015, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Thomas Gregory Jarrard, Esq.
Law Office of Thomas G. Jarrard
1020 North Washington Street
Spokane, WA  99201-2237
tjarrard@att.net

Matthew Zachary Crotty, Esq.
Crotty & Son, PLLC
421 West Riverside Avenue
Suite 1005
Spokane, WA  99201
matt@crottyandson.com

I hereby certify that on August 3, 2015, I have caused the foregoing to be served via email to the following:

Frontier Airlines, Inc.
7001 Tower Road
Denver, CO  80249
jpeter@flyfrontier.com

Michelle Zeier
Frontier Airlines, Inc.
7001 Tower Road
Denver, CO  80249
Michelle.Zeier@flyfrontier.com

s/*William R. Dabney* _____
William R. Dabney
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado  80202

7969708_1