IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

    Defendants.

## UNOPPOSED MOTION FOR REVISED PROTECTIVE ORDER

Edward Quick ("Plaintiff"), and Defendants Frontier Airlines, Inc. and Michelle Zeier ("Defendants"), move this Court to enter the attached revised proposed Stipulated Protective Order, and as grounds therefore, state as follows:

1.    Plaintiff Edward Quick ("Plaintiff") seeks certain information from Defendants in discovery which Defendants contend is non-public, and which may implicate the interests of third parties who are not involved in this litigation (collectively, "Confidential Information").

2.    Undersigned counsel has conferred with Plaintiff's counsel, and represents that Plaintiff does not object to this request for a Protective Order and acknowledges that he may also need to produce Confidential Information in the case.

3.    The Parties have agreed to the revised proposed Stipulated Protective Order filed contemporaneously with this Motion.

4.    As set forth in Paragraph 7 of the revised proposed Stipulated Order submitted herewith, the parties intend to fully comply with D.C.ColoL.CivR. 7.2. if the necessity arises.

-2-

5.      Also as set forth in the revised proposed Stipulated Protective Order, the parties have agreed that a producing party may designate documents or information as "Confidential" and the receiving party may accept such designation while reserving all rights to dispute whether the information in question is, in fact, confidential.

6.      Pursuant to the Court's Minute Order of October 23, 2015, the parties have revised their original proposed order, and have now agreed to a procedure for objecting to CONFIDENTIAL designations, as specified in the Court's Minute Order and as now stated in paragraph 6 of the revised proposed Stipulated Protective Order.

WHEREFORE, Defendants hereby move the Court to accept the revised proposed Stipulated Protective Order, a copy of which is being tendered to the Court with this Motion. Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the parties respectfully request that the Court enter the proposed Stipulated Protective Order as an order of this Court.

DATED: October 26, 2015.

Respectfully submitted,

*s/William R. Dabney* _____
William R. Dabney
Brian M. Mumaugh
Bradford J. Williams
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado  80202
Telephone:  (303) 295-8000
Facsimile:   (720) 235-0229
wrdabney@hollandhart.com
bmumaugh@hollandhart.com
bjwilliams@hollandhart.com

**ATTORNEYS FOR DEFENDANTS**

-3-

### CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2015, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Thomas Gregory Jarrard, Esq.
Law Office of Thomas G. Jarrard
1020 North Washington Street
Spokane, WA  99201-2237
tjarrard@att.net

Matthew Zachary Crotty
Crotty & Son, PLLC
421 West Riverside Avenue
Suite 1005
Spokane, WA  99201
matt@crottyandson.com

s/*William R. Dabney*
William R. Dabney
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado  80202