**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

Defendants.

---

# DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF

---

Defendants Frontier Airlines Inc. and Michele Zeier, by and through their attorneys Holland & Hart LLP, submits the following discovery requests to Plaintiff to be answered in accordance with F.R.C.P. 33, 34 and 36, and the definitions and instructions set forth below:

## DEFINITIONS AND INSTRUCTIONS

1. "You" or "Your" mean Plaintiff and all other persons purporting or authorized to act on his behalf.

2. "Identify" when used with respect to a person, means to give the person's name, present or last known address and telephone number, and the position and business affiliation of the person at the time of his/her actions in connection with the matters alleged in this action.

3. "Communication" means any oral or written exchange of information, including, without limitation, discussions by telephone, and communications by mail, facsimile, electronic mail, telegram, or any other means. "Communications" includes all "documents" as defined below.

EXHIBIT 2

4. In answering or objecting to these requests, please type the request being answered or objected to immediately before your response.

5. If the answer to any request is that you lack knowledge of the requested information, describe all efforts made by you to obtain the information necessary to answer the request.

6. If any request cannot be complied with in full, then please respond to the fullest extent possible, specifying the reasons for your inability to respond fully and identifying the date by which you will make a complete response.

7. If an objection is made with regard to any information, documents or items sought, state the nature of the objection and legal authority therefore.

8. In the event that any document is not produced by you by reason of a claim of privilege, please state the following and produce the required privilege log:

a. Date of the document.

b. Author of the document.

c. Addressee of the document.

d. Type of document (e.g., record, letter, statement).

e. Nature of the privilege claimed.

f. Identity of the person or entity asserting the privilege.

9. The term "document" means all written or recorded material of any kind in your possession, custody or control, or within your knowledge, including, without limitation, statements, letters, correspondence, lists, payroll documents, memoranda, notes, reports, interoffice communications, calendar and diary entries, chronologies, appointment books,

messages, summaries or abstracts, video or audio recordings, any notes or writings pertaining to any meetings, or other oral or telephone communication, electronic mail, any data or information stored or saved on any computer hard disk, floppy disk, tape, or other medium, any computer print-outs, and all other documentary material, including non-identical copies and drafts of documents.

10. The term "identify," when referring to a person, means to state the person's full name, current home address and telephone number, current business address and telephone number, occupation, and position/job title. If Defendant is unable, after earnest effort, to secure the home and/or business address and telephone number of the identified person, Defendant shall supply the person's last known home and/or business address and telephone number, and the name and location of the person's last known employer.

11. "Describe" when used with respect to a communication, act or conduct, means to give, state or identify the following:

    a. The date of the communication, act or conduct, where it took place, and the person or persons present;

    b. If a communication, the words or substance of the communication, the person making each of the particular statements so listed, the mode of the communication (*e.g.*, in writing, telephone, in person) and the location of each of the participants;

    c. If an act or conduct, the details of the act or conduct being described and what each participant in such act or conduct did; and

    d. Any document evidencing or reflecting any communication, act or conduct described in response to, or called for by, the interrogatory requesting you to describe the communication, act or conduct.

12. These requests shall be deemed continuing so as to require a supplemental response to the extent you receive, generate or discover additional information between the time of your original request and the time of trial, including the discovery of any additional documents that are responsive to any request contained herein.

**TIME AND PLACE OF PRODUCTION**

The requested documents should be produced for inspection and copying at the offices of Holland & Hart LLP, 555 17th Street, Suite 3200, Denver, Colorado, 80202 within 30 days of service of this request in accordance with applicable rules.

**REQUESTS FOR PRODUCTION**

**Request for Production No. 16:** Please produce copies of all materials relating to all of your applications and/or awards or denials of Social Security Disability Insurance ("SSDI") benefits which you have sought at any time, including all applications (whether generated by you or someone on your behalf), questionnaires, forms, reports, correspondence or other documents, and all pleadings, notices or correspondence of any kind relating to your SSDI awards or denials.

**Request for Production No. 17:** Please sign and return the authorizations for release of social security records attached hereto.

Dated this 20th day of October, 2015.

