

## USERRA/VP
## REPORT OF CONTACT
U.S. Department of Labor, Veterans' Employment & Training Service

**CASE:** Ed Quick

**FILE NUMBER:**

**REPORT OF:**

| | | | |
|---|---|---|---|
| ☐ | Attempted Contact | ☐ | Closing Conference |
| ☐ | Personal Interview | ☐ | Records Check |
| ☒ | Telephone Interview | ☐ | Other (Specify) |
| ☐ | Mediation/Conciliation Conference | ☐ | |

| Date Conducted: 01-14-2015 | Time: 9:30a.m. | Phone: 720-982-3728 |
|---|---|---|
| **Place Conducted:** | | **Email:** |
| 2864 S. Circle Dr. Suite 375 Colorado Springs, CO 80906 | **Name(s):** Ed K. Quick | |
| I understand that my statement and identity will be kept confidential to the maximum extent possible under existing law. | | |

**Statement as follows:** Received a telephone call from Mr. Ed K. Quick at 9:30a.m. Mr. Quick contacted the office seeking technical assistance with an issue with his employer. Mr. Quick stated that the issue was regarding his retirement payment. Mr. Quick stated that he works for Frontier Airlines as a pilot and was recently release from the military trying to get reinstated. Mr. Quick was asked if he provide more details into the issue and the problem that he is having with his employer.

> Response: Ok there were a lot of things that were going on at that time. I was in the process of upgrading my airframe rating. Then I got deployed, and while I was deployed I was injured. Now I trying to retire from the airline and they demoted my rank to 1st officer while I was on active duty orders.

Q. Can you be more specific, when did these events occur?
> Response: Ok, here's what happen and when.

1. March 2007, he stated that he was looking to upgrade his pilot rating and receive his qualifications on multiple engine airframes. At the time held the rated position as Captain. All his paperwork, status, rating, and wages were reported as that of a Captain.

2. As part of the process he started his training in house with Frontier Airline on their airline simulator.

3. While in training he stated that he had been unsuccessful, and had failed twice in attempting to pass his training course. Training that was a necessary requirement for the positon, and required for all pilots attempting to upgrade multiengine airframes operations.

VETS Form 1063

Exhibit # _____ Page 1 of 3

FOIA0006
EXHIBIT 3

4. Mr. Quick stated that at the time of his training and according to the Collective Bargaining Agreement (CBA) during this period. "A pilot after a period of 70 days can still be retained at his current rank, rating, status, and pay." A category he stated that he fell into while in training.

5. If there was an issue with a pilots training progress. The issue would be addressed by the company's The Board of Review (TBR) members. Members, consisting of a body of his peers charged in addressing all pilots' qualification and training proficiency.

6. Mr. Quick stated that because he failed to pass his simulator training the matter would be sent to the TBR. During the TBR review process they would be the governing body that would decide what were the issues, and provide a recommendation to address the problem.

7. June 2007, Mr. Quick stated that it was during this month, when he failed to pass his pilot training proficiency for upgrade to multiengine airframes. Also during the month of June, Mr. Quick stated the he was notified and received his military activation orders to report for operations in support of Operation Iraqi Freedom, and Enduring Freedom.

8. July 2007, Mr. Quick stated that he received a letter from his employer to report before the TBR. The TBR was convening to address his qualification training proficiency failure. Mr. Quick stated at the time he received his notification letter from his employer, he was already on military orders and deployed. Because he was deployed he was unable to attend or respond.

9. While on military orders and deployed Mr. Quick stated that he received his military multiengine airframe rating proficiency. Mr. Quick again wanted to emphasis, that his standing, status, rating, and wages at the time of his notification by his employer, was that of Captain.

10. September 2011, Mr. Quick stated that the CBA underwent a change and revised a section 4M1 - addressing training and training requirements and an employee status. However, it did not change the language regarding a pilot who started training and after a period of 70 days; where a pilot can still remain and retain his current rank and pay status who had failed any upgrade training proficiency.

11. 2011 Mr. Quick stated that he received a letter of notification from his employer that his status as a Captain was being remove, and being change to that of 1st Officer. Mr. Quick stated that he went to his union representative and received no offer of assistance in addressing his complaint to a demotion of 1st Officer.

12. Mr. Quick stated that he contacted the VETS office in Denver and spoke with DVET McDaniel at the time. Mr. Quick stated that he was informed by DVET McDaniel, that because his was still on orders the matter cannot be pursued until he completes his military obligation.

13. 2012 Mr. Quick stated that after his deployment ended, he was assigned to the Wounded Warrior Battalion as a result of TBI, PTSD, and Sleep Apnea issues. Where he remain, until December 2014, when was medically retired from the Army.

14. In December 2014, he notified my employer that he was ready to return back to work. A short time later he received an email from Frontier HR office and was informed to report for employee orientation on January 5, 2015.

15. Mr. Quick stated that he knows as a pilot with a TBI condition he wouldn't be allowed to fly. Mr. Quick also stated a position he can no longer perform. Mr. Quick stated what he purpose to the airline and his wishes was to be medically retired and placed on long term disability until his retirement would kick in.

16. Mr. Quick stated that it was an issue he been working with HR to get corrected. Specifically, the issues that are related to his pay, benefits package, and rating status as Captain. Mr. Quick stated that his complaint is while he was on active duty he was demoted to 1st Officer, with no due process from his employer.

17. Mr. Quick stated that he contacted his employer and informed them that if he couldn't get the issue corrected. His only option was to file a complaint and seek the help of DOL/VETS. Mr. Quick stated that his employer has been trying to work with him, but he is unsure they have his best interest in mind.

18. Mr. Quick stated that he had filed a previous compliant with VETS and a ruling was issued. In the ruling the courts stated that he had received due process and the claim was not found in his favor. Mr. Quick disagrees with the decision and want it looked into again. Mr. Quick states that this affects his retirement payment benefits and the difference in payment between that of Captain and that of a 1st Officer.

Mr. Quick was informed that's a lot of information that will need to research and verified. Mr. Quick was also informed that I will check into the matter and get back to him with an answer.

**Prepared By:** _[signature]_  **Date:** Jan. 14, 2015

VETS Form 1063

Exhibit # _____  Page 3 of 3

FOIA0008