# Smith Economics Group, Ltd.

A Division of Corporate Financial Group

*Economics / Finance / Litigation Support*

Stan V. Smith, Ph.D.
*President*

October 15, 2015

Mr. Thomas G. Jarrard
Jarrard Law Office
1020 North Washington Street
Spokane, WA  99201

    Re: Quick

Dear Mr. Jarrard:

You have asked me to calculate the value of certain losses subsequent to the USERRA claims of Edward Quick. These losses are: (1) the loss of back pay and front pay; (2) the value of employer contributions to retirement benefits while on military leave; and (3) the loss of equity and profit sharing.

Edward Quick is a Caucasian, single male, who was born on ▇▇▇▇, ▇▇▇▇. He returned from military leave and contacted Frontier on September 23, 2014 to request re-employment and expected to be re-employed by mid-October. Mr. Quick will be 59.6 years old at the estimated trial or resolution date of June 15, 2016, with a remaining life expectancy estimated at 22.0 years. This data is from the National Center for Health Statistics, United States Life Tables, 2010, Vol. 63, No. 7, National Vital Statistics Reports, 2014.

In order to perform this evaluation, I have reviewed the following materials: (1) W-2s from 2004 through 2013; (2) pay stubs from Frontier Airlines; (3) employment records from Frontier Airlines; (4) the Agreement Between Frontier Airlines, Inc. and the Airline Pilots in the Service of Frontier Airlines, Inc. as Represented by the Frontier Airline Pilots Association dated September 30, 2009 and supplemental Letters of Agreement; (5) the Charles Schwab Defined Contribution Plan and Trust Basic Plan #01; (6) the Phantom Equity Investment Agreement between Frontier Airlines, Republic Airways Holding, Inc. and FAPAInvest, LLC dated June 1, 2012; (7) a letter from David Siegel, CEO of Frontier Airlines dated April 3, 2015; (8) an email from the Frontier Airline Pilots Association dated April 9, 2015; (9) pay charts from the Frontier Airline Pilots Association website; (10) a Social Security Statement dated April 20, 2015; (11) a payment summary from the Social Security Administration; (12) A letter from the Social Security Administration dated November 26, 2014; (13) the Complaint and Jury Demand; (14) an interview with Edward Quick dated May 13, 2015; and (15) the case information form.

# SEG

My methodology for estimating the losses, which is explained below, is generally based on past wage growth, interest rates, and consumer prices. The effective net discount rate using statistically average wage growth rates and statistically average discount rates is 0.25 percent.

My estimate of the real wage growth rate is 1.00 percent per year. This growth rate is based on Business Sector, Hourly Compensation growth data from the Major Sector Productivity and Costs Index found at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: PRS84006103, for the real increase in wages primarily for the last 20 years.

My estimate of the real discount rate is 1.25 percent per year. This discount rate is based on the rate of return on U.S. Treasury Bills based on Historical H.15 data from the Board of Governors of the Federal Reserve System found at www.federalreserve.gov. This data is also published in the Economic Report of the President Table for "Bond yields and interest rates" for the real return on U.S. Treasury Bills primarily for the last 20 years. This rate is also consistent with historical rates published by Ibbotson Associates, Chicago, in its continuously updated series Stocks, Bonds, Bills and Inflation published by Morningstar, Inc. This series, which acknowledges me as the Originator while a Principal and Managing Director at Ibbotson Associates, is generally regarded by academics in the field of finance as the most widely accepted source of statistics on the rates of return on investment securities. It is relied upon almost exclusively by academic and business economists, insurance companies, banks, institutional investors, CPA's, actuaries, benefit analysts, and economists in courts of law.

Estimates of real growth and discount rates are net of inflation based on the Consumer Price Index (CPI-U), published in monthly issues of the U.S. Bureau of Labor Statistics, CPI Detailed Report (Washington, D.C.: U.S. Government Printing Office) and available at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: CUUR0000SA0. The rate of inflation for the past 20 years has been 2.28 percent.

