IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY OF MEDICAL RECORDS AND DISABILITY-RELATED INFORMATION

The Court, upon review of Defendants' Motion to Compel Discovery of Medical Records and Disability-Related Information, related materials, and Plaintiff's Response thereto, and being fully advised in the premises, does hereby GRANT the motion.

Plaintiff is ordered to fully and completely respond to Defendants First Set of Discovery Requests, Interrogatory Nos. 4, 5, 6,13, and 15, and Requests for Production Nos. 4, 11 and 15, pertaining to medical records, disability benefit documents and records, and a release for the medical records, all pertaining to the alleged "disabilities" at issue in Plaintiff's Complaint.

In addition, Plaintiff is ordered to fully and completely respond to Defendants Second Set of Discovery Requests, containing Requests for Production Nos. 16 and 17, pertaining to Plaintiff's social security disability records and a release for the same.

Finally, Plaintiff is ordered to answer deposition questions reasonably related to the subject matter of the discovery requests and responses referred to above.

The Court hereby warns Plaintiff that any failure to provide the discovery set forth in this Order will result in sanctions, including attorneys' fees and potentially dismissal of this case.

SO ORDERED.

_____          _____
U.S. Magistrate Judge                                      Date

8194878_1