**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:15-cv-765-REB-KMT

EDWARD K. QUICK,

        Plaintiff,

v.

FRONTIER AIRLINES, INC., and MICHELE ZEIER, an individual,

        Defendants.

---

**DECLARATION OF EDWARD K. QUICK**

---

        I, Edward K. Quick, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am the plaintiff in the above captioned matter.

2.      I respectfully ask Judge Blackburn and Magistrate Judge Tafoya to do everything in their power to protect my private medical information.  I do not want to be made a spectacle in public because of my war time injuries.

3.      I began working for Frontier in March 15, 2004, in Denver, Colorado as a First Officer.  My seniority date was later adjusted to March 4, 2002.  I held the position of First Officer or Captain throughout my employment with Frontier.  My primary responsibilities included flying a commercial passenger aircraft as an airline transport pilot.

4.      On June 18, 2007, I gave Frontier notice of my military service obligation for annual training of June 19, 2007 to September 30, 2007, and I requested military leave.

My notice and request included specific notice to Frontier of my reemployment rights under USERRA. I left work at Frontier to perform military obligations on June 19, 2007.

5.    On September 27, 2007, I gave Frontier another notice of my continued military annual training October 1, 2007 to October 31, 2007, and again requested military leave.   This notice and request also included specific notice to Frontier of my reemployment rights under USERRA.   My military orders were again continued and I received orders to deploy to Iraq.   On November 8, 2007, I gave Frontier another notice of my military deployment to Iraq, November 1, 2007 to May 1, 2008, and requested military leave.   My notice and request included specific notice to Frontier of my reemployment rights under USERRA.   I received additional orders between May 2008 and June 28, 2014.   During these periods, I piloted aircraft in support of combat operations in Iraq and Afghanistan as well as in support of operations in Columbia.

6.    My military orders ended on June 28, 2014.

7.    On September 23, 2014, I spoke by phone with my supervisor at Frontier, Joseph Thibodeau.  I told Mr. Thibodeau about my USERRA reemployment rights.  I told Mr. Thibodeau I intended to return to work at Frontier on September 25, 2014.  I informed Mr. Thibodeau that I had incurred injuries on active duty that may impact my employment at Frontier.  Later that day, I emailed Mr. Thibodeau a notice of my intent to return to work to on September 25, 2014.

8.    On September 24, 2014, Mr. Thibodeau asked me to provide Frontier with my military service records and said that I needed to undergo drug screening and attend a "New Hire Orientation class."  I responded and let him know I would bring my military records with me when I reported to work the next day.   However, Mr. Thibodeau

2

directed me to send the records by mail or email, and reiterated I was required to undergo a pre-employment drug screening and other requirements before being reemployed.

9.      On September 25, 2014, I emailed copies of my military records to Mr. Thibodeau.   Attached hereto is **EXHIBIT A, Bates Nos. QUICK 000053-59**, which, aside from the underlined words placed on those by my attorney, are a true and accurate copy of the records that I emailed Mr. Thibodeau in September.   These records were also provided to Frontier in the beginning of this case and in discovery as duplicates Bates Nos. QUICK 000035 – 43.

10.     Frontier did not reemploy me in September 2014.  I did not work for Frontier, had no responsibilities to Frontier and was not paid by Frontier.  I was listed on the Frontier Airlines Pilot Seniority List as "LOA" which means leave of absence status.

11.     Frontier did not reemploy me in October 2014.  I did not work for Frontier, had no responsibilities to Frontier and was not paid by Frontier.  I was listed on the Frontier Airlines Pilot Seniority List as "LOA".

12.     Frontier did not reemploy me in November 2014. I did not work for Frontier, had no responsibilities to Frontier and was not paid by Frontier.  I was listed on the Frontier Airlines Pilot Seniority List as "LOA".

13.     Frontier did not reemploy me in December 2014. I did not work for Frontier, had no responsibilities to Frontier and was not paid by Frontier.  I was listed on the Frontier Airlines Pilot Seniority List as "LOA".

14.     Frontier did not reemploy me in January 2015. I did not work for Frontier, I attended a two hour orientation class, I had no responsibilities to Frontier and was not

paid by Frontier.  I continued to be listed on the Frontier Airlines Pilot Seniority List as "LOA". .

15.     Frontier did not reemploy me in February 2015.  I did not work for Frontier, had no responsibilities to Frontier and was not paid by Frontier.  I was listed on the Frontier Airlines Pilot Seniority List as "LOA".

16.     Frontier did not reemploy me in March 2015.  I did not work for Frontier, had no responsibilities to Frontier and was not paid by Frontier.  I was listed on the Frontier Airlines Pilot Seniority List as "LOA".

17.     Frontier did not reemploy me in April 2015.  I did not work for Frontier, had no responsibilities to Frontier and was not paid by Frontier.  I was listed on the Frontier Airlines Pilot Seniority List as "LOA".

18.     This case was filed on April 13, 2015.

19.     During all these prior seven (7) months I continually asked Frontier to bring me back to work.  I was met with varying requests for more military records, or to turn in a long-term disability benefit application to Unum Insurance.   All that back and forth consists of hundreds of emails and phone calls for months on end, and still I have no job.  In all those exchanges, phone calls, as well as a few in-person office visits by me, nobody at Frontier ever asked me a single thing about my service connected disabilities.  And, I would certainly remember that.  It never happened.

20.     In late August of this year I was literally shocked when I read that Frontier wanted me to give them the very personal details of my military injuries and treatment ect.  I cannot think of a more intrusive set of questions.  These are extremely private matters that are only between my physicians and myself and they have nothing to do with me

being allowed to go back to work at Frontier.   I would be embarrassed to share this information with anyone at Frontier.   I will be humiliated if my private medical information is used in this case publically.  I am already humiliated from Frontier placing this information in its public filing in this case, despite the fact that it knows full well that it is has no business asking these questions or using this information before the court rules on the matter.  I also understand the attorneys worked back and forth for a few weeks to prepare a protective order for this court's approval, and that that order was approved by this court several days before Frontier filed its motion.  Frontier knows the sensitive nature of my private medical information and still it filed that information in the public record even though it spent weeks helping to prepare the protective order that clearly covers such information.  Why would Frontier do that to me?

21.     Frontier cannot truthfully say that it has "no factual information suggesting whether" I have the skills, education or experience to perform certain jobs.  (Dkt. 30 at 4)  Frontier absolutely knows all my qualifications from my personnel file and this case.  From the time I came back from military service until this case was filled nobody at Frontier ever asked me anything about my skills, education or experience to perform any job.  Frontier also knows that I maintain a current Federal Aviation Administration certifications as an Airline Transport Pilot (privileges for multiengine land-aircraft A-320, BA-3100, CE-650, DHC-7) (commercial privilege for airplane single engine land, Rotor Craft – helicopter, instrument helicopter), and Flight Instructor (for airplane single and multi-engine, instrument airplane).

22.     Aside from being humiliated, I was also surprised to read Frontier's motion because it contains so many other false assertions.  Not the least of which, nobody at

<u>Frontier ever asked me a single thing about my service connected disabilities</u> until the requests they made in this case in late August.

23.     I was surprised to read Frontier's attorney write that I did not respond to Ms. Zeier's July 31, 2015, letter.  Especially, when I sent my response through my attorney to Mr. Dabney on September 8, 2015.  Attached hereto as **EXHIBIT B is a true and correct copy of that September 8, 2015, letter.**

24.     I was astounded when I read that Frontier now states that I was reinstated to active status.  When that happened I have no idea, because for every month since I left for military duty in 2007, I have been listed by Frontier Airlines as on Leave of Absence status.  Attached hereto as **EXHIBIT C is a true and correct copy of the Frontier Airlines Pilot Seniority List, effective November 1, 2015**.  I logged into my account and printed that page. How can a pilot at Frontier Airlines be listed on leave of absence status with no responsibilities or pay and be reemployed at the same time?

25.     With regard to Frontier's claim that it fully reinstated my benefits.  (Dkt. 30 at 3-4):

(a) I have not been "reinstated with all attendant company seniority", my seniority is directly connected to my hire date, which is supposed to be March 4, 2002, but, to date and despite dozens of requests by me, Frontier refused to change that on the seniority list or my ID until after this case was filed.  See EXHIBIT C, showing DOH as 03/15/04, see EXHIBIT B page 2, requesting seniority on ID to be corrected;

(b) While Frontier did send me to a two-hour orientation in early January, it did not pay me for it, although I understand Frontier now says that it paid me several months later when I filed the complaint in this case;

(c) Frontier did not "renew my employee access and identification badge" for reemployment purposes. Frontier reissued my employee ID as a direct result of my September 8, 2015, letter --- that they said they never received. In that letter, I informed Frontier my travel benefits would stop while I am on military leave because my ID card was expired. All pilots at Frontier who are on military leave, as I continue to be, have access to basic travel privileges. Thus, since my return from military duty, nothing has changed with regard to those benefits. And my seniority date is still wrong in my travel benefits.

(d) As shown in the complaint, Frontier refused to reinstate any of my health benefits until I demanded those as a right under USERRA in late January. I had to do that because I was not being covered by the military and I was not employed by Frontier, but I needed to use vision and dental before getting back to work Frontier. Since then, I did not elect Frontier's medical insurance coverage, and have never used it.

(e) While Frontier did pay some money towards my retirement, it did not do that before February 9, 2015 as they have presented, or suggested to this court. In fact, the partial payment was made several months after I filed my complaint in this case. I was surprised to receive a statement from my Defined Contribution Plan in September listing a payment. Further, despite numerous requests, Frontier refused to provide me with any accounting of those funds or any information about my other retirement benefits including 401K and FAPA invest benefits. Any payment they made is not accounted for and is only a result of this lawsuit.

26.   I have never asked for any damages in this case other my lost wages and benefits.

I declare under penalty of perjury under the laws of the United States that the foregoing it both true and correct.

DATED this 9th day of November 2015.

_Edward K. Quick_

Edward K. Quick

# EXHIBIT A

DEPARTMENT OF THE ARMY
INSTALLATION MANAGEMENT COMMAND
HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT CARSON
FORT CARSON, CO 80913-4143

ORDERS 139-0011                                         19 May 2014

QUICK, EDWARD KEVIN ▉▉▉▉▉ CW4 WT CO A WARRIORS FT CA, (W2P132), FORT
CARSON, CO 80913

The following order is amended as indicated.

So much of:  Orders 127-0019, DEPARTMENT OF THE ARMY INSTALLATION MANAGEMENT
   COMMAND HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT CARSON, FORT
   CARSON, CO  80913-4143, DTD: 07 May 2014
Pertaining to:  RETIREMENT OF QUICK, EDWARD KEVIN ▉▉▉▉▉ CW4, WT CO A
   WARRIORS FT CA, (W2P132), FORT CARSON, CO 80913
As reads:  REPORTING DATE:  26 MAY 2014; EFFECTIVE DATE OF RETIREMENT:  26 MAY
   2014; DATE PLACED ON RETIREMENT LIST:  27 MAY 2014; DISABILITY RETIREMENT:
   13 YEARS, 0 MONTHS, 19 DAYS; SECTION 1405:  13 YEARS, 8 MONTHS, 12 DAYS;
   BASIC PAY: 39 YEARS, 8 MONTHS, 11 DAYS.
How changed:  AMENDED TO READ: REPORTING DATE:  25 JUNE 2014; EFFECTIVE DATE OF
   RETIREMENT:  25 JUNE 2014; DATE PLACED ON RETIREMENT LIST:  26 JUNE 2014;
   DISABILITY RETIREMENT:  13 YEARS, 1 MONTHS, 18 DAYS; SECTION 1405:  13 YEARS,
   9 MONTHS, 11 DAYS; BASIC PAY: 39 YEARS, 9 MONTHS, 10 DAYS

Auth:  AR 600-8-105
FOR ADDITIONAL INFORMATION CONTACT:
CAROLYN D. HILL  carolyn.d.hill9.civ@mail.mil  719-526-2660
SDN:  QUI8255PH70019
Format:  700

FOR THE COMMANDER:

                         *******************************
                         *          OFFICIAL           *
                         *******************************
                         CAROLYN D. HILL
                         CHIEF, TRANSITION CENTER

DISTRIBUTION:
CW4 QUICK (1)
Cdr WT CO A WARRIORS FT CA, (W2P132) (1)
FINANCE & ACCOUNTING  (1)

QUICK 000053

DEPARTMENT OF THE ARMY
INSTALLATION MANAGEMENT COMMAND
HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT CARSON
FORT CARSON, CO 80913-4143

ORDERS 140-0013                                            20 May 2014

1. QUICK, EDWARD KEVIN ~~████████~~ CW4 WT CO A WARRIORS FT CA, (W2P132), FORT
CARSON, CO 80913

You are reassigned as shown for separation processing.

Assigned to:  FORT CARSON TC (WOVN04) FORT CARSON CO 80913-4143
Reporting date:  26 May 2014
Additional instructions:  a.  Start planning your household goods shipment 6 to
8 weeks after receipt of orders. 1). Register for a Defense Personal Property
System (DPS) password at www.move.mil. 2). Call your local Transportation
Office, 719-526-3755 (Bldg 1012 Room 101), after you receive your password
for instructions and/or an appointment. b.  Dependents: YES  c.  Upon
receipt of orders:  contact:  (1) CIF, (719) 526-3321 and (2) Family Housing,
Bldg 7301 (3) ACAP, located in BLDG 1118, RM 133, or call (719)
526-1002/0640. d.  Clearance papers (DA Forms 137-1-R) are to be picked up
10 working days prior to your final out appointment at the Central Clearance
Agency, BLDG 1218, RM 128.  You must provide a copy of your approved DA Form
31 and orders.  e.  At your final out processing appointment, you are
required to surrender all government issued passports, to include dependents.
f.  Copies of medical records must be completed prior to your final out
appointment.  g.  Active duty soldiers are authorized permissive. temporary
duty (PTDY) , IAW AR 600-8-10 Para. 5-35(D). This does not apply to
ARNG/USAR.  h.  Please note for Finance: All personnel must obtain and
complete Installation Clearing Papers and Unit Clearing Papers or have 45% of
your final pay withheld pending verification of debts to the government.  For
more information, call finance at (719) 526-8473.

FOR ARMY USE
Auth:  AR 635-40
18 years act Federal svc on 1 Nov 81:  Not applicable
HOR:  CENTENNIAL CO US
Scheduled date of separation:  26 May 2014
MDC:  7BO4
Place EAD or OAD:  DENVER CO US
Comp:  RESERVE
SPD:  SEK1
PEBD:  Not applicable
FOR ADDITIONAL INFORMATION CONTACT:
CAROLYN D. HILL  carolyn.d.hill9.civ@mail.mil  719-526-2660
SDN:  QUI8255PH00013
Format:  430

2. QUICK, EDWARD KEVIN ~~████████~~ CW4 WT CO A WARRIORS FT CA, (W2P132), FORT
CARSON, CO 80913

You are released from assignment and duty because of physical disability
incurred while entitled to basic pay and under conditions that permit your
placement on the Temporary Disability Retired List.

Effective date of retirement:  26 May 2014
Date placed on retirement list:  27 May 2014

ORDERS 140-0013                 DA HQ, FT CARSON                 20 May 2014

Retired grade/Date of rank:  CW4/01 March 2000
Permanent grade of rank:  CW4
Authorized place of retirement:  FORT CARSON TC (W0VN04) FORT CARSON CO
    80913-4143
Requested place of retirement:  N/A
Percentage of disability:  50
DOB:  19 May 1956
Sex:  M
Citizenship code:  C
Retirement type and allotment code:  TEMP DISABILITY/7
Component:  USAR
Statute authorizing retirement:    1202
Other eligible laws:    1372
Disability retirement:  13 years, 0 months, 19 days
Section 1405:  13 years, 8 months, 12 days
Basic Pay:  39 years, 8 months, 11 days
Total active federal commissioned service date:  02 November 1984
Date initially entered military:  08 July 1974
Completed over 4 years of active service as Enl or WO:  N/A
Disability is based on injury or disease received in the line of duty as a
    direct result of armed conflict or caused by an instrumentality of war and
    incurred in the line of duty during a period of war as defined by law:  Yes
Disability resulted from a combat related injury as defined in 26 USC 104:  Yes
Member of an Armed Force on 24 Sep 75:  Yes
Significant awards:  Not applicable
Additional instructions:  a.  YOU ARE AUTHORIZED UP TO ONE (1) YEAR TO COMPLETE
    SELECTION OF A HOME AND COMPLETE TRAVEL IN CONJUNCTION WITH THIS ACTION.
    SOLDIERS CONTEMPLATING A SELECTION OF A HOME OTHER THAN CONUS SHOULD
    REFERENCE PARAGRAPH U5125, JFTR.  b.  Dependents:  YES  c.  Official travel
    arrangements purchased through a commercial travel agency not under contract
    to the government is not reimbursable.
PEBD:  Not applicable
Format:  660

FOR THE COMMANDER:

                              *******************************
                              *          OFFICIAL           *
                              *******************************
                              CAROLYN D. HILL
                              CHIEF, TRANSITION CENTER


DISTRIBUTION:
CW4 QUICK (1)
Cdr WT CO A WARRIORS FT CA, (W2P132) (1)
FINANCE & ACCOUNTING  (1)

2

DEPARTMENT OF THE ARMY
INSTALLATION MANAGEMENT COMMAND
HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT CARSON
FORT CARSON, CO 80913-4143

ORDERS 143-0008                                              23 May 2014

QUICK, EDWARD KEVIN ▨▨▨▨▨▨▨ CW4 WT CO A WARRIORS FT CA, (W2P132), FORT
CARSON, CO 80913

The following order is amended as indicated.

So much of:  Orders 140-0013, DEPARTMENT OF THE ARMY INSTALLATION MANAGEMENT
   COMMAND HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT CARSON, FORT
   CARSON, CO 80913-4143, DTD:  20 May 2014
Pertaining to:  RETIREMENT OF QUICK, EDWARD KEVIN ▨▨▨▨▨▨▨ CW4, WT CO A
   WARRIORS FT CA, (W2P132), FORT CARSON, CO 80913
As reads:  REPORTING DATE:  26 MAY 2014: SCHEDULED DATE OF SEPARATION:  26 MAY
   2014; EFFECTIVE DATE OF RETIREMENT:  26 MAY 2014; DATE PLACED ON RETIREMENT
   LIST:  27 MAY 2014; DISABILITY RETIREMENT:  13 YEARS, 0 MONTHS, 19 DAYS;
   SECTION 1405:  13 YEARS, 8 MONTHS, 12 DAYS; BASIC PAY:  39 YEARS, 8 MONTHS,
   11 DAYS
How changed:  AMENDED TO READ: REPORTING DATE:  28 JUNE 2014: SCHEDULED DATE OF
   SEPARATION:  28 JUNE 2014; EFFECTIVE DATE OF RETIREMENT:  28 JUNE 2014; DATE
   PLACED ON RETIREMENT LIST:  29 JUNE 2014; DISABILITY RETIREMENT:  13 YEARS, 8
   MONTHS, 19 DAYS; SECTION 1405:  18 YEARS, 2 MONTHS, 15 DAYS; BASIC PAY:  39
   YEARS, 9 MONTHS, 13 DAYS
Auth:  AR 600-8-105
FOR ADDITIONAL INFORMATION CONTACT:
CAROLYN D. HILL  carolyn.d.hill9.civ@mail.mil  719-526-2660
SDN:  QUI8255PH00013
Format:  700

FOR THE COMMANDER:

                        ******************************
                        *          OFFICIAL          *
                        ******************************
                        CAROLYN D. HILL
                        CHIEF, TRANSITION CENTER

DISTRIBUTION:
CW4 QUICK (1)
Cdr WT CO A WARRIORS FT CA, (W2P132) (1)
FINANCE & ACCOUNTING (1)

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) QUICK, EDWARD KEVIN | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/USAR/AV | 3. SOCIAL SECURITY NUMBER |
|---|---|---|

| 4a. GRADE, RATE OR RANK CW4 | b. PAY GRADE W04 | 5. DATE OF BIRTH (YYYYMMDD) 19560519 | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 00000000 |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY DENVER, COLORADO | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) CENTENNIAL COLORADO 80015 |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND WT CO A WARRIORS FT CA MC | b. STATION WHERE SEPARATED FORT CARSON TC, CO 80913-4143 |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED USAR CON GP (RETRES) 1600 SPEARHEAD DIVISION AVE, FT KNOX, KY 40122 | 10. SGLI COVERAGE | NONE |
|---|---|---|
| | AMOUNT: $ 400,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 155G0 O5A/EO-5B/RC-7 PILOT - 2 YRS 1 MOS// NOTHING FOLLOWS | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 2010 | 11 | 09 |
| | b. SEPARATION DATE THIS PERIOD | 2014 | 06 | 28 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0003 | 07 | 20 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0010 | 00 | 29 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0026 | 00 | 24 |
| | f. FOREIGN SERVICE | 0001 | 01 | 25 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 0000 | 00 | 00 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2000 | 03 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) MASTER AVIATOR BADGE//AFGHANISTAN CAMPAIGN MEDAL W/ CAMPAIGN STAR//IRAQ CAMPAIGN MEDAL W/ TWO CAMPAIGN STARS//AIR MEDAL (2ND AWARD)//ARMY COMMENDATION MEDAL (2ND AWARD) //USAF COMMENDATION MEDAL//ARMY ACHIEVEMENT MEDAL//ARMY GOOD CONDUCT MEDAL//ARMY RESERVE COMPONENT ACHIEVEMENT//CONT IN BLOCK 18 | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) NONE//NOTHING FOLLOWS |
|---|---|

| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | YES | | NO | X |
|---|---|---|---|---|
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | YES | | NO | X |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA ) | YES | | NO | X |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

18. REMARKS //////////////////////////////////////
SOLDIER PRESENTED US FLAG//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN AFGHANISTAN 20111201-20120503//SERVICE IN IRAQ 20110510-20111130//SERVICE IN COLUMBIA 20100901-20101101//ITEM 12D ABOVE DOES NOT ACCOUNT FOR ANNUAL AND/OR WEEKEND TRAINING THIS SOLDIER MAY HAVE ACCOMPLISHED PRIOR TO DATE ENTERED IN ITEM 12A//INDIVIDUAL COMPLETED PERIOD FOR WHICH ORDERED TO ACTIVE DUTY FOR PURPOSE OF POST SERVICE BENEFITS AND ENTITLEMENTS//ORDERED TO ACTIVE DUTY IN SUPPORT OF OPERATION NEW DAWN IAW 10 USC 12301//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//SEE ATTACHED CONTINUATION SHEET

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) CENTENNIAL COLORADO 80015 | b. NEAREST RELATIVE (Name and address - include ZIP Code) JULIE REDMON (DAUGHTER) LAWTON OKLAHOMA 73505 |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locally) CO | OFFICE OF VETERANS AFFAIRS | X | YES | | NO |
|---|---|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | X | YES | | NO |

| 21a. MEMBER SIGNATURE ESIGNED BY: QUICK.EDWARD.KEVIN.1153943008 | b. DATE (YYYYMMDD) 20140523 | 22a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) ESIGNED BY: HILL.CAROLYN.DENISE.1109116382 CAROLYN D HILL, GS07, CHIEF, TRANSITION CENT | b. DATE (YYYYMMDD) 20140523 |
|---|---|---|---|

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION RETIREMENT | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY AR 635-40, CHAP 4 | 26. SEPARATION CODE SEK | 27. REENTRY CODE NA |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION DISABILITY, TEMPORARY (ENHANCED) |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) NONE | 30. MEMBER REQUESTS COPY 4 (Initials) EKQ |
|---|---|

| DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPRCC | MEMBER - 4 |
|---|---|---|

QUICK 000057

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS
RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY *(Continuation Sheet)*
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME *(Last, First, Middle)*<br>QUICK, EDWARD KEVIN | 2. DEPARTMENT, COMPONENT AND BRANCH<br>ARMY/USAR/AV | 3. SOCIAL SECURITY NUMBER |
|---|---|---|

*(Specify the item number of the block continued for each entry.)* ///////////////////////////////////////////////////////
CONT FROM BLOCK 18: //TEMPORARILY DISABLED RETIRED LIST////CONT FROM BLOCK 13: MEDAL//
NATIONAL DEFENSE SERVICE MEDAL (3RD AWARD)//GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL//
GLOBAL WAR ON TERRORISM SERVICE MEDAL//KOREAN DEFENSE SERVICE MEDAL//NON COMMISSIONED
OFFICER PROFESSIONAL DEVELOPMENT RIBBON//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//
ARMY RESERVE COMPONENT OVERSEAS TRAINING RIBBON//NATO MEDAL//ARMED FORCES RESERVE MEDAL//
PARACHUTIST BADGE//SPECIAL FORCES TAB//EXPERT MARKSMANSHIP BADGE W/ RIFLE BAR//NOTHING
FOLLOWS

| 21.a. MEMBER SIGNATURE<br>ESIGNED BY: QUICK.EDWARD<br>.KEVIN.1153943008 | b. DATE<br>*(YYYYMMDD)*<br>20140523 | 22.a. OFFICIAL AUTHORIZED TO SIGN *(Typed name, grade, title, signature)*<br>ESIGNED BY: HILL.CAROLYN.DENISE.1109116382<br><br>CAROLYN D HILL, GS07, CHIEF, TRANSITION CENT | b. DATE<br>*(YYYYMMDD)*<br>20140523 |
|---|---|---|---|

DD FORM 214C, AUG 2009                  GENERATED BY TRANSPROC                                   MEMBER - 1

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES          ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CORRECTION TO DD FORM 214,
## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| QUICK, EDWARD KEVIN | ARMY/RA/ | (Also, Service Number if applicable) |

| 4. MAILING ADDRESS (Include ZIP Code) |
|---|
| ███████████████  CENTENNIAL COLORADO 80015 |

5. ORIGINAL DD FORM 214 IS CORRECTED AS INDICATED BELOW:

| ITEM NO. | CORRECTED TO READ |
|---|---|
| | SEPARATION DATE ON DD FORM 214 BEING CORRECTED: 2014/06/28 |
| 13 | DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED: ADD: LEGION OF MERIT//NOTHING FOLLOWS |

| 6. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality)   CO   OFFICE OF VETERANS AFFAIRS | X | YES | | NO |
|---|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | YES | X | NO |

| 7. DATE (YYYYMMDD) | 8. OFFICIAL AUTHORIZED TO SIGN | | | |
|---|---|---|---|---|
| | a. TYPED NAME (Last, First, Middle Initial) | b. GRADE | c. TITLE | d. SIGNATURE |
| 20140625 | CAROLYN D HILL | GS07 | CHIEF, TRANSITION CENTER | SIGNED BY: HILL.CAROLYN.DENISE.110 9116382 |

DD FORM 215, AUG 2009          PREVIOUS EDITION IS OBSOLETE.          MEMBER-4
GENERATED BY TRANSPROC

QUICK 000059

# EXHIBIT B

September 8, 2015


Michelle Zeier
Frontier Airlines
C/o William Dabney
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
WRDabney@hollandhart.com

Dear Ms. Zeier,

Thank you for your letter dated July 31, 2015. I understand you prepared that letter after my attorney issued discovery to you as a Defendant in the pending litigation, but you sent it before you responded to that discovery. Further, your letter is directly related to the information that I had requested in discovery. I agree with your admission that Frontier has not reemployed me. And, I agree that you have identified that we have as a disagreement, "as a matter of law and fact" whether "Frontier [is] required to 'reemploy [me] first' and then [has] the obligation to 'figure out what jobs I am qualified to do.'" The court will resolve the legal issue, and the factual issue does not seem to be in any real dispute, but, if it is disputed, a jury will decide that.

As I have informed you numerous times since September 2014, under USERRA Frontier has an obligation to reemploy me first, and then to work with me regarding the position and duties I may perform in accordance with 38 U.S.C. §§ 4312 and 4313, be that with or without training or accommodation. I suspect that your letter is a result of you now recognizing that as a matter of law. As a matter of common sense it makes no sense for a returning service member to wait at home for months begging to be reemployed, just to have his employer tell him to search a web site for open positons. In any event, if you are sincere in your request, then please promptly reemploy me with full back pay and benefits. Then, following the requirements of USERRA, we can work together to identify what positon, pay, benefits and status I will end up with at Frontier. Since the problem you created left me without employment for the past year and necessitated the lawsuit, our attorneys should facilitate all that for us. Otherwise, the court will eventually order that resolution.

With regard to the two positions mentioned in your letter, neither of those reasonably approaches the status, pay, or responsibilities of even a first officer. You are aware of my experience, qualifications and skills as a pilot and first officer at Frontier, and from my prior employment. Thus, I am unsure why you would suggest positions for potential reemployment that would result in pay, benefits and status that are less than half what other Frontier pilots have, even for pilots who are working in non-flying positions. One approach, in keeping with USERRA, would be to look at my seniority, other non-flying pilots who are lower in seniority, and potentially reemploying and training me to one of

those positions.  I am familiar with some of those positions, but before reemployment, it would make little sense discussing them or any training or accommodation (if any) that I might need to work in one of those jobs.

With regard to benefits and status of Frontier employees who remain on "military leave." I will call my current situation, at present, on military leave because I have not been reemployed at Frontier.  Anyway, please take note that my Employee Identification has now expired it needs to be reissued.  Notably, please make sure my appropriate seniority date  ((Code) in !D90 is updated to reflect (IC), as the last one did not properly reflect my seniority code shown as (KC) in ID90, which negatively impacts travel benefits, if I chose to use those.  Please mail my Employee Identification to my home residence.

I look forward to returning to Frontier when this matter is resolved.

Best Regards,

Ed Quick

# EXHIBIT C

# FRONTIER AIRLINES PILOT SENIORITY LIST

## Effective November 1, 2015

| SEN # | LAST NAME | FIRST NAME | EMP# | DOH | DOB | EQUIPMENT | SEAT | POSITION # | DOMICILE |
|---|---|---|---|---|---|---|---|---|---|
| 256 | Giles | Joey | 405841 | 06/18/01 | 05/21/68 | AIRBUS | F/O | 7 | DEN |
| 257 | Harris | Steven | 405842 | 06/18/01 | 04/10/70 | AIRBUS | CAPT | 219 | DEN |
| 258 | Fuchs | Eric | 405844 | 06/18/01 | 12/14/71 | AIRBUS | CAPT | 220 | DEN |
| 259 | Meeks | Casey | 405845 | 06/18/01 | 06/14/76 | AIRBUS | CAPT | 221 | DEN |
| 260 | Bridges | Donna | 406335 | 03/04/02 | 07/11/54 | AIRBUS | CAPT | 222 | DEN |
| 261 | Hall | James | 406337 | 03/04/02 | 11/17/54 | AIRBUS | CAPT | 223 | DEN |
| 262 | Quick | Edward | 408824 | 03/15/04 | 05/19/56 | AIRBUS | F/O | LOA | DEN |
| 263 | Jordan | Daniel | 406338 | 03/04/02 | 08/21/60 | AIRBUS | CAPT | 224 | DEN |
| 264 | Moser | Jeffrey | 406339 | 03/04/02 | 04/14/62 | AIRBUS | CAPT | 225 | DEN |
| 265 | Mcfadden | Richard | 406340 | 03/04/02 | 04/16/64 | AIRBUS | CAPT | 226 | DEN |
| 266 | Duerr | Michael | 406341 | 03/04/02 | 03/02/65 | AIRBUS | CAPT | 227 | DEN |
| 267 | Williamson | Stephen | 403771 | 03/04/02 | 03/17/66 | AIRBUS | F/O | LOA | DEN |
| 268 | Appleton | Tyler | 406342 | 03/04/02 | 07/13/67 | AIRBUS | CAPT | 228 | DEN |
| 269 | Wilson | Greg | 406343 | 03/04/02 | 08/26/67 | AIRBUS | F/O | 8 | DEN |
| 270 | Gee | Ryan | 406344 | 03/04/02 | 10/02/67 | AIRBUS | CAPT | 229 | DEN |
| 271 | Orcutt | Jimmy | 406345 | 03/04/02 | 01/02/69 | AIRBUS | CAPT | 230 | DEN |
| 272 | Rickenbach | Rodd | 406346 | 03/04/02 | 04/07/69 | AIRBUS | CAPT | 231 | DEN |
| 273 | Kinsey | Dale | 406347 | 03/04/02 | 09/15/69 | AIRBUS | CAPT | 232 | DEN |
| 274 | Hayes | Jonathan | 406348 | 03/04/02 | 03/01/71 | AIRBUS | CAPT | 233 | CHI |
| 275 | Kiedrowski | Shannon | 406349 | 03/04/02 | 02/07/74 | AIRBUS | F/O | 9 | DEN |
| 276 | Snider | Lisa | 406513 | 04/22/02 | 05/28/59 | AIRBUS | CAPT | 234 | DEN |
| 277 | Fry | David | 406514 | 04/22/02 | 07/14/59 | AIRBUS | CAPT | 235 | DEN |
| 278 | Laybourn | Daniel | 406515 | 04/22/02 | 07/08/61 | AIRBUS | CAPT | 236 | DEN |
| 279 | Eden | Mark | 406516 | 04/22/02 | 04/22/62 | AIRBUS | CAPT | 237 | DEN |
| 280 | Dolven | Robert | 406517 | 04/22/02 | 09/20/63 | AIRBUS | CAPT | 238 | DEN |
| 281 | Wang | Kenneth | 406519 | 04/22/02 | 03/29/64 | AIRBUS | CAPT | 239 | CHI |
| 282 | Mitchell | Matthew | 406520 | 04/22/02 | 04/17/65 | AIRBUS | CAPT | 240 | DEN |
| 283 | Baas | Casey | 406522 | 04/22/02 | 07/19/65 | AIRBUS | CAPT | 241 | CHI |
| 284 | Paulin | David | 406523 | 04/22/02 | 08/16/66 | AIRBUS | CAPT | 242 | DEN |
| 285 | Brenneman | Randy | 406524 | 04/22/02 | 11/26/66 | AIRBUS | CAPT | 243 | DEN |
| 286 | Nolta | Patrick | 406525 | 04/22/02 | 09/05/67 | AIRBUS | CAPT | 244 | DEN |
| 287 | Jorgensen | Eric | 406849 | 06/17/02 | 04/30/59 | AIRBUS | CAPT | 245 | DEN |
| 288 | Brandenburg | Kevin | 406850 | 06/17/02 | 02/06/62 | AIRBUS | CAPT | 246 | DEN |
| 289 | Palmershiem | Richard | 406851 | 06/17/02 | 12/02/65 | AIRBUS | CAPT | 247 | CHI |
| 290 | Hockin | Aileen | 406853 | 06/17/02 | 03/24/71 | AIRBUS | CAPT | 248 | DEN |
| 291 | Sellyei | Cheryl | 406854 | 06/17/02 | 03/12/75 | AIRBUS | F/O | 10 | MCO |
| 292 | Strus | Mike | 407110 | 10/21/02 | 05/02/52 | AIRBUS | F/O | LOA | DEN |
| 293 | Ginther | Jon | 407112 | 10/21/02 | 01/31/55 | AIRBUS | CAPT | 249 | CHI |
| 294 | Lefler | Alan | 407113 | 10/21/02 | 06/26/56 | AIRBUS | CAPT | 250 | CHI |
| 295 | Rico | Beth | 407115 | 10/21/02 | 06/03/60 | AIRBUS | CAPT | 251 | MCO |
| 296 | Weintrob | Rachel | 407116 | 10/21/02 | 10/12/60 | AIRBUS | CAPT | 252 | DEN |
| 297 | Robinson | Paul | 407117 | 10/21/02 | 07/07/61 | AIRBUS | CAPT | 253 | CHI |
| 298 | Taylor | Donald | 407118 | 10/21/02 | 06/25/62 | AIRBUS | CAPT | 254 | DEN |
| 299 | Latta | James | 407120 | 10/21/02 | 04/02/63 | AIRBUS | CAPT | 255 | DEN |
| 300 | Cherian | Leon | 407121 | 10/21/02 | 09/21/63 | AIRBUS | CAPT | 256 | MCO |
| 301 | Lorenz | Eric | 407123 | 10/21/02 | 09/27/64 | AIRBUS | CAPT | 257 | DEN |
| 302 | Tagliaferro | Anthony | 407124 | 10/21/02 | 03/06/66 | AIRBUS | CAPT | 258 | DEN |
| 303 | Marks | Thomas | 407125 | 10/21/02 | 10/12/66 | AIRBUS | CAPT | 259 | DEN |
| 304 | Forbes | Wayne | 407126 | 10/21/02 | 12/07/67 | AIRBUS | CAPT | 260 | CHI |
| 305 | Walker | Bennison | 407127 | 10/21/02 | 04/21/68 | AIRBUS | CAPT | 261 | DEN |
| 306 | Olson | Shane | 407128 | 10/21/02 | 06/30/68 | AIRBUS | CAPT | 262 | DEN |