UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:15-cv-765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES, INC., and MICHELE ZEIER, an individual,

    Defendants.

---

## SUPPLEMENTAL DECLARATION OF EDWARD K. QUICK

---

I, Edward K. Quick, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am the plaintiff in the above captioned matter.

2.     My prior declaration regarding Frontier's requests for my medical information was filed on November 9, 2015, (Dkt. No 33-1).  In that declaration I stated that I am listed by Frontier as on a Leave of Absence and provided a copy of the Frontier Airline's Pilot list for November 1, 2015.  (EXHIBIT C)   A few hours after my attorney filed that declaration I opened my mail and discovered a bill from **Frontier Airlines Leave of Absence Benefits Billing & Collection**, also reflecting that I am on a Leave of Absence and not in active status as an employee at frontier.   **Attached hereto as EXHIBIT L, is a true and correct copy of that November 6, 2015, bill.**

I declare under penalty of perjury under the laws of the United States that the foregoing it both true and correct.

DATED this 10th day of November 2015.

*/s/ Edward K. Quick*
Edward K. Quick

# EXHIBIT L

# FRONTIER
## A I R L I N E S

**LEAVE OF ABSENCE BENEFIT(S) BILLING & COLLECTION**
Administered by The Taben Group

November 6, 2015

Edward Quick
~~[redacted]~~
Centennial, CO 80015

## OCTOBER 2015 BENEFIT(S) INVOICE

Dear Edward:

The amount below is due for your OCTOBER benefit(s) under Frontier Airlines and premium must be remitted in full and postmarked by **November 30, 2015**.

| TOTAL Benefit Premium DUE | $ 684.64 |
|---|---|

*\*Please pay the exact amount billed to you. The Taben Group will not refund any overpayment that is less than $1.00\**

\*\*\*Please Note: If you have failed to pay a previous month LOA benefit(s) billing invoice, you will find a "past due" copy of those invoice(s). **Any and _all_ benefit(s) invoices are due by the due date listed above**. \*\*\*

Please return the enclosed **Payment Invoice** when mailing a check or money order made payable to The Taben Group at the following address.

**The Taben Group**
**PO BOX 7330**
**Shawnee Mission, KS 66207-0330**

If you are interested in making an online payment please visit: https://participant.taben.com/login.html.
Once you have logged in, you can click on the Make Payment button, enter your information, and submit the payment.
PLEASE NOTE: There is a $10.00 fee to make this payment online.

Questions regarding this letter should be directed to The Taben Group at 800-675-7341 ext. 103 or by email to: LSimmons@taben.com.

Sincerely yours,

**THE TABEN GROUP**
LOA Benefit Billing Administration

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2015, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

    William R. Dabney
    HOLLAND & HART LLP
    555 Seventeenth Street, Suite 3200
    Denver, Colorado 80202
    Telephone: (303)295-8000
    Facsimile: (720) 235-0229
    wrdabney@hollandhart.com

    Brian M. Mumaugh
    HOLLAND & HART LLP
    6380 South Fiddlers Green Circle, #500
    Greenwood Village, CO 80111
    Telephone: (303) 290-1600
    Facsimile: (303) 713-6255
    bmumaugh@hollandhart.com

    Bradford J. Williams
    HOLLAND & HART LLP
    555 Seventeenth Street, Suite 3200
    Denver, Colorado 80202
    Telephone: (303)295-8000
    Facsimile: (720) 223-3271
    bjwilliams@hollandhart.com

    /s/ *Thomas G. Jarrard*
    THOMAS G. JARRARD
    Law Office of Thomas G. Jarrard, PLLC
    1020 N. Washington Street
    Spokane, WA 99201