IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 15-cv-00765-REB-KMT | Date: | November 13, 1015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                *Counsel:*

EDWARD K. QUICK,                                             Thomas Jarrard

   Plaintiffs,

v.

FRONTIER AIRLINES, INC., and                           William Dabney
MICHELE ZEIER, and individual,

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**9:54 a.m.        Court in session.**

Court calls case.  Appearances of counsel.

Discussion and argument regarding reemployment of a service member, disclosure of medical records with respect to Plaintiff's disability, and narrowing the scope of interrogatories.

Mr. Jarrard states Plaintiff's Motion for Protective Order is embedded within the response [Doc. No. 33].  Court advises this is a violation of the Local Rules and will not be treated as a motion. [See D.C.COLO.LCivR 7.1(d) "A motion shall not be included in a response or reply to the original motion. A motion shall be filed as a separate document."]

Mr. Dabney informs the Court that Plaintiff's deposition is set for November 20, 2015.

**ORDERED:  Defendants' Motion to Compel Discovery of Medical Records and Disability-Related Information [30] is GRANTED, for reasons stated on record. Plaintiff shall provide responses and responsive documents to Defendants, as discussed, on or before November 18, 2015.  The motion is DENIED as to any imposition of fees and costs against Plaintiff.**

**11:20 a.m.      Court in recess.**

Hearing concluded.
Total in-court time    01:26

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.