UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:15-cv-765-REB-KMT

EDWARD K. QUICK,

       Plaintiff,

v.

FRONTIER AIRLINES, INC., and MICHELE ZEIER, an individual,

       Defendants.

## MOTION TO WITHDRAWAL AS COUNSEL FOR EDWARD K. QUICK[1]

    THOMAS G. JARRARD, Esq. respectfully moves this Court for an Order to permit the Law Office of Thomas G. Jarrard PLLC, Thomas G. Jarrard and his associated counsel in this matter, Matthew Z. Crotty, who have appeared in these proceedings, to withdraw as counsel for Edward K. Quick in the above captioned matter, pursuant to D.C.COLO.LAttyR 5(b).

    1.    Mr. Jarrard and his associated counsel are no longer employed by Edward K. Quick, due to being discharged.

    2.    Pursuant to Rule 1.16(a)(3) of the Colorado, and  Washington Rules of Professional Conduct, a lawyer shall withdraw from the representation of a client if the lawyer is discharged.

---

[1] This matter is exempt from the meet and confer requirements by D.C.COLO.LCivR 7.1 (b)(4).

3. Pursuant to Rule 1.16(b)(7) of the Colorado and Washington Rules of Professional Conduct, a lawyer may withdraw from the representation of a client if other good cause for withdrawal exists.

4. Mr. Jarrard and his associate counsel have complied with the notification requirements of D.C.COLO.LAttyR 5(b). Please see the Notice of Withdrawal of Appearance, attached hereto as Exhibit No. A.

5. No party should be prejudiced by the withdrawal of counsel, as the case is early in the proceedings, discovery in this matter remains open for some time, and Mr. Quick has ample opportunity to locate new counsel.

6. The relief requested in this Motion is sought in good faith and not for the purposes of delay.

    Respectfully submitted,

    LAW OFFICE OF THOMAS G. JARRARD, PLLC

    By:   /s/ Thomas G. Jarrard
    THOMAS G. JARRARD
    1020 North Washington Street
    Spokane, WA 99203
    Telephone: 425 239-7290
    Facsimile: 509 326-2932

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2015, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

>William R. Dabney
>HOLLAND & HART LLP
>555 Seventeenth Street, Suite 3200
>Denver, Colorado 80202
>Telephone: (303)295-8000
>Facsimile: (720) 235-0229
>wrdabney@hollandhart.com
>
>Brian M. Mumaugh
>HOLLAND & HART LLP
>6380 South Fiddlers Green Circle, #500
>Greenwood Village, CO 80111
>Telephone: (303) 290-1600
>Facsimile: (303) 713-6255
>bmumaugh@hollandhart.com
>
>Bradford J. Williams
>HOLLAND & HART LLP
>555 Seventeenth Street, Suite 3200
>Denver, Colorado 80202
>Telephone: (303)295-8000
>Facsimile: (720) 223-3271
>bjwilliams@hollandhart.com

/s/ *Thomas G. Jarrard*
THOMAS G. JARRARD
Law Office of Thomas G. Jarrard, PLLC
1020 N. Washington Street
Spokane, WA 99201