# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES, INC., and MICHELE ZEIER, an individual,

    Defendants.

## NOTICE OF WITHDRAWAL AND WARNING REGARDING PENDING COURT ORDERS AND DEADLINES

In accordance with D.C.COLO.LAttyR 5 and Rules 1.16 of the Colorado and Washington Rules of Professional Conduct, the undersigned certify as follows:

    1.    The undersigned were discharged on November 15, 2015.

    2.    The undersigned intend to withdraw as attorneys of record for Edward K. Quick, in the above captioned matter.

    3.    Pursuant to D.C.COLO.LAttyR 5(b), the undersigned herby give notice to Edward K. Quick that:

**You MUST take notice of the following WARNING as required by D.C.COLO.LAttyR 5(b), which provides, following withdrawal:**

> [T]he client is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

This means that following withdrawal, Edward K. Quick is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

A copy of: (1) the current case Scheduling Order; (2) the Trial Preparation Conference Order; and (3) the November 13, 2015, courtroom minutes and Order Granting Defendants Motion to Compel were sent to you by separate correspondence today.  Pay close attention to the dates listed in those Orders as you are personally responsible for complying with all court orders and time limitations.

Links to copies of the Federal Rules of Civil Procedure and Local Civil Rules may be found at:

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/LocalRules.aspx

Dated this November 16, 2015.

                Respectfully submitted,

                LAW OFFICE OF THOMAS G. JARRARD, PLLC

By:   /s/ Thomas G. Jarrard
       THOMAS G. JARRARD
       1020 North Washington Street
       Spokane, WA 99203
       Telephone:  425 239-7290
       Facsimile:  509 326-2932

By:   /s/ Matthew Z. Crotty
       CROTTY & SON LAW FIRM, PLLC
       By: /s/ Mathew S. Crotty
       MATTHEW Z. CROTTY
       905 W. Riverside Ave. Ste 409
       Spokane, WA 99201
       Telephone: 509 850 7011

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via electronic mail, as agreed, to the following persons, on this November 16, 2015.

Edward K. Quick
ekquick@yahoo.com

William R. Dabney
wrdabney@hollandhart.com

Matthew Z. Crotty
Matt@crottyandson.com

/s/ *Thomas G. Jarrard*
THOMAS G. JARRARD
Law Office of Thomas G. Jarrard, PLLC
1020 N. Washington Street
Spokane, WA 99201