UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:15-cv-765-REB-KMT

EDWARD K. QUICK,

       Plaintiff,

v.

FRONTIER AIRLINES, INC., and MICHELE ZEIER, an individual,

       Defendants.

---

**ORDER REGARDING UNOPPOSED MOTIONS TO WITHDRAW AS COUNSEL**

---

       This matter having come before the Court on the Unopposed Motions of Thomas G. Jarrard and Matthew Z. Crotty to Withdraw as Counsel for Edward K. Quick, and the Court having reviewed the pleadings filed herein and being fully advised of the premises contained herein, it hereby **GRANTS the Motions and Orders**:

       1.   Thomas G. Jarrard and Matthew Z. Crotty are hereby withdrawn from representing Edward K. Quick.

       2.   The Clerk of the Court shall terminate the association of Thomas G. Jarrard and Matthew Z. Crotty in this matter.

Kathleen M. Tafoya

_____             _____
United States Magistrate Judge                             Date