IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

        Plaintiff,

v.

FRONTIER AIRLINES, INC., and
MICHELE ZEIRE, an Individual

        Defendants.

## STATUS REPORT

Come now attorneys Matthew Z. Crotty and Thomas G. Jarrard and hereby submit a status report to the Court per the Court's November 17, 2015 Minute Order, Dkt. 42.

On November 17, 2015 at 8:55 AM Pacific Standard Time plaintiff's former-counsel transmitted to Mr. Quick – via email – a copy of the court's order, Dkt. 40. Plaintiff's former-counsel also sent a copy of Docket No. 40 to Mr. Quick via U.S. Mail on November 17, 2015.

Mr. Quick's mailing address is: 16392 East Ida Ave., Centennial, CO 80015.

Dated this 17th day of November 2015.

                                              /s/ *Thomas G. Jarrard*
                                              THOMAS G. JARRARD
                                              Law Office of Thomas G. Jarrard, PLLC
                                              1020 N. Washington Street
                                              Spokane, WA 99201
                                              Telephone: 425.239-7290

Tjarrard@att.net

/s/ *Matthew Z. Crotty*
MATTHEW Z. CROTTY
Crotty & Son Law Firm, PLLC
905 W. Riverside Ave. Ste. 409
Spokane, WA 99201
Telephone: 509.850.7011
matt@crottyandson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2015, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

William R. Dabney
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202
Telephone: (303)295-8000
Facsimile: (720) 235-0229
wrdabney@hollandhart.com

Brian M. Mumaugh
HOLLAND & HART LLP
6380 South Fiddlers Green Circle, #500
Greenwood Village, CO 80111
Telephone: (303) 290-1600
Facsimile: (303) 713-6255
bmumaugh@hollandhart.com

Bradford J. Williams
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202
Telephone: (303)295-8000
Facsimile: (720) 223-3271
bjwilliams@hollandhart.com

/s/ *Matthew Z. Crotty*
MATTHEW Z. CROTTY
Crotty & Son Law Firm, PLLC
905 W. Riverside Ave. Ste. 409
Spokane, WA 99201
Telephone: 509.850.7011
matt@crottyandson.com