IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 15–cv–00765–REB–KMT

EDWARD K. QUICK,

      Plaintiff,

v.

FRONTIER AIRLINES, INC., and
MICHELE ZEIER, and individual,

      Defendants.

---

## MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

This matter is before the court on Plaintiff's document filed *ex parte* on November 18, 2015. (Doc. No. 45.)  The document is a letter from Plaintiff's treating psychologist requesting an extension for Plaintiff to provide his medical records to the defendant.

Plaintiff is required to conform to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Colorado.  The Federal Rules of Civil Procedure require that parties to civil litigation file motions when they seek relief from the Court.  Fed. R. Civ. P. 7(b)(1) ("An application to the court for an order shall be by motion....")  The court notes that Plaintiff, who chose to terminate his attorneys, filed the document and did not comply with this the Federal Rules of Civil Procedure, nor did he comply with this Court's local rules.  For example, a request for "extension of time or continuance must be approved by court order on motion."  D.C.COLO.LCivR 6.1(a).  Additionally, "[b]efore filing a motion, . . . an unrepresented party shall confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party to resolve any disputed matter."  D.C.COLO.LCivR 7.1(a).  Moreover, Plaintiff must comply with D.C.COLO.LCivR 7.2 if he wishes to file *ex parte* or restricted documents.  Finally, "[u]nless otherwise ordered, a party to . . . a proceeding shall not communicate directly about the proceeding in any manner with a judicial officer assigned to the proceeding."  D.C.COLO.L.Civ.R 77.2.

The Tenth Circuit has cautioned that *pro se* litigants "must follow the same rules of procedure that govern other litigants."  *Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992) ("[W]e have

repeatedly upheld dismissals in situations where the parties themselves neglected their cases or refused to obey court orders." (citing cases)).

Plaintiff is cautioned that his failure to comply with Federal Rules of Civil Procedure and this Court's local rules will result in the denial of future motions and may result in sanctions.

Nevertheless, this court grants Plaintiff's request for an extension of time.  Plaintiff is granted an extension to **November 30, 2015**, to provide responses and responsive documents required pursuant to this court's Order granting Defendant's Motion to Compel Discovery of Medical Records and Disability Related Information.  (*See* Doc. Nos. 30 and 38.)

Document Number 45 shall remain under restriction at Level 2.

Dated: November 19, 2015