## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:15-cv-765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES, INC., and MICHELE ZEIER, an individual,

    Defendants.

### NOTICE AND DECLARATION OF ATTORNEYS' LIEN

### NOTICE

TO: All Parties, and their attorneys.

Pursuant to Colo. Rev. Stat. § 12-5-119, NOTICE IS HEREBY GIVEN that Thomas G. Jarrard of the Law Office of Thomas G. Jarrard, PLLC, who is an attorney at law, claims and intends to hold a lien upon any Award, Judgement, Settlement or proceeds obtained by the Plaintiff in the above-captioned matter.  Said lien shall be a *pro rata* share of the net amount of any Award, Judgement, Settlement, statutory attorney fees ordered by the Court, proceeds obtained by the Plaintiff in the above-captioned matter, or

*quantum meriut* compensation as determined by this court upon motion and evidence pursuant to D.C.Colo.LCivR 54.3, 38 U.S.C. § 4323(h), in equity, or by law.

This lien is claimed for the legal services rendered by the Law Office of Thomas G. Jarrard, PLLC, for the benefit of Plaintiff, Edward K. Quick, at the attorney fee rate of $350.00 per hour as described in a written fee and agreement and statements available for review at the Law Office of Thomas G. Jarrard, PLLC, which are the agreed and reasonable value of the services rendered in this matter.

Dated this December 2, 2015.

                LAW OFFICE OF THOMAS G. JARRARD, PLLC

            By:  /s/ Thomas G. Jarrard
                  THOMAS G. JARRARD
                  1020 North Washington Street
                  Spokane, WA 99203
                  Telephone:  425 239-7290
                  Facsimile:  509 326-2932
                  TJarrard@att.net

## DECLARATION OF THOMAS G. JARRARD

I, Thomas G. Jarrard, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the above-named attorney at law;

2. That during all the time stated in the foregoing instrument I was, and continue to be, an attorney authorized to practice law who rendered legal services to the Plaintiff in the above captioned matter.

3. That I know the contents of the foregoing instrument, based on personal knowledge, and the same is true.

I declare under penalty of perjury under the laws of the United States that the foregoing it both true and correct.

DATED this December 2, 2015.

*/s/ Thomas G. Jarrard*
THOMAS G. JARRARD

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2015, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

> William R. Dabney
> HOLLAND & HART LLP
> 555 Seventeenth Street, Suite 3200
> Denver, Colorado 80202
> rdabney@hollandhart.com
>
> Brian M. Mumaugh
> HOLLAND & HART LLP
> 6380 South Fiddlers Green Circle, #500
> Greenwood Village, CO 80111
> bmumaugh@hollandhart.com
>
> Bradford J. Williams
> HOLLAND & HART LLP
> 555 Seventeenth Street, Suite 3200
> Denver, Colorado 80202
> bjwilliams@hollandhart.com

And by certified U.S. Mail to:

> Edward K. Quick
> 16392 East Ida Avenue
> Centennial, CO  80015

/s/ *Thomas G. Jarrard*
Law Office of Thomas G. Jarrard, PLLC
1020 N. Washington Street
Spokane, WA 99201