## William Dabney

| | |
|---|---|
| **From:** | William Dabney |
| **Sent:** | Tuesday, December 08, 2015 6:08 PM |
| **To:** | 'Edward Quick' |
| **Subject:** | RE: Quick v. Frontier Airlines, et. al. |

Mr. Quick,

I understand from your response that you will oppose Defendants' motion for immediate compliance with the discovery orders, and I will so advise the Court.

Best Regards,

William R. Dabney, Holland & Hart LLP, (303) 295-8368, Fax (720) 235-0229, wrdabney@hollandhart.com

**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail.

**From:** Edward Quick [mailto:ekquick@yahoo.com]
**Sent:** Tuesday, December 08, 2015 5:38 AM
**To:** William Dabney
**Subject:** Re: Quick v. Frontier Airlines, et. al.

Mr. Dabney,

  First, I apologize for not getting back to you as I was awaiting an answer from a law firm as to there taking on my case. I have explained to you and the court that I have asked for a continuance due to a number of reasons. The release of my council for cause and medical  reasons along with a military delay due to being on orders for the military and out of town.
All for good reason and not to hurt your clients or myself.
I am still waiting an answer from the law firm that is looking into my case and am not making up my reason asking for a short delay to obtain counsel. I am sure it is in everyone's interest to insure that this veteran is properly represented to the court. My case is not easy and is complicated by the fact that your clients have the firm Holland and Hart representing them.
That alone puts me at a disadvantage because no law firm wants to take on the great law firm of Holland and Hart lightly!  I again ask for a short delay as I seek council for cause. If necessary, I will seek relief under SCRA as I did during Frontiers bankruptcy. Now,  I believe we both would like to move forward I just need and request a little more time.
I thank you for your understanding and patience.

V/r

Ed Quick
cell 720-982-3728

Sent from my iPad

On Dec 7, 2015, at 5:06 PM, William Dabney <WRDabney@hollandhart.com> wrote:

> Mr. Quick:

The time for you to produce the discovery ordered by the Court on November 13, 2015 has expired.  You have not asked the Court for any further extension beyond that which you were granted until November 30.  Because the case's deadlines for discovery cutoff are rapidly approaching, we cannot allow this continued delay and non-compliance with the Court's orders to further prejudice my clients' defense.

I intend to file a motion with the Court on behalf of both Defendants, asking the Court to compel your immediate compliance with the discovery orders, to set a date for your deposition, or in the alternative, for other appropriate and immediate relief.  We are required to consult with you prior to filing our motion.  Please advise your position on these issues immediately.

Best Regards,

William R. Dabney, Holland & Hart LLP, (303) 295-8368, Fax (720) 235-0229, wrdabney@hollandhart.com

**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail.

---

**From:** Edward Quick [mailto:ekquick@yahoo.com]
**Sent:** Tuesday, December 01, 2015 2:19 PM
**To:** William Dabney
**Subject:** Re: Time Extension for Quick case

Mr. Dabney,

 I appreciate you working with me as I seek to obtain new council. I believe that by Friday I will have new council and they can work with you going forward.

Thank You for your courtesy!

Mr. Quick

Sent from my iPad

On Dec 1, 2015, at 1:51 PM, William Dabney <WRDabney@hollandhart.com> wrote:

> Mr. Quick,
>
> You do not indicate how long of an extension you are seeking.  Regardless, you may represent to the Court that Defendants will not object to an additional extension of time on the relevant discovery responses, so long as such extension does not go beyond this Friday, December 4, 2015.  Given the time that is being lost against the existing case deadlines, Defendants cannot agree to any further extension beyond that date.  A status conference with the Court may be necessary.  Please let me know how you intend to proceed.
>
> Best Regards,
>
> William R. Dabney, Holland & Hart LLP, (303) 295-8368, Fax (720) 235-0229, wrdabney@hollandhart.com
> **CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged.
> If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error
> delete this e-mail.

-----Original Message-----
From: Edward Quick [mailto:ekquick@yahoo.com]
Sent: Monday, November 30, 2015 5:02 PM
To: William Dabney
Subject: Time Extension for Quick case

Mr. Dabney,

   I am requesting from you an extension of time in order to respond to the courts order and to you. I have been unable so far to obtain new council in this case and I am sure you would rather work with new council instead of me.

   Due to the holiday's it has been harder then normal to line up new council but I am working as hard as I can to due so. Also I am on military orders this week to Ft Lewis, WA leaving tonight and returning on Friday. I am not ignoring you or the court and hope you will understand I need more time to respond properly.

Please let me know?

Thanks,

Ed Quick
cell 720-982-3728

Sent from my iPad