IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No. 06-cv-01054-EWN-MEH          Date:   January 25, 2007
Courtroom Deputy: Cathy Coomes                **FTR – Courtroom A601**

---

EDWARD K. QUICK;                                     Michael S. Krieger

Plaintiff(s);

vs.

FRONTIER AIRLINES, INC.                              Brian Mumaugh

Defendant(s).

---

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:      10:30 a.m.**

Court calls case. Appearances of counsel.

Opening statements by the Court.

Argument and discussion regarding Defendant's Motion to Compel Discovery and Reset Deadlines (Doc. #50, filed 1/12/07).

**ORDERED:** For reasons stated on the record, Defendant's Motion to Compel Discovery and Reset Deadlines (Doc. #50, filed 1/12/07) is GRANTED in part and DENIED in part as follows:

1.  Plaintiff shall sign the releases authorizing Frontier to obtain employment records from Plaintiff's prior employers within five (5) days of this date, January 25, 2007.

2.  The discovery deadline will be will be extended to **February 28, 2007.** The dispositive motion deadline will remain set on February 28, 2007.

3.  Defendant shall produce any documents it receives the same day to plaintiff's counsel.

        4.        The Court will not award fees and costs associated with the Motion to Compel to Defendant.

**Court in recess:**      **11:43 a.m.  (Hearing concluded)**
**Total time in court:**  1:13