**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL, FOR RULE 37 SANCTIONS, AND FOR IMMEDIATE STATUS CONFERENCE

The Court, upon review of Defendants' Motion to Compel, For Rule 37 Sanctions, and for Immediate Status Conference, related materials, and all response that Plaintiff has made thereto, and being fully advised in the premises, does hereby GRANT the motion.

1. Plaintiff is *again* ordered to fully and completely respond to Defendants First Set of Discovery Requests, Interrogatory Nos. 4, 5, 6,13, and 15, and Requests for Production Nos. 4, 11 and 15, pertaining to medical records, disability benefit documents and records, and a release for the medical records, all pertaining to the alleged "disabilities" at issue in Plaintiff's Complaint.

2. In addition, Plaintiff is ordered to fully and completely respond to Defendants Second Set of Discovery Requests, containing Requests for Production Nos. 16

-2-

and 17, pertaining to Plaintiff's social security disability records and a release for the same.

3. Plaintiff is to sign the medical records release and social security disability records release referred to above *immediately* upon receipt of this order, notarize the same, and provide directly to Defendant's counsel within one business day, and no later than December ___, 2015.

4. Plaintiff is also ordered to pay the reasonable attorney fees and costs associated with these motion proceedings which have been incurred by Defendants' counsel. Counsel will provide an affidavit attesting to such fees within 10 days of this order.

5. A status conference concerning all remaining discovery in this matter will be held on December ____, 2015.

The Court hereby warns Plaintiff that any *further* failure to provide the discovery set forth in this Order will result in additional sanctions, including attorneys' fees and potentially dismissal of this case.

  SO ORDERED.

_____    _____
U.S. Magistrate Judge                                    Date