UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES, INC., and MICHELE ZEIER, an individual,

    Defendants.

## NOTICE AND DECLARATION OF ATTORNEYS' LIEN

### NOTICE

TO: All Parties, and their attorneys.

Pursuant to Colo. Rev. Stat. § 12-5-119, NOTICE IS HEREBY GIVEN that Matthew Z. Crotty of the Crotty & Son Law Firm, PLLC, who is an attorney at law, claims and intends to hold a lien upon any Award, Judgement, Settlement or proceeds obtained by the Plaintiff in the above-captioned matter. Said lien shall be a *pro rata* share of the net amount of any Award, Judgement, Settlement, statutory attorney fees ordered by the Court, proceeds obtained by the Plaintiff in the above-captioned matter, or

*quantum meriut* compensation as determined by this court upon motion and evidence pursuant to D.C.Colo.LCivR 54.3, 38 U.S.C. § 4323(h), in equity, or by law.

This lien is claimed for the legal services rendered by the Crotty & Son Law Firm, PLLC, for the benefit of Plaintiff, Edward K. Quick, at the attorney fee rate of $350.00 per hour as described in a written fee and agreement and statements available for review at the Law Office of Thomas G. Jarrard, PLLC - - Plaintiff's former lead counsel in this case and the undersigned's co-counsel - - which are the agreed and reasonable value of the services rendered in this matter.

Dated this December 10, 2015.

                CROTTY & SON LAW FIRM, PLLC

                By:  /s/ Matthew Z. Crotty
                      MATTHEW Z. CROTTY
                      905 W. Riverside Ave. Ste. 409
                      Spokane, WA 99201
                      Telephone:  509 850 7011
                      Facsimile:  509 703 7957
                      matt@crottyandson.com

## DECLARATION OF MATTHEW Z. CROTTY

I, Matthew Z. Crotty, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the above-named attorney at law;

2. That during all the time stated in the foregoing instrument I was, and continue to be, an attorney authorized to practice law who rendered legal services to the Plaintiff in the above captioned matter.

3. That I know the contents of the foregoing instrument, based on personal knowledge, and the same is true.

I declare under penalty of perjury under the laws of the United States that the foregoing it both true and correct.

DATED this December 10, 2015.

          */s/ Matthew Z. Crotty*
          MATTHEW Z. CROTTY

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2015, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

> William R. Dabney
> HOLLAND & HART LLP
> 555 Seventeenth Street, Suite 3200
> Denver, Colorado 80202
> rdabney@hollandhart.com
>
> Brian M. Mumaugh
> HOLLAND & HART LLP
> 6380 South Fiddlers Green Circle, #500
> Greenwood Village, CO 80111
> bmumaugh@hollandhart.com
>
> Bradford J. Williams
> HOLLAND & HART LLP
> 555 Seventeenth Street, Suite 3200
> Denver, Colorado 80202
> bjwilliams@hollandhart.com

And by U.S. Mail to:

> Edward K. Quick
> 16392 East Ida Avenue
> Centennial, CO  80015

/s/ *Matthew Z. Crotty*
Matthew Z. Crotty

4