FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2015 DEC 16  PM 2: 26

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Magistrate Judge Kathleen M. Tafoya
District of Colorado
United States District Court

December 16th, 2015

Civil Action No. 15-cv-00765-REB-KMT

Dear Judge Tafoya,

   Due to a disagreement with my previous attorneys, I discharged them.  I have since diligently tried to obtain new counsel to represent me going forward in my case. As of this date, I have been unable to retain new counsel.  But I am hopeful that I will be able to retain new counsel soon.

   I respectfully request that you allow for a reasonable stay in the proceedings until I am able to retain new counsel.  I appreciate the Court delaying the date that I would have to produce my medical records, and I would ask for a further delay so that I might be represented and produce my medical records in the appropriate manner.

   I am hopeful that by this Friday, December 18, I will have counsel in place and that I can comply with your discovery order and future orders of the Court.  I expect that a new lawyer who agrees to represent me will need a brief period of time to get up to speed on the case before completing discovery.

   Finally, I oppose all of the motion filed by Frontier's attorney, as I am unrepresented at this time.

Respectfully,

*Edward K. Quick*

Edward K. Quick


Cc: William Dabney, Holland & Hart