IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 15-cv-00765-REB-KMT | Date: | December 18, 1015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom C-201 |

*Parties:*                                                              *Counsel:*

EDWARD K. QUICK,                                            Pro se

  Plaintiffs,

v.

FRONTIER AIRLINES, INC., and                          Brian Mumaugh
MICHELE ZEIER, and individual,                         Bradford Williams

  Defendant.

## COURTROOM MINUTES

**SHOW CAUSE HEARING**

**10:01 aa.m.    Court in session.**

Court calls case.  Appearances of counsel.

**ORDERED:**   [54] Motion to Stay proceedings to obtain new counsel is actually a response to the Order to Show Cause.  There will be no stay entered in this case for the defendant to enroll additional counsel

**ORDERED:**   Plaintiff has until close of business day on December 21, 2015 to produce all documents that he has been ordered to produce.  The defendants shall file a Status Report by 10:00 a.m. on December 22, 2015 to advise the Court if they received the documents.

**ORDERED:**   [49] Motion to Compel Immediate Compliance With the Court's Discovery Orders, For Rule 37 Sanctions, and for Immediate Status Conference by Defendants Frontier Airlines, Inc. and Michele Zeier is GRANTED IN PART and denied as to the sanctions only at this time.

**10:25 a.m.    Court in recess.**
Hearing concluded.
Total in-court time    00:24

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.