**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

    Defendants.

## DEFENDANTS' STATUS REPORT PURSUANT TO COURT'S ORDER ON SHOW CAUSE HEARING

    Defendants Frontier Airlines, Inc. ("Frontier") and Michelle Zeier (collectively "Defendants"), hereby respectfully submit their Status Report, as ordered by the Court at the Show Cause hearing in this matter held December 18, 2015.

    1.    Defendants' counsel received a telephone call at mid-day on Monday, December 21, 2015 from Joseph Whitcomb, Esq., who indicated he would be entering his appearance in this matter on Plaintiff's behalf. He also indicated he would be providing responses to the outstanding discovery requests that Plaintiff had been ordered to produce by the close of business on December 21.

    2.    At 7:00pm on December 21, 2015, Defendants' counsel received by email documents and materials from Mr. Whitcomb in response to the outstanding discovery requests. The materials are voluminous, and Defendants' counsel has not had time to review them for responsiveness and completeness.

3. In regard to dates for a status conference in this matter, Defendants' counsel has been informed by Plaintiff Edward Quick and by Mr. Whitcomb that January 6, 7, and 8, 2016 appear to be available for all parties.

DATED: December 22, 2015.

Respectfully submitted,

*s/William R. Dabney*
William R. Dabney
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado  80202
Telephone:  (303)295-8000
Facsimile:   (720) 235-0229
wrdabney@hollandhart.com

*s/Brian M. Mumaugh*
Brian M. Mumaugh
HOLLAND & HART LLP
6380 South Fiddlers Green Circle, #500
Greenwood Village, CO  80111
Telephone:  (303) 290-1600
Facsimile:   (303) 713-6255
bmumaugh@hollandhart.com

*s/Bradford J. Williams*
Bradford J. Williams
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado  80202
Telephone:  (303)295-8000
Facsimile:   (720) 223-3271
bjwilliams@hollandhart.com

**ATTORNEYS FOR DEFENDANTS**

-3-

## CERTIFICATE OF SERVICE

  I hereby certify that on December 22, 2015, I have caused to be electronically filed the foregoing Defendants' Status Report with the Clerk of Court using CM/ECF system. I have also emailed a copy of the foregoing and the associated proposed Order to Edward Quick at the email address ekquick@yahoo.com, and served the same by U.S. mail, return receipt requested, to the following address:

  Edward Quick
  16392 East Ida Ave.,
  Centennial, CO 80015.

            s/*William R. Dabney*
            William R. Dabney
            HOLLAND & HART LLP
            555 Seventeenth Street, Suite 3200
            Denver, Colorado  80202

8183825_1