## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:15-cv-765

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,
AND MICHELE ZEIER, AN INDIVIDUAL,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record.

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Edward K. Quick.

Respectfully submitted,        December 22, 2015

    */ s / Peter Romer-Friedman*
Peter Romer-Friedman
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, NW
Suite 400
Washington, DC  20036
(202) 319-1000 (p)
(202) 319-1010 (f)
Peter_RomerFriedman@washlaw.org

One of the Attorneys of Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with this Court on December 22, 2015 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

>                     */ s / Peter Romer-Friedman*
>                     Peter Romer-Friedman
>                     WASHINGTON LAWYERS' COMMITTEE
>                     FOR CIVIL RIGHTS AND URBAN AFFAIRS
>                     11 Dupont Circle, NW
>                     Suite 400
>                     Washington, DC  20036
>                     (202) 319-1000 (p)
>                     (202) 319-1010 (f)
>                     Peter_RomerFriedman@washlaw.org
>
>                     One of the Attorneys of Plaintiff