**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:15-cv-765-REB-KMT

EDWARD K. QUICK,

      Plaintiff,

v.

FRONTIER AIRLINES, INC.,
AND MICHELE ZEIER, AN INDIVIDUAL,

       Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record.

      I hereby certify that I am a member in good standing of the bar of this court, and I appear

in this case as counsel for Plaintiff Edward K. Quick.

Respectfully submitted,                  December 22, 2015

                                     s/ Joseph A. Whitcomb
                                     *Joseph A. Whitcomb, Esq.*
                                     Whitcomb Law, PC
                                     1391 Speer Blvd., Suite 705
                                     Denver, CO 80204
                                     Telephone: (303)534-1958
                                     Fax: (303)534-1949
                                     E-Mail:  joe@whitcomblawpc.com
                                     One of the Attorneys of Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with this Court on December 22, 2015

through the CM/ECF system and will be sent electronically to all registered participants as

identified on the Notice of Electronic Filing.

<u>s/ Joseph A. Whitcomb</u>
***Joseph A. Whitcomb, Esq.***
Whitcomb Law, PC
1391 Speer Blvd., Suite 705
Denver, CO 80204
Telephone: (303)534-1958
Fax: (303)534-1949
E-Mail:  joe@whitcomblawpc.com
One of the Attorneys of Plaintiff