## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:15-cv-765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,
AND MICHELE ZEIER, AN INDIVIDUAL,

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record.

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Edward K. Quick.

Respectfully submitted,                    December 22, 2015

    s/ Brandon M. Selinsky
    ***Brandon M. Selinsky, Esq.***
    Whitcomb Law, PC
    1391 Speer Blvd., Suite 705
    Denver, CO 80204
    Telephone: (303)534-1958
    Fax: (303)534-1949
    E-Mail:  brandon@whitcomblawpc.com
    One of the Attorneys of Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with this Court on December 22, 2015 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

s/ Brandon M. Selinsky
***Brandon M. Selinsky, Esq.***
Whitcomb Law, PC
1391 Speer Blvd., Suite 705
Denver, CO 80204
Telephone: (303)534-1958
Fax: (303)534-1949
E-Mail:  brandon@whitcomblawpc.com
One of the Attorneys of Plaintiff
