**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES INC., and
MICHELE ZEIER, an individual,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the oral recommendation contained in the **Recommendation of United States Magistrate Judge** [#66],[1] filed January 7, 2016. The parties informed the magistrate judge at the Status Conference held January 6, 2016, that they did not intend to and thus waived their right to file objections to her recommendation that the present trial setting in this matter be vacated and reset for a later date. I therefore proceed to rule on the matter without awaiting expiration of the 14-day period for objections prescribed by Fed. R. Civ. P. 72(b)(2).

Finding no plain error in the magistrate judge's recommended disposition, ***see Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005), I find and conclude that the recommendation should be approved and adopted and, concomitantly, the trial vacated and continued.

---

[1] "[#66]" is an example of the convention I use to identify the docket number assigned to a specific action by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the oral recommendation contained in the **Recommendation of United States Magistrate Judge** [#66], filed January 7, 2016, is approved and adopted as an order of this court;

2. That the combined Final Pretrial Conference and Trial Preparation Conference scheduled for May 20, 2016, at 2:30 p.m., and the jury trial scheduled to commence on June 6, 2016, are vacated and continued without date pending further order of the court;

3. That on **January 20, 2016,** at 11:00 a.m. (MST), the court shall conduct a telephonic (non-appearance) setting conference to reset the combined Final Pretrial Conference and Trial Preparation Conference and jury trial; and

4. That counsel for the plaintiff shall arrange, initiate, and coordinate the conference call to chambers at **303-335-2350** to facilitate the setting conference.

Dated January 11, 2016, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2