## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:15-cv-765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,
AND MICHELE ZEIER, AN INDIVIDUAL,

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record.

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Edward K. Quick.

Respectfully submitted,                           January 20, 2016

                                                     s/ Daniel C. McAuliffe
                                                     *Daniel C. McAuliffe, Esq.*
                                                     Whitcomb Law, PC
                                                     1391 Speer Blvd., Suite 705
                                                     Denver, CO 80204
                                                     Telephone: (303)534-1958
                                                     Fax: (303)534-1949
                                                     E-Mail:  danm@whitcomblawpc.com
                                                     One of the Attorneys of Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with this Court on January 20, 2016 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

s/ Daniel C. McAuliffe
*Daniel C. McAuliffe, Esq.*
Whitcomb Law, PC
1391 Speer Blvd., Suite 705
Denver, CO 80204
Telephone: (303)534-1958
Fax: (303)534-1949
E-Mail:  danm@whitcomblawpc.com
One of the Attorneys of Plaintiff
