IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 15-cv-00765-REB-KMT | Date: | January 21, 2016 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:* *Counsel:*

EDWARD K. QUICK, Dan McAuliffe
Peter Friedman
Joseph Whitcomb

   Plaintiff,

v.

FRONTIER AIRLINES, INC., and    William Dabney
MICHELE ZEIER, an individual,

   Defendants.

## COURTROOM MINUTES

**TELEPHONIC STATUS/SCHEDULING CONFERENCE**

**11:43 a.m.     Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding discovery.

**ORDERED:** The following discovery deadlines are set:
- **Discovery cut off – August 8, 2016**
- **Dispositive motions – September 9, 2016**
- **Disclosure of Affirmative Experts – April 25, 2016**
- **Disclosure of Rebuttal Experts – June 17, 2016**
- **Written discovery shall be served 33 days prior to the discovery cut off.**

Discussion regarding depositions of damages experts.

**ORDERED:** Depositions of damages experts may be conducted up to 45 days prior to trial, as discussed.

Discussion regarding challenging prior expert deadlines. Court states prior experts cannot be challenged as the deadline has passed.

**ORDERED:   To the extent new experts are disclosed pursuant to these deadlines, Rule 702 motions, if any, shall be filed on or before September 9, 2016.**

Discussion regarding experts. The parties are limited to 3 experts per side.

**12:05 a.m.      Court in recess.**

Hearing concluded.
Total in-court time    00:22

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.