IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 15-cv-00765-REB-KMT | Date: | March 17, 2016 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

EDWARD K. QUICK,                     Joseph Whitcomb

   Plaintiff,

v.

FRONTIER AIRLINES, INC., and         William Dabney
MICHELE ZEIER, and individual,

   Defendants.

## COURTROOM MINUTES

**TELEPHONIC INFORMAL DISCOVERY CONFERENCE**

**10:51 a.m.**      Court in session.

Court calls case.  Appearances of counsel.

Discussion regarding discovery issue with respect to the release of Plaintiff's transcript and VA medical records.

**11:21 a.m.**      Court in recess.

Hearing concluded.
Total in-court time    00:30

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.