IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

    Defendants.

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERTS

Defendants Frontier Airlines, Inc. ("Frontier") and Michelle Zeier (collectively "Defendants"), hereby respectfully move this Court for an order extending the deadline for designation of affirmative experts by all parties by fourteen (14) days. As grounds for this motion, Defendants state as follows:

1. Counsel for Defendants has conferred with Counsel for Plaintiff, who has indicated that Plaintiff has no objection to the relief requested herein.

2. Defendants state that they have has some difficulty obtaining medical records and disability hearing materials pursuant to releases executed by Plaintiff, and have only obtained the last of these materials with the last two weeks. Such materials must reviewed by the experts Defendants intend to designate before any reports can be completed.

3. One of Defendants' experts engaged to provided evidence in this case has this week been afflicted with a sudden, painful, and debilitating illness, which will apparently require significant medical treatment.

4. As a result of the above, Defendants require a short additional extension of fourteen (14) days in order to complete the expert reports otherwise due by April 25, 2016 (per the Court's minute order of January 21, 2016.

5. No previous extensions of time have been granted as to this particular issue, although the Court has re-set the trial date and various discovery and motion deadlines pursuant to prior proceedings.

**WHEREFORE**, Defendants respectfully request that the Court issue its order extending the deadline for all parties to designate affirmative experts in this matter through and including May 9, 2016, all other deadlines to remain the same.

DATED: April 22, 2016.

Respectfully submitted,

*s/William R. Dabney*
William R. Dabney
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202
Telephone: (303)295-8000
Facsimile: (720) 235-0229
wrdabney@hollandhart.com

               *s/Brian M. Mumaugh*
               Brian M. Mumaugh
               HOLLAND & HART LLP
               6380 South Fiddlers Green Circle, #500
               Greenwood Village, CO  80111
               Telephone:  (303) 290-1600
               Facsimile:   (303) 713-6255
               bmumaugh@hollandhart.com


               *s/Bradford J. Williams*
               Bradford J. Williams
               HOLLAND & HART LLP
               555 Seventeenth Street, Suite 3200
               Denver, Colorado  80202
               Telephone:  (303)295-8000
               Facsimile:   (720) 223-3271
               bjwilliams@hollandhart.com

            **ATTORNEYS FOR DEFENDANTS**


## CERTIFICATE OF SERVICE

  I hereby certify that on April 22, 2016 I have caused to be electronically filed the foregoing **Defendants' Motion For Extension of Time To Designate Experts** with the Clerk of Court using CM/ECF system, and served counsel for Plaintiff via the same method at the following address:

    Joseph A. Whitcomb, Esq.
    Whitcomb Law, PC
    1391 Speer Blvd., Suite 705
    Denver, CO 80204
    joe@whitcomblawpc.com

  I hereby certify that on April 22, 2016, I have caused the foregoing to be served by email upon Defendants Frontier Airlines and Michelle Zeier at michelle.zeier@flyfrontier.com

               s/*William R. Dabney*
               William R. Dabney
               HOLLAND & HART LLP

8697803_1