IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

    Defendants.

## [PROPOSED] ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERTS

THIS MATTER is before the Court on the motion of Defendants Frontier Airlines, Inc. ("Frontier") and Michelle Zeier (collectively "Defendants") for an order extending the deadline for designation of affirmative experts by all parties by fourteen (14) days.

Having reviewed the Motion and otherwise being fully informed in the premises, the Court find good cause to GRANT Defendants' motion.

IT IS THEREFORE ORDERED that the deadline in this matter for all parties to designate affirmative experts is extended through and including May 9, 2016, all other deadlines to remain the same.

DATED: April 22, 2016.

                                                                         _____

                                                                         United States Magistrate Judge