IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

    Defendants.

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO DESIGNATE REBUTTAL EXPERTS

    Plaintiff Edward Quick. ("Mr. Quick" or "Plaintiff"), hereby respectfully moves this Court for an order extending the deadline for designation of rebuttal experts by the plaintiff by twenty-four (24) days. As grounds for this motion, Plaintiff state as follows:

    1.    Plaintiff's Counsel has conferred with Counsel for the Defense, who has indicated that Defendant has no objection to the relief requested herein.

    2.  Plaintiff's counsel states that he has had some difficulty locating a rebuttal witness who can speak to the particular vocational requirements of all the jobs potentially available to an airline pilot whose limitations prevent him from flying.

3.      Plaintiff's Counsel has now located the appropriate expert and will not need any further delays.

4.      As a result of the above, Plaintiff requires a short additional extension of twenty-four (24) days in order to complete the expert reports otherwise due by June 17, 2016 (per the Court's minute order of January 21, 2016 at Docket 70.)  However, Plaintiff's counsel wrongly assumed that the deadline for designation of rebuttal witnesses was moved to July 1, 2016, by way of the court's April 22, 2016, decision.

5.      No previous extensions of time have been granted as to this particular issue, although the Court has re-set the trial date and various discovery and motion deadlines pursuant to prior proceedings.

**WHEREFORE**, Plaintiff respectfully requests that the Court issue its order extending the deadline for the Plaintiff to designate its rebuttal experts in this matter through and including July 11, 2016, all other deadlines to remain the same.

DATED: June 22, 2016.

Respectfully submitted,

*s/Joseph A. Whitcomb*
Joseph A. Whitcomb
Whitcomb, Selinsky, McAuliffe, PC
1391 Speer Blvd., Suite 705
Denver, CO 80204
(303)534-1958 Office (303)573-5461 Direct
joe@whitcomblawpc.com

**ATTORNEY FOR PLAINTIFF**

## C̲ertificate O̲f S̲ervice

      I hereby certify that on June 22, 2016 I have caused to be electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO DESIGNATE REBUTTAL EXPERTS** with the Clerk of Court using CM/ECF system, and served counsel for Defendants via the same method at the following address:

      Joseph A. Whitcomb, Esq.
      Whitcomb Law, PC
      1391 Speer Blvd., Suite 705
      Denver, CO 80204
      joe@whitcomblawpc.com

      I hereby certify that on April 22, 2016, I have caused the foregoing to be served by email upon Defendants Frontier Airlines and Michelle Zeier at michelle.zeier@flyfrontier.com

      s/*Joseph A. Whitcomb*
      Joseph A. Whitcomb
      Whitcomb, Selinsky, McAuliffe, PC

-3-