## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15:cv-00765-REB-KMT

| | |
|---|---|
| EDWARD K. QUICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FRONTIER AIRLINES INC., | ) |
| and MICHELE ZEIER, an individual, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION REGARDING EXPERT REPORTS

To date, Plaintiff Edward Quick and Defendants Frontier Airlines, Inc. and Michele Zeier (collectively "the Parties") have produced expert reports and expert rebuttal reports (collectively "expert reports") pursuant to the schedule for discovery established by the Court. Under the current scheduling order, "Depositions of damages experts may be conducted up to 45 days prior to trial[.]" Courtroom Minutes, Dkt. No. 70. The parties hereby agree and stipulate that (1) the expert reports that have been produced by the parties to date in this action relate to the issue of Plaintiff's potential damages, (2) the depositions of the experts who authored the relevant expert reports consequently may be conducted up to 45 days prior to the trial date, and (3) the Parties shall not rely upon or use the expert reports or the opinions or analysis contained in the expert reports in moving for or opposing summary judgment on the issue of Defendants' liability.

| | |
|---|---|
| August 17, 2016 | Respectfully submitted, |
| | |
| */ s / Peter Romer-Friedman* | */ s / William R. Dabney* |
| Peter Romer-Friedman | William R. Dabney |
| WASHINGTON LAWYERS' COMMITTEE | HOLLAND & HART LLP |
| FOR CIVIL RIGHTS AND URBAN AFFAIRS | 555 17th Street, Suite 3200 |
| 11 Dupont Circle NW Suite 400 | Denver, CO 80202 |

1

|  |  |
|---|---|
| Washington, DC 20035 | Tel.: (303) 295-8000 |
| Tel.: (202) 319-1000 | wrdabney@hollandhart.com |
| peter_romerfriedman@washlaw.org | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |