IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

     Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

     Defendants.

## JOINT MOTION FOR SHORT EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS

Defendants  Frontier Airlines, Inc. ("Frontier") and Michelle Zeier (collectively "Defendants"),  and Plaintiff Edward K. Quick, hereby jointly and respectfully move this Court for an order extending the deadline for filing of summary judgment motions by all parties by ten (10) days.  As grounds for this motion, the parties state as follows:

1.     Since late August the Parties have been discussing and attempting to arrange for a mediation to take place in Denver, and have conducted preliminary settlement negotiations.

2.     The Parties intended to accomplish the mediation prior to the current summary judgment deadline of September 9, 2016.

3.     The parties had scheduled a mediation for September 7, 2016, but have now been forced to cancel it due to an unexpected death out of state in Plaintiff's immediate family, forcing him to be out of town on the day of the mediation.

4.     The parties wish to attempt mediation prior to filing summary judgment motions, in the hope of saving the time, effort and legal fees that would be devoted to same should the

mediation prove successful.  The parties intend to reschedule the mediation as soon as possible for September 9, 2016, or the week of September 12, 2016.

5.      No previous extensions of time have been granted as to the filing of dispositive motions.

6.      Counsel for all parties hereby certify that they have served a copy of the foregoing contemporaneously upon their respective clients.

WHEREFORE, the Parties respectfully request that the deadline for filing of summary judgment motions be extended by ten days, through and including September 19, 2016.

DATED: September 6, 2016.

Respectfully Submitted,

| | |
|---|---|
| *s/Joseph A. Whitcomb*<br>Joseph A. Whitcomb, Esq.<br>Brandon M. Selinsky, Esq.<br>Daniel C. McAuliffe, Esq.<br>Whitcomb, Selinsky, McAuliffe, PC<br>1391 Speer Blvd., Suite 705<br>Denver, CO 80204<br>joe@whitcomblawpc.com<br>brandon@whitcomblawpc.com<br>danm@whitcomblawpc.com<br><br>**ATTORNEYS FOR PLAINTIFF** | *s/William R. Dabney*<br>William R. Dabney<br>Brian M. Mumaugh<br>Bradford J. Williams<br>HOLLAND & HART LLP<br>555 Seventeenth Street, Suite 3200<br>Denver, Colorado  80202<br>Telephone:  (303) 295-8000<br>Facsimile:   (720) 235-0229<br>wrdabney@hollandhart.com<br>bmumaugh@hollandhart.com<br>bjwilliams@hollandhart.com<br><br>**ATTORNEYS FOR DEFENDANTS** |

## C<small>ERTIFICATE</small> O<small>F</small> S<small>ERVICE</small>

I hereby certify that on September 6, 2016, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Joseph A. Whitcomb, Esq.
Brandon M. Selinsky, Esq.
Daniel C. McAuliffe, Esq.
joe@whitcomblawpc.com
brandon@whitcomblawpc.com
danm@whitcomblawpc.com

Peter Romer-Friedman
Peter_RomerFriedman@washlaw.org

**ATTORNEYS FOR PLAINTIFF**

s/*William R. Dabney*
William R. Dabney

9092538_1