**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

    Defendants.

## [PROPOSED] ORDER ON PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT

THIS MATTER is before the Court on the joint motion of Defendants Frontier Airlines, Inc. ("Frontier") and Michelle Zeier (collectively "Defendants"), and Plaintiff Edward K. Quick for an order extending the deadline for filing motions for summary judgment by ten (10) days.

Having reviewed the Motion and otherwise being fully informed in the premises, the Court find good cause to GRANT the joint motion.

IT IS THEREFORE ORDERED that the deadline in this matter for all parties to file motions for summary judgment is extended through and including September 19, 2016, all other deadlines to remain the same.

DATED: this _____ day of September, 2016.

                                                                                          _____
                                                                                         United States Magistrate Judge

9094067_1