### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No.  1:15-cv-765-REB-KMT

EDWARD K. QUICK,

        Plaintiff,

v.

FRONTIER AIRLINES, INC.,
and MICHELE ZEIER, an individual,

        Defendants.

### **NOTICE OF CHANGE OF FIRM AND ADDRESS OF PETER ROMER-FRIEDMAN**

      Plaintiff's counsel Peter Romer-Friedman respectfully submits the following his Notice of Change of Firm and Address.  He is no longer associated with the Washington Lawyers' Committee for Civil Rights & Urban Affairs and has joined a new law firm, Outten & Golden LLP.  His new address is 718 7th Street NW, Washington, DC 20001.

He continues to represent Plaintiff Edward K. Quick in this action.

September 8, 2016                                        Respectfully submitted,

                                                                          /s/ Peter Romer-Friedman
                                                                          Peter Romer-Friedman
                                                                          Outten & Golden LLP
                                                                          718 7th Street NW
                                                                          Washington, DC 20001
                                                                          prf@outtengolden.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2016, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record in this action.

/s/ Peter Romer-Friedman
Peter Romer-Friedman
Outten & Golden LLP
718 7th Street NW
Washington, DC 20001
prf@outtengolden.com