## Table of Exhibits

| | |
|---|---|
| Exhibit 1 | Second Declaration of Edward Quick (Sept. 9, 2016) |
| Exhibit 2 | QUICK01-QUICK02, U.S. Army Human Resources Command, Chronological Statement of Retirement Points (Oct. 16, 2014) |
| Exhibit 3 | First Declaration of Edward Quick (Nov. 9, 2015) |
| Exhibit 4 | Transcript of Deposition of Edward Quick (July 15, 2016) |
| Exhibit 5 | Transcript of 30(b)(6) Deposition of Frontier Airlines (Aug. 5, 2016) |
| Exhibit 6 | Exhibit 13 to Tr. of Deposition of Michelle Zeier, E-mail from Edward Quick to Jim Colburn (June 18, 2007) |
| Exhibit 7 | Transcript of Deposition of Michelle Zeier (Aug. 4, 2016) |
| Exhibit 8 | Transcript of Deposition of Joseph Thibodeau (Aug. 4, 2016) |
| Exhibit 9 | QUICK05-QUICK43, Quick Military Orders from 2007 to 2014 |
| Exhibit 10 | Exhibit 2 to Tr. of Deposition of Joseph Thibodeau, E-mail from Edward Quick to Joseph Thibodeau (Sept. 23, 2014) |
| Exhibit 11 | Exhibit 3 to Tr. of Deposition of Joseph Thibodeau, E-Mails Between Edward Quick and Joseph Thibodeau (Sept. 24, 2014) |
| Exhibit 12 | Exhibit 5 to Tr. of Deposition of Joseph Thibodeau, E-Mails Between Edward Quick and Joseph Thibodeau (Sept. 25 & 26, 2014) |
| Exhibit 13 | QUICK52-QUICK59, E-Mails Between Edward Quick and Joseph Thibodeau (Sept. 25 & 26, 2014), and Military Orders Attached to Quick's E-mail (Sept. 25 & 26, 2014) |
| Exhibit 14 | Exhibit 6 to Tr. of Deposition of Joseph Thibodeau, E-Mails Between Edward Quick and Michelle Zeier (Oct. 1 & 3, 2014) |
| Exhibit 15 | Exhibit 16 to Tr. of Deposition of Michelle Zeier, E-mail From Michelle Zeier to Edward Quick (Oct. 14, 2014) |
| Exhibit 16 | Exhibit 17 to Tr. of Deposition of Michelle Zeier, E-Mail from Edward Quick to Michele Zeier and Attached Military Orders (Oct. 15, 2016) |
| Exhibit 17 | FA940, E-mail From Michelle Zeier to Edward Quick (Oct. 22, 2014) |
| Exhibit 18 | FA942-FA943, E-mail from Edward Quick to Michelle Zeier (Oct. 30, 2014) |
| Exhibit 19 | FA948, E-mail From Michelle Zeier to Edward Quick (Oct. 30, 2014) |
| Exhibit 20 | Exhibit 20 to Tr. of Deposition of Michelle Zeier, E-mails Between Edward Quick and Michele Zeier (Oct. 30 and Nov. 12, 2014) |

| | |
|---|---|
| Exhibit 21 | Exhibit 22 to Tr. of Deposition of Michelle Zeier, E-mails Between Edward Quick and Michelle Zeier (Dec. 10, 11 & 12, 2014) |
| Exhibit 22 | Exhibit 27 to Tr. of Deposition of Michelle Zeier, New Orientation Forms (Jan. 5, 2015) |
| Exhibit 23 | Exhibit 31 to Tr. of Deposition of Michelle Zeier, E-mails Between Krista Shaff, Nicole Zordani, and Anthony Sabia (Jan. 27, 2015) |
| Exhibit 24 | Letter From Michelle Zeier to Edward Quick (July 31, 2015) |
| Exhibit 25 | Exhibit 54 to Tr. of 30(b)(6) Deposition of Frontier Airlines, E-mail from Schwab Payroll Processing to Anthony Sabia |
| Exhibit 26 | Plaintiff's Requests for Admission to Frontier Airlines |
| Exhibit 27 | Plaintiff's Requests for Admission to Michelle Zeier |
| Exhibit 28 | Laura Keeney, *Frontier Airlines launches to fifth-most profitable airline the U.S.*, Denver Post (Sept. 29, 2015) |