UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,
and MICHELE ZEIER, an individual,

    Defendants.

## SECOND DECLARATION OF EDWARD QUICK

I, Edward K. Quick, declare under penalty of perjury as follows:

1. I served in the U.S. Army from 1974 to 2014. During that period, I was on active duty, a Colorado National Guard member, and a reservist.

2. Since 1978, I have served as a professional pilot for non-military, civilian employers, including airlines and corporations.

3. During my employment at Frontier Airlines, Inc. since 2004, I was a member of the U.S. Army Reserve until my retirement from the military on June 28, 2014.

4. Between March 2004 and June 18, 2007, I took brief periods of military leave from Frontier, and overall during that period took approximately three months of military leave.

5. After I provided military orders to Michele Zeier on October 30, 2014, neither Zeier nor anyone else at Frontier asked me to provide any additional military orders or documents, and I did not provide any military orders to them after October 30, 2014.

1

6. Since I applied for reemployment with Frontier Airlines on September 23, 2014, the only pay that I have received from Frontier was several hours of pay for attending the New Employee Orientation on January 5, 2015.  I have not done any work for Frontier since September 23, 2014.

7. Frontier had never given me any information about what amounts I can contribute to the 401(k) as a make-up contribution for my 2007-2014 period of military leave, despite the fact that I have asked Frontier's human resources staff to provide me information about my 401(k) make-up contributions.

8. Ordinarily, pilots at Frontier Airlines receive information from the company about the compensation that they can contribute to their 401(k) accounts for the relevant time period.

9. Exhibit 2 to this Declaration is a true and correct copy of QUICK01, U.S. Army Human Resources Command, Chronological Statement of Retirement Points (Oct. 16, 2014), which describes my retirement credit from the U.S. Army.

10. Exhibit 3 to this Declaration is a true and correct copy of the Declaration I signed on November, 2015 and previously submitted in this litigation.

11. Exhibit 4 to this Declaration is a true and correct copy of the transcript of the Deposition of Edward Quick that was taken on July 15, 2016.

12. Exhibit 5 to this Declaration is a true and correct copy of the transcript of the 30(b)(6) Deposition of Frontier Airlines, Inc. that was taken on August 5, 2016.

13. Exhibit 6 to this Declaration is a true and correct copy of the transcript of Exhibit 13 to the Deposition of Michelle Zeier, which is an e-mail that I sent to Jim Colburn, Frontier's Chief Pilot, on June 18, 2007.

14. Exhibit 7 to this Declaration is a true and correct copy of the transcript of the Deposition of Michelle Zeier that was taken on Aug. 4, 2016.

15. Exhibit 8 to this Declaration is a true and correct copy of the transcript of the Deposition of Joseph Thibodeau that was taken on Aug. 4, 2016.

16. Exhibit 9 to this Declaration is a true and correct copy of QUICK05-QUICK43, military orders related to my military service from 2007 to 2014, which were produced to Defendants in this litigation.

17. Exhibit 10 to this Declaration is a true and correct copy of Exhibit 2 to the transcript of Deposition of Joseph Thibodeau, which is an e-mail that I sent to Joseph Thibodeau on Sept. 23, 2014.

18. Exhibit 11 to this Declaration is a true and correct copy of Exhibit 3 to the transcript of the Deposition of Joseph Thibodeau, which are e-mails between me and Joseph Thibodeau on Sept. 24, 2014.

19. Exhibit 12 to this Declaration is a true and correct copy of Exhibit 5 to the transcript of the Deposition of Joseph Thibodeau, which are e-mails between me and Joseph Thibodeau on Sept. 25 & 26, 2014.

20. Exhibit 13 to this Declaration is a true and correct copy of QUICK52-QUICK59, which are e-mails between me and Joseph Thibodeau on Sept. 25 & 26, 2014, and military orders that I attached to my September 25, 2014 e-mail in QUICK52.

21. Exhibit 14 to this Declaration is a true and correct copy of Exhibit 6 to the transcript of the Deposition of Joseph Thibodeau, which are e-Mails between me and Michelle Zeier on Oct. 1 & 3, 2014.

22. Exhibit 15 to this Declaration is a true and correct copy of Exhibit 16 to the transcript of the Deposition of Michelle Zeier, which is an e-mail from Michelle Zeier to me on Oct. 14, 2014.

23. Exhibit 16 to this Declaration is a true and correct copy of Exhibit 17 to the transcript of the Deposition of Michelle Zeier, which is an e-mail that I sent to Michele Zeier and the military orders that I attached to that e-mail on Oct. 15, 2016.

24. Exhibit 17 to this Declaration is a true and correct copy of FA940, which is an e-mail from Michelle Zeier to me on Oct. 22, 2014.

25. Exhibit 18 to this Declaration is a true and correct copy of FA942-FA943, which is an e-mail that I sent to Michelle Zeier on Oct. 30, 2014.

26. Exhibit 19 to this Declaration is a true and correct copy of FA948, which is an e-mail from Michelle Zeier to me on Oct. 30, 2014.

27. Exhibit 20 to this Declaration is a true and correct copy of Exhibit 20 to the transcript of the Deposition of Michelle Zeier, which are e-mails between me and Michele Zeier on Oct. 30 and Nov. 12, 2014.

28. Exhibit 21 to this Declaration is a true and correct copy of Exhibit 22 to the transcript of the Deposition of Michelle Zeier, which are e-mails between me and Michelle Zeier on Dec. 10, 11 & 12, 2014.

29. Exhibit 22 to this Declaration is a true and correct of Exhibit 27 to the transcript of the Deposition of Michelle Zeier, which are New Orientation Forms that I signed on Jan. 5, 2015.

30. Exhibit 23 to this Declaration is a true and correct copy of Exhibit 31 to the transcript of the Deposition of Michelle Zeier, which are e-mails between Krista Shaff, Nicole Zordani, and Anthony Sabia on Jan. 27, 2015. *See* Deposition of Michelle Zeier 183:6-23.

31. Exhibit 24 to this Declaration is a true and correct copy of a letter that Michelle Zeier sent to me on July 31, 2015.

32. Exhibit 25 to this Declaration is a true and correct copy of Exhibit 54 to the transcript of the 30(b)(6) Deposition of Frontier Airlines, which is an e-mail from Schwab Payroll Processing to Anthony Sabia of Frontier Airlines.

33. Exhibit 26 to this Declaration is a true and correct of the Requests for Admission to Frontier Airlines that my counsel served on Frontiers' counsel.

34. Exhibit 27 to this Declaration is a true and correct copy of the Requests for Admission to Michelle Zeier that my counsel served on Zeier's counsel.

35. Exhibit 28 to this Declaration is a true and correct copy of an article that appeared in the Denver Post on September 29, 2015, which was authored by Laura Keeney and titled "*Frontier Airlines launches to fifth-most profitable airline the U.S.*"

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  The Declaration was executed this 9th day of September, 2016, in Denver, Colorado.

_Edward K. Quick_

Edward K. Quick