# EXHIBIT 2

**U.S. ARMY HUMAN RESOURCE COMMAND**
1600 SPEARHEAD DIVISION AVENUE
FORT KNOX, KY 40122-5408

**CHRONOLOGICAL STATEMENT OF RETIREMENT POINTS**

REPLY TO ATTN: AHRC-PDP-TR                16 OCT 2014                SOCIAL SECURITY NUMBER

QUICK EDWARD KEVIN
16392 E IDA AVE
CENTENNIAL        CO   80015-4062

Points shown below are a recapitulation of retirement credits as received by this Command. If there are errors or omissions, please return a copy of the detail points listing (on reverse) with your request for correction. Include copies of pay vouchers, record of attendance and correspondence course completions to substantiate your request for correction.

REASON FOR ISSUANCE: Requested     DATE OF BIRTH: 19560519     CURRENT GRADE: CW4     PEBD: 19740916

| 1. BEGINNING DATE YR MO DAY | 2. ENDING DATE YR MO DAY | 3. MILITARY PERSONNEL CLASS | 4. STATUS OR COMPONENT | 5. INACTIVE DUTY POINTS | 6. EXTENSION COURSE POINTS | 7. MEMBERSHIP POINTS | 8. ACTIVE DUTY POINTS | 9. QUALIFYING FOR RETIREMENT YRS MOS DAYS | 10. TOTAL POINTS CREDITABLE |
|---|---|---|---|---|---|---|---|---|---|
| 2013 09 16 | 2014 09 15 | W/O | USAR | 000 | 000 | 15 | 0286 | 01 00 00 | 0301 |
| 2012 09 16 | 2013 09 15 | W/O | USAR | 000 | 000 | 15 | 0365 | 01 00 00 | 0365 |
| 2011 09 16 | 2012 09 15 | W/O | USAR | 000 | 000 | 15 | 0366 | 01 00 00 | 0366 |
| 2010 09 16 | 2011 09 15 | W/O | USAR | 000 | 000 | 15 | 0365 | 01 00 00 | 0365 |
| 2009 09 16 | 2010 09 15 | W/O | USAR | 000 | 000 | 15 | 0365 | 01 00 00 | 0365 |
| 2008 09 16 | 2009 09 15 | W/O | USAR | 000 | 000 | 15 | 0365 | 01 00 00 | 0365 |
| 2007 09 16 | 2008 09 15 | W/O | USAR | 000 | 000 | 15 | 0365 | 01 00 00 | 0366 |
| 2006 09 16 | 2007 09 15 | W/O | USAR | 000 | 000 | 15 | 0330 | 01 00 00 | 0345 |
| 2005 09 16 | 2006 09 15 | W/O | USAR | 076 | 000 | 15 | 0119 | 01 00 00 | 0209 |
| 2004 09 16 | 2005 09 15 | W/O | USAR | 076 | 000 | 15 | 0027 | 01 00 00 | 0117 |
| 2003 09 16 | 2004 09 15 | W/O | USAR | 084 | 000 | 15 | 0179 | 01 00 00 | 0269 |
| 2002 09 16 | 2003 09 15 | W/O | USAR | 000 | 000 | 15 | 0365 | 01 00 00 | 0365 |
| 2001 09 16 | 2002 09 15 | W/O | USAR | 072 | 002 | 15 | 0260 | 01 00 00 | 0349 |
| 2000 09 16 | 2001 09 15 | W/O | USAR | 075 | 000 | 15 | 0042 | 01 00 00 | 0132 |
| 1999 09 16 | 2000 09 15 | W/O | USAR | 058 | 000 | 15 | 0000 | 01 00 00 | 0073 |
| 1998 09 16 | 1999 09 15 | W/O | USAR | 000 | 101 | 15 | 0013 | 01 00 00 | 0088 |
| 1997 09 16 | 1998 09 15 | W/O | USAR | 040 | 000 | 15 | 0000 | 01 00 00 | 0055 |
| 1996 09 16 | 1997 09 15 | W/O | USAR | 038 | 000 | 15 | 0000 | 01 00 00 | 0053 |
| 1995 09 16 | 1996 09 15 | W/O | USAR | 040 | 000 | 15 | 0000 | 01 00 00 | 0055 |
| 1994 09 16 | 1995 09 15 | W/O | USAR | 036 | 000 | 15 | 0000 | 01 00 00 | 0051 |
| 1993 09 16 | 1994 09 15 | W/O | USAR | 036 | 000 | 15 | 0000 | 01 00 00 | 0051 |
| 1992 09 16 | 1993 09 15 | W/O | USAR | 036 | 000 | 15 | 0000 | 01 00 00 | 0051 |
| 1991 09 16 | 1992 09 15 | W/O | USAR | 022 | 000 | 15 | 0019 | 01 00 00 | 0056 |
| 1990 09 16 | 1991 09 15 | W/O | USAR | 020 | 000 | 15 | 0019 | 01 00 00 | 0054 |
| 1989 09 16 | 1990 09 15 | W/O | USAR | 000 | 000 | 15 | 0020 | 00 00 00 | 0035 |
| 1988 09 16 | 1989 09 15 | W/O | USAR | 001 | 003 | 15 | 0014 | 00 00 00 | 0033 |
| 1987 09 16 | 1988 09 15 | W/O | USAR | 000 | 000 | 15 | 0019 | 00 00 00 | 0034 |
| 1986 09 16 | 1987 09 15 | W/O | USAR | 049 | 000 | 15 | 0000 | 01 00 00 | 0060 |
| 1985 09 16 | 1986 09 15 | W/O | ARNG | 095 | 000 | 15 | 0035 | 01 00 00 | 0095 |
| 1984 09 16 | 1985 09 15 | W/O | ARNG | 076 | 000 | 15 | 0070 | 01 00 00 | 0130 |
| 1983 09 16 | 1984 09 15 | W/O | ARNG | 063 | 000 | 15 | 0136 | 01 00 00 | 0196 |
| 1982 09 16 | 1983 09 15 | W/O | ARNG | 047 | 000 | 15 | 0015 | 01 00 00 | 0075 |
| 1981 09 16 | 1982 09 15 | ENL | ARNG | 045 | 000 | 15 | 0042 | 01 00 00 | 0102 |
| 1980 09 16 | 1981 09 15 | ENL | ARNG | 047 | 000 | 15 | 0046 | 01 00 00 | 0106 |
| 1980 07 08 | 1980 09 15 | ENL | BREAK | 000 | 000 | 00 | 0000 | 00 00 00 | 0000 |
| 1979 07 08 | 1980 07 07 | ENL | USAR | 000 | 000 | 15 | 0000 | 00 00 00 | 0015 |
| 1978 07 08 | 1979 07 07 | ENL | USAR | 000 | 000 | 15 | 0000 | 00 00 00 | 0015 |
| 1977 07 08 | 1978 07 07 | ENL | RA | 000 | 000 | 00 | 0365 | 01 00 00 | 0365 |
| 1976 07 08 | 1977 07 07 | ENL | RA | 000 | 000 | 00 | 0365 | 01 00 00 | 0365 |
| 1975 07 08 | 1976 07 07 | ENL | RA | 000 | 000 | 00 | 0366 | 01 00 00 | 0366 |
| 1974 07 08 | 1975 07 07 | ENL | RA | 000 | 000 | 00 | 0365 | 01 00 00 | 0365 |
| Troop Program Unit members must see their Unit Administrators for corrections through RLAS. | | | | | | TOTAL | | 35 | 7223 |

For information on retirement points, 20-year letters, and RC-SBP see our Web Page at https://www.hrc.army.mil

AHRC Form 249-E, JAN 14                Pg 1 of 2

UNCLASSIFIED/FOUO

QUICK 00001

# DETAIL POINT LISTING FOR PREVIOUS RETIREMENT YEAR

### THIS IS A VALUABLE DOCUMENT - KEEP IN A SAFE PLACE

NAME: QUICK EDWARD KEVIN         SSN:

| INACTIVE POINTS | ACTIVE POINTS | | | |
|---|---|---|---|---|
| | 20140616 | 20140628 | J | 013 |
| | 20140601 | 20140615 | J | 015 |
| | 20140527 | 20140531 | J | 005 |
| | 20140516 | 20140526 | J | 011 |
| | 20140501 | 20140515 | J | 015 |
| | 20140416 | 20140430 | J | 015 |
| | 20140401 | 20140415 | J | 015 |
| | 20140316 | 20140331 | J | 016 |
| | 20140301 | 20140315 | J | 015 |
| | 20140216 | 20140228 | J | 013 |
| | 20140201 | 20140215 | J | 015 |
| | 20140116 | 20140131 | J | 016 |
| | 20140101 | 20140115 | J | 015 |
| | 20131216 | 20131231 | J | 016 |
| | 20131201 | 20131215 | J | 015 |
| | 20131116 | 20131130 | J | 015 |
| | 20131101 | 20131115 | J | 015 |
| | 20131016 | 20131031 | J | 016 |
| | 20131001 | 20131015 | J | 015 |
| | 20130916 | 20130930 | J | 015 |

### CODE DEFINITION

| | | | |
|---|---|---|---|
| A | Completion of Extension Course | C | Performance of Command Staff & Admin Duties |
| D | Presentation of Instructions | E | Preparation of Instruction |
| F | Performance of Recruiting Duty | G | Performance of Training |
| H | Performance of Medical Duties | J | Attendance on Active Duty, Active Duty for Training, or Annual Training |
| K | Performance of Active Duty | | |
| L | Correspondence Course Points | M | Performance of Inactive Duty Training (IDT) for Funeral Honors Duty |
| N | Performance of Active Duty for Funeral Honors Duty | X | Performance of Inactive Duty Training (IDT) |

Reverse of AHRC Form 249-E     Pg. 2 of 2

QUICK 00002                     UNCLASSIFIED/FOUO