Respectfully submitted,

[signature]

William R. Dabney
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202
Telephone: (303)295-8000
Facsimile: (720) 235-0229
wrdabney@hollandhart.com

*s/Brian M. Mumaugh*
Brian M. Mumaugh
HOLLAND & HART LLP
6380 South Fiddlers Green Circle, #500
Greenwood Village, CO 80111
Telephone: (303) 290-1600
Facsimile: (303) 713-6255
bmumaugh@hollandhart.com

*s/Bradford J. Williams*
Bradford J. Williams
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202
Telephone: (303)295-8000
Facsimile: (720) 223-3271
bjwilliams@hollandhart.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2015, I have caused to be electronically served via email (by agreement) the foregoing Defendants' Second Set of Requests for Production to Plaintiff to the following e-mail addresses:

Thomas Gregory Jarrard, Esq.
Law Office of Thomas G. Jarrard
1020 North Washington Street
Spokane, WA 99201-2237
tjarrard@att.net

Matthew Zachary Crotty
Crotty & Son, PLLC
421 West Riverside Avenue
Suite 1005
Spokane, WA 99201
matt@crottyandson.com

William R. Dabney
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202

Social Security Administration

Form Approved
OMB No. 0960-0566

## Consent for Release of Information

You must complete all required fields. We will not honor your request unless all required fields are completed. *(*signifies a required field).*

**TO: Social Security Administration**

| Edward K. Quick | [redacted] | [redacted] |
|---|---|---|
| ***My Full Name** | ***My Date of Birth (MM/DD/YYYY)** | ***My Social Security Number** |

I authorize the Social Security Administration to release information or records about me to:

***NAME OF PERSON OR ORGANIZATION:**
William Dabney, Esq.
Holland & Hart LLP

***ADDRESS OF PERSON OR ORGANIZATION:**
555 17th Street
Suite 3200
Denver, CO 80202

***I want this information released because:** Regarding my legal proceedings against Frontier Airlines,Inc
We may charge a fee to release information for non-program purposes.

***Please release the following information selected from the list below:**
You must specify the records you are requesting by checking at least one box. We will not honor a request for "any and all records" or "my entire file." Also, we will not disclose records unless you include the applicable date ranges where requested.

1. ☒ Social Security Number
2. ☒ Current monthly Social Security benefit amount
3. ☒ Current monthly Supplemental Security Income payment amount
4. ☒ My benefit or payment amounts from date 06/01/2007 to date 10/20/15
5. ☒ My Medicare entitlement from date 06/01/2007 to date 10/20/15
6. ☒ Medical records from my claims folder(s) from date 06/01/2007 to date 10/20/15
   If you want us to release a minor child's medical records, do not use this form. Instead, contact your local Social Security office.
7. ☒ Complete medical records from my claims folder(s)
8. ☒ Other record(s) from my file **(you must specify the records you are requesting, e.g., doctor report, application, determination or questionnaire)**
   Applications for SSDI and Medicare Benefits, all supporting docs & medical reports pertaining to those applications, and Determinations on such applications.

**I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004)) that I have examined all the information on this form, and any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeks or obtain access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.**

***Signature:** ______________________ ***Date:** ____________

***Address:** ______________________

**Relationship (if not the subject of the record):** ____________ ***Daytime Phone:** ____________

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

Social Security Administration

**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

**Instructions for Using this Form**

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company). If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child, you may complete this form to release only the minor's non-medical records. We may charge a fee for providing information unrelated to the administration of a program under the Social Security Act.

**NOTE:** Do not use this form to:

- Request the release of medical records on behalf of a minor child. Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or
- Request detailed information about your earnings or employment history. Instead, complete and mail form SSA-7050-F4. You can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

**How to Complete this Form**

We will not honor this form unless all required fields are completed. An asterisk (*) indicates a required field. Also, we will not honor blanket requests for "any and all records" or the "entire file." You must specify the information you are requesting and you must sign and date this form. We may charge a fee to release information for non-program purposes.

- Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the requested information pertains.
- Fill in the name and address of the person or organization where you want us to send the requested information.
- Specify the reason you want us to release the information.
- Check the box next to the type(s) of information you want us to release including the date ranges, where applicable.
- You, the parent or the legal guardian acting on behalf of a minor child or legally incompetent adult, must sign and date this form and provide a daytime phone number.
- If you are not the individual to whom the requested information pertains, state your relationship to that person. We may require proof of relationship.

**PRIVACY ACT STATEMENT**

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form. We will use the information you provide to respond to your request for access to the records we maintain about you or to process your request to release your records to a third party. You do not have to provide the requested information. Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent. We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information. However, the Privacy Act (5 U.S.C. § 552a(b)) permits us to disclose the information you provide on this form in accordance with approved routine uses, which include but are not limited to the following:

1. To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and or coverage;
2. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level;
3. To comply with Federal laws requiring the disclosure of the information from our records; and,
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer. Computer matching programs compare our records with those of other Federal, State, or local government agencies. We use information from these matching programs to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorrect payments or overpayments under these programs. Additional information regarding this form, routine uses of information, and other Social Security programs is available on our Internet website, www.socialsecurity.gov, or at your local Social Security office.

**PAPERWORK REDUCTION ACT STATEMENT**

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TYY 1-800-325-0778).** You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. ***Send only comments relating to our time estimate to this address, not the completed form.***