## I(A). LOSS OF WAGES AND EMPLOYEE BENEFITS - Annual Employment

Tables 1 through 7 show the loss of wages and benefits. Mr. Quick began working for Frontier Airlines on March 15, 2004, and his seniority date was adjusted to March 4, 2002. Mr. Quick began working as a First Officer, and he was a Captain in Training when he went on military leave in June 2007. Based on his pay stubs from October 2004 through May 2007, Mr. Quick averaged 85.59 hours per month.

# SEG

Mr. Quick's military duty from 2007 through 2014 included combat operations in Iraq and Afghanistan as well as operations in Columbia. Mr. Quick's military orders ended on June 28, 2014, and he contacted Frontier regarding returning to work on September 23, 2014. Mr. Quick states that he expected to return to work by mid-October. While on military duty, he incurred disabilities that prevented him from flying a plane; however, there were other positions he could have performed. Mr. Quick states that he could have worked for Frontier as a SIM instructor, a platform instructor, or Director or Manager of Training. He could have worked as an Assistant Chief Pilot or in other management positions since he has experience in those roles. Mr. Quick states that he believes these positions pay according to the union agreement, and there are both First Officer and Captain positions.

Although Mr. Quick's pay stub from September 15, 2010 lists his job as Captain, Mr. Quick was returned to a First Officer position when he returned to active duty. Based on Mr. Quick's pay stubs from 2014, his pay rate as First Officer is $89.40 per hour, which is the pay rate for longevity year 12. Mr. Quick's hourly rate is based on the Agreement Between Frontier Airlines, Inc. and the Airline Pilots in the Service of Frontier Airlines, Inc. as Represented by the Frontier Airline Pilots Association dated September 30, 2009. Although the Agreement was originally only through March 2, 2015, there have been several Letters of Agreement, namely LOA 21 and LOA 67, that allowed compensation concessions and amendments and extended the contract. The contract is currently extended through March 1, 2017. One of the concessions was to freeze longevity steps for one year starting July 1, 2011, and the freeze will be restored on July 1, 2015. Thus, Mr. Quick was at longevity step 12 when he returned to military leave, and increased to step 13 in March 2015 and step 14 in July 2015.

Based on the revised pay rate schedules, Mr. Quick's First Officer hourly rate is $89.40 through March 31, 2015, $92.28 effective April 1, 2015, $96.13 effective January 1, 2017, and $100.01 effective March 1, 2017. If Mr. Quick has been returned to his Captain pay, his hourly rates would be $144.52 through February 28, 2015, $146.76 effective March 1, 2015, $151.50 effective April 1, 2015, $153.80 effective July 1, 2015, $160.21 effective January 1, 2017, and $166.68 effective March 1, 2017.

Scenario 1 calculates the loss of earnings starting October 16, 2014, based on the First Officer pay rate for 42.80 hours per semi-monthly pay period based on Mr. Quick's average hours from October 2004 through May 2007. The wage estimate per pay period for Scenario 1 starting October 16, 2014, the first day of pay period 20, is illustrated at $3,826.11 based on the hourly pay rate for a First Officer of $89.40. The wage estimate for Scenario 1 starting April 1, 2015, the first day of pay period 7,

# SEG

is illustrated at $3,949.53 based on the hourly pay rate for a First Officer of $92.28. The wage estimate for Scenario 1 starting January 1, 2017, the first day of pay period 1, is illustrated at $4,114.09 based on the hourly pay rate for a First Officer of $96.13. The wage estimate for Scenario 1 starting March 1, 2017, the first day of pay period 5, is illustrated at $4,280.15 based on the hourly pay rate for a First Officer of $100.01. Future wages are grown at 1.0 percent in the first pay period of each year.

Scenario 2 calculates the loss of earnings starting October 16, 2014, based on the Captain pay rate and for 42.80 hours per semi-monthly pay period based on Mr. Quick's average hours from October 2004 through May 2007. The wage estimate per pay period for Scenario 2 starting October 16, 2014, the first day of pay period 20, is illustrated at $6,185.14 based on the hourly pay rate for a Captain of $144.52. The wage estimate for Scenario 2 starting March 1, 2015, the first day of pay period 5, is illustrated at $6,281.67 based on the hourly pay rate for a Captain of $146.76. The wage estimate for Scenario 2 starting April 1, 2015, the first day of pay period 7, is illustrated at $6,483.67 based on the hourly pay rate for a Captain of $151.50. The wage estimate for Scenario 2 starting July 1, 2015, the first day of pay period 13, is illustrated at $6,582.28 based on the hourly pay rate for a Captain of $153.80. The wage estimate for Scenario 2 starting January 1, 2017, the first day of pay period 1, is illustrated at $6,856.54 based on the hourly pay rate for a Captain of $160.21. The wage estimate for Scenario 3 starting March 1, 2017, the first day of pay period 5, is illustrated at $7,133.77 based on the hourly pay rate for a Captain of $166.68. Future wages are grown at 1.0 percent in the first pay period of each year.

Employee benefit estimates are based on actual benefit information from the Agreement Between Frontier Airlines, Inc. and the Airline Pilots in the Service of Frontier Airlines, Inc. as Represented by the Frontier Airline Pilots Association dated September 30, 2009 and the Letters of Agreement. Based on the Agreement, Pilots have a Defined Contribution Plan ("DC Plan"), and Frontier contributes 6.0 percent for pilots with nine or more years of service. Based on LOA 67, the company's matching contribution to the 401(k) plan is 4 percent in 2014 and 5 percent thereafter. Social Security benefits are illustrated at 6.2 percent for Scenario 1. Social Security benefits for Scenario 2 are illustrated at 6.2 percent in 2014 since Mr. Quick was well below the Social Security maximum for 2014. Based on the 2015 Social Security maximum earnings of $118,500, Social Security benefits for 2015 are illustrated at 4.9 percent through pay period 6 and 4.7 percent from pay period 7 and thereafter. The benefits for Scenario 1 are estimated at 16.2 percent of wages in 2014 and 17.2 percent of wages thereafter. The benefits for Scenario 2 are estimated at 16.2 percent in 2014, 15.9

4

# SEG

percent for pay periods 1 through 6 in 2015, and 15.7 percent from pay period 7 of 2015 and thereafter.

I assume annual employment each year and show the accumulation through life expectancy. While these tables are calculated through the end of life expectancy, the losses from working through any age can be read off the table.

Based on the above assumptions, my opinion of the back pay for Scenario 1 is $183,371 ▸ Table 3. Based on the above assumptions, my opinion of the front pay for Scenario 1 is $2,493,627 ▸ Table 6, Page 9; this figure assumes full-time work to age 81.6, but any assumed retirement age may be read from Table 6; for example, the front pay loss for Scenario 1 to age 65 is $576,973 ▸ Table 6, Page 3. The total back and front pay to age 65 for Scenario 1 is $760,344 ▸ Table 7, Page 3.

Based on the above assumptions, my opinion of the back pay for Scenario 2 is $299,283 ▸ Table 10. Based on the above assumptions, my opinion of the front pay for Scenario 2 is $4,102,769 ▸ Table 13, Page 9; this figure assumes full-time work to age 81.6, but any assumed retirement age may be read from Table 6; for example, the front pay loss for Scenario 2 to age 65 is $949,292 ▸ Table 13, Page 3. The total back and front pay to age 65 for Scenario 1 is $1,248,575 ▸ Table 14, Page 3.

## I(B). OFFSET INCOME

Tables 15 through 17 show the offset income. Mr. Quick applied for Social Security disability as a result of his injury while on military duty. Mr. Quick states that he applied for Social Security disability in January 2013 while he was recovering from his injury. He states that although he was unable to fly a plane, he wanted to return to work at Frontier and would have been able to do a position that did not require him to fly. Based on information from the Social Security Administration, Mr. Quick received $2,026.50 per month in 2014 and $2,060.70 per month in 2015.

I illustrate the offset at Mr. Quick's disability income of $2,026.50 per month starting in October 2014 and $2,060.70 per month starting in January 2015. I assume a 2 percent cost of living increase in 2016, and future benefits are grown at zero percent real.

Based on the above assumptions, my opinion of the _offset_ back pay is $41,317 ▸ Table 15. Based on the above assumptions, my opinion of the _offset_ front pay to age 66 and 4 months, when Mr. Quick reaches full retirement age, is $153,544 ▸ Table 16, Page 2; however, any assumed but for retirement age may be read from Table 16; for example, the _offset_ front pay to age 65 is $120,239

# SEG

▶ Table 16, Page 2. The total <u>offset</u> back and front pay to age 65 is $161,557 ▶ Table 17, Page 2.

The net back pay loss for Scenario 1 is $142,054. The net front pay loss for Scenario 1 to age 65 is $456,734, and the net back and front pay loss for Scenario 1 to age 65 is $598,787.

The net back pay loss for Scenario 2 is $257,966. The net front pay loss for Scenario 2 to age 65 is $829,053, and the net back and front pay loss for Scenario 2 to age 65 is $1,087,018.

## II(A). DC PLAN CONTRIBUTIONS WHILE ON MILITARY LEAVE

Tables 18 and 19 show the value of Mr. Quick's employer contributions to his DC Plan while on military leave in two scenarios. The contributions to the DC Plan are based on longevity. When Mr. Quick went on military leave, he was in year 6 of service, which results in a DC Plan match of 3.7 percent. In March 2008, when Mr. Quick entered his 7th year, his DC Plan match increased to 4.7 percent. In March 2010, when Mr. Quick entered his 8th year, his DC Plan match increased to the maximum rate of 6.0 percent.

Mr. Quick's First Officer hourly pay rate prior to his military leave was $83.82. Based on the Agreement, his pay rate increased to $85.44 in March 2008 when he started his 7th year of service. In LOA 17 dated June 1, 2008, there was an Interim Restructuring Agreement which reduced the pay rate by 14.5 percent from June 2008 through September 2008. Mr. Quick's First Officer pay rate during this time is projected to be $73.05. Mr. Quick's First Officer pay rate is projected to return to $85.44 for the remainder of the year. In LOA 21 dated December 20, 2008, another revised compensation structure was adopted. Based on this structure, Mr. Quick's First Officer pay was $76.90 starting in January 2009, and increased to $78.67 in March 2009, when he started his 8th year of service, and $80.87 in March 2010, when he started his 9th year of service. Based on LOA 21, Mr. Quick's First Officer hourly pay rate in January 2011 increased to $83.57 and then to $86.32 in March 2011, when he started his 10th year of service. On June 24, 2011 LOA 67 implemented another restructuring agreement. This deferred the pay raises in LOA 21 effective July 1, 2011 to January 1, 2016, and the pay raises effective January 1, 2012 to January 1, 2017. There was also a step freeze in effect for one year starting July 1, 2011, and the longevity step was scheduled to be restored on July 1, 2015. Based on LOA 67, Mr. Quick's First Officer pay increased in March 2013 to $87.85, when he was increased to step 11, and in March 2014 to $89.40, when he was increased to step 12.

Mr. Quick's Captain hourly pay rate prior to his military leave was $135.53. Based on the Agreement, his pay rate increased to

6

# SEG

$138.13 in March 2008 when he started his 7th year of service. Based on the 14.5 percent reduction from June 2008 through September 2008 in LOA 17, Mr. Quick's Captain pay rate during this time is projected to be $118.10. Mr. Quick's Captain pay rate is projected to return to $138.13 for the remainder of the year. Based on LOA 21, Mr. Quick's Captain pay was $124.32 starting in January 2009, and increased to $127.18 in March 2009, when he started his 8th year of service, and $130.74 in March 2010, when he started his 9th year of service. Based on LOA 21, Mr. Quick's Captain hourly pay rate in January 2011 increased to $135.10 and then to $139.55 in March 2011, when he started his 10th year of service. Based on LOA 67, Mr. Quick's Captain pay increased in March 2013 to $142.01, when he was increased to step 11, and in March 2014 to $144.52, when he was increased to step 12.

Scenario 1 calculates the DC Plan employer contributions from pay period 12 of 2007 through pay period 19 of 2014 assuming the rate of a First Officer for 42.80 hours per pay period based on Mr. Quick's average hours prior to military leave. I have deducted Mr. Quick's actual 8.5 hours paid in pay period 12 of 2007 from the estimated hours per pay period of 42.80. Based on these assumptions, the DC Plan employer contributions for Scenario 1 are projected to be $106.37 for pay period 12 of 2007, and $132.73 starting in pay period 13 of 2007. The DC Plan employer contributions for Scenario 1 is $171.86 starting in pay period 5 of 2008, $146.94 starting in pay period 11 of 2008, $171.86 starting pay period 19 of 2008, $154.67 starting pay period 1 of 2009, $202.01 starting pay period 5 of 2009, $207.67 starting pay period 5 of 2010, $214.59 starting pay period 1 of 2011, $221.66 starting pay period 5 of 2011, $225.58 starting pay period 5 of 2013, and $229.57 starting pay period 5 of 2014.

Scenario 2 calculates the DC Plan employer contributions from pay period 12 of 2007 through pay period 19 of 2014 assuming the rate of a Captain for 42.80 hours per pay period based on Mr. Quick's average hours prior to military leave. I have deducted Mr. Quick's actual 8.5 hours paid in pay period 12 of 2007 from the estimated hours per pay period of 42.80. Based on these assumptions, the DC Plan employer contributions for Scenario 2 are projected to be $171.99 for pay period 12 of 2007, and $214.61 starting in pay period 13 of 2007. The DC Plan employer contributions for Scenario 2 is $277.84 starting in pay period 5 of 2008, $237.56 starting in pay period 11 of 2008, $277.84 starting pay period 19 of 2008, $250.06 starting pay period 1 of 2009, $326.57 starting pay period 5 of 2009, $335.73 starting pay period 5 of 2010, $346.92 starting pay period 1 of 2011, $358.33 starting pay period 5 of 2011, $364.66 starting pay period 5 of 2013, and $371.11 starting pay period 5 of 2014.

Smith Economics Group, Ltd. ▪ *312-943-1551*

# SEG

Based on these assumptions, my opinion of the value of employer contributions to the DC plan while on military leave for Scenario 1 is $35,444 ▸ Table 18, Page 4.

Based on these assumptions, my opinion of the value of employer contributions to the DC plan while on military leave for Scenario 2 is $57,299 ▸ Table 19, Page 4.

## II(B). 401(K) MATCHING CONTRIBUTIONS WHILE ON MILITARY LEAVE

Tables 20 and 21 show the value of Mr. Quick's employer match to his 401(k) plan while on military leave in two scenarios. Based on the Agreement, Frontier matched up 50 percent of the employee contribution up to 5 percent of pay. In LOA 17, the employer match to the 401(k) plan was suspended from June 2008 through September 2008. The match appears to return to 5 percent from October 2008 through December 2008. LOA 21 states that there is no 401(k) match for 2009, a 3 percent match for 2010, and the full 5 percent match is restored in January 2011. In LOA 67, the 401(k) company match is zero percent from July through December 2011, 3 percent in 2012 and 2013, and 4 percent in 2014.

Scenario 1 calculates the 401(k) plan employer match from pay period 12 of 2007 through pay period 19 of 2014 assuming the pay rates for a First Officer described in the DC Plan section for 42.80 hours per pay period based on Mr. Quick's average hours prior to military leave. I have deducted Mr. Quick's actual 8.5 hours paid in pay period 12 of 2007 from the estimated hours per pay period of 42.80. Based on these assumptions and the 401(k) employer match percentages, the 401(k) plan employer match for Scenario 1 is projected to be $143.74 for pay period 12 of 2007, and $179.36 starting in pay period 13 of 2007. The 401(k) plan employer match for Scenario 1 is $182.83 starting in pay period 5 of 2008, $0 starting pay period 11 of 2008, $182.83 starting pay period 19 of 2008, $0 starting pay period 1 of 2009, $101.00 starting pay period 1 of 2010, $103.84 starting pay period 5 of 2010, $178.83 starting pay period 1 of 2011, $184.72 starting pay period 5 of 2011, $0 starting pay period 13 of 2011, $110.83 starting pay period 1 of 2012, $112.79 starting pay period 5 of 2013, $150.39 starting pay period 1 of 2014, and $153.04 starting pay period 5 of 2014.

Scenario 2 calculates the 401(k) plan employer match from pay period 12 of 2007 through pay period 19 of 2014 assuming the pay rates for a Captain described in the DC Plan section for 42.80 hours per pay period based on Mr. Quick's average hours prior to military leave. I have deducted Mr. Quick's actual 8.5 hours paid in pay period 12 of 2007 from the estimated hours per pay period of 42.80. Based on these assumptions and the 401(k) employer match percentages, the 401(k) plan employer match for Scenario 2 is projected to be $232.41 for pay period 12 of 2007,

8

# SEG

and $290.02 starting in pay period 13 of 2007. The 401(k) plan employer match for Scenario 2 is $295.58 starting in pay period 5 of 2008, $0 starting pay period 11 of 2008, $295.58 starting pay period 19 of 2008, $0 starting pay period 1 of 2009, $163.29 starting pay period 1 of 2010, $167.86 starting pay period 5 of 2010, $289.10 starting pay period 1 of 2011, $298.61 starting pay period 5 of 2011, $0 starting pay period 13 of 2011, $179.17 starting pay period 1 of 2012, $182.33 starting pay period 5 of 2013, $243.11 starting pay period 1 of 2014, and $247.41 starting pay period 5 of 2014.

Based on these assumptions, my opinion of the value of employer match to the 401(K) plan while on military leave for Scenario 1 is $18,138 ▶ Table 20, Page 4.

Based on these assumptions, my opinion of the value of employer match to the 401(K) plan while on military leave for Scenario 2 is $29,322 ▶ Table 21, Page 4.

### III. LOSS OF EQUITY AND PROFIT SHARING

Based on Letter of Agreement 67 dated June 24, 2011, Mr. Quick also lost equity and profit sharing. I have not calculated the value of the lost equity and profit sharing at this time, due to the fact that discovery is still pending.

---

Other factors may be weighed to determine if these estimated losses for Edward Quick should be adjusted because of special qualities or circumstances that economists do not as yet have a methodology for analysis.

The estimated losses are calculated from September 23, 2014 through an assumed trial or resolution date of June 15, 2016, and from that date thereafter. The last table accumulates the past and future estimated losses. These estimates are provided as a tool, an aid, and a guide for evaluation by others.

All opinions expressed in this report are clearly labeled as such. They are rendered in accordance with generally accepted standards within the field of economics and are expressed to a reasonable degree of economic certainty. Estimates, assumptions, illustrations and the use of benchmarks, which are not opinions, but which can be viewed as hypothetical in nature, are also clearly disclosed and identified herein.

In my opinion, it is reasonable for experts in the field of economics and finance to rely on the materials and information I reviewed in this case for the formulation of my substantive opinions herein.

# SEG

If additional information is provided to me, which could alter my opinions, I may incorporate any such information into an update, revision, addendum, or supplement of the opinions expressed in this report.

If you have any questions, please do not hesitate to call me.

Sincerely,

*[signature: Stan V. Smith]*

Stan V. Smith, Ph.D.
President

Smith Economics Group, Ltd.  ▪  *312-943-1551*