# EXHIBIT 6

Exhibit No. 13
Deponent: Zeier
Date: 8/4/16 RPR: SD
Mile High Court Reporting

**From:** Quick, Edward K CW-4 743 MI BN/IAMS-T-S3 [mailto:edward.quick@buckley.af.mil]
**Sent:** Monday, June 18, 2007 6:14 PM
**To:** Colburn, Jim
**Cc:** Abbruzzese Peter M Maj 743 MI BN/IAMS-T-XO; Quick, Edward K CW-4 743 MI BN/IAMS-T-S3
**Subject:** Request For Military Leave

CAPT Jim Colburn,

1. Please find attached my request for military leave.

Respectfully, Ed Quick #8824
**FRONTIER AIRLINES**
"Best Low-Cost Carrier" *Business Traveler Magazine* 2006 Readers' Choice Award

Case No. 1:13-cv-00763-RBJ-KMT Document 85-4 filed 06/06/16 USDC Colorado pg 3 of 4



**DEPARTMENT OF THE ARMY**
743D MILITARY INTELLIGENCE BATTALION
FORT CARSON, COLORADO 80913

REPLY TO THE
ATTENTION OF

IAMS-T-CDR                                                                 18 June, 2007

MEMORANDUM FOR: Frontier Airlines Attn: Jim Colburn (Chief Pilot)

SUBJECT: Military leave

1. Request the following soldier be granted military leave starting 19 June 2007 through 30 September 2007.

2. CW4 Edward K. Quick ▇▇▇▇▇▇▇▇

4. Point of contact is MAJ Matt Abbruzzese, 720-847-6829, email: peter.abbruzzese@us.army.mil

Peter M. Abbruzzese
MAJ, BN
BN XO

FA01258

# REEMPLOYMENT RIGHTS AFTER MILITARY TRAINING
[TITLE 38, U.S. CODE, CHAPTER 43 (PL 93-508)]

## IMPORTANT INFORMATION

**APPLICABILITY.** The Uniformed Services Employment and Reemployment Rights Act (USERRA) provides that Soldiers shall be granted a leave of absence upon mobilization or to perform active duty for training with the Armed Forces of the United States, or National Guard members under Title 10 orders, and shall be entitled to reemployment after performing such duty.

**TO OBTAIN REEMPLOYMENT RIGHTS.** Soldiers must provide notice to their employer for any active duty which requires their absence from work. Under USERRA (Title 38, U.S. Code, Section 4312(a)(1)), notice may be either written or oral. This form is furnished for providing written notice.

Employers are statutorily required to grant the leave requested for any type of military service.

The Soldier employee must hold other than a temporary position with a private employer, the Federal Government, or a state or political subdivision thereof.

Generally, for periods of service of up to 30 consecutive days, Soldiers must report back to work for the first full regularly scheduled work period on the day following the completion of the period of service and safe transportation home, plus an 8-hour period for rest. After a period of service of 31-180 days, Soldiers must submit an application for reemployment, either written or verbal, with the employer not later than 14 days after completion of the period of service. After a period of service of 181 days or more, Soldiers must submit an application for reemployment not later than the 90 days after completion of the period of service. Failure to report for work as required subjects the Soldier to the conduct rules of the employer pertaining to explanations and discipline with respect to absences from scheduled work.

The returning Soldier must be qualified to perform the duties of the former position unless the Soldier sustained a disability during his or her period of active duty. If the Soldier sustained a disability and is not qualified to perform the duties of the former position, the Soldier may be entitled to reemployment in another position, the duties of which he or she is qualified to perform.

**REEMPLOYMENT RIGHTS ACCORDED.** If the employee Soldier meets the conditions of eligibility above, he or she should be permitted to the same position with such seniority, status, rate of pay and pension vesting as he or she would have had if they had not been absent due to mobilization or training with the Armed Forces or the National Guard.

Soldiers should not be disadvantaged with respect to any right based on contract or practice due to statutory leave due to mobilization or military training.

The reemployment rights outlined above are also applicable to Soldiers who require leaves of absence to attend weekly and weekend drills, special courses of instruction and other types of Army Reserve training covered by Federal statutes.

For further information and assistance, both Soldiers and employees may contact the National Committee for Employer Support of the Guard and Reserve (NCESGR), 1555 Wilson Blvd., Suite 200, Arlington, VA 22209-2405, telephone 1-800-336-4590, e-mail ncesgr-ombud@osd.mil. If a Soldier/employee believes his or her rights have been violated under USERRA, and they wish to file a formal complaint, they may also contact the nearest Veteran's Employment and Training Service office of the United States Department of Labor.

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** Executive Order 9397.
**PRINCIPAL PURPOSE:** The primary use of this information is to identify Army members.
**ROUTINE USES:** The information furnished will be disclosed to employees of DOD who have need to conduct official business.
**DISCLOSURE:** Furnishing the social security number is voluntary; however, failure to do so may result in processing delays.

NAME  _CW4 EDWARD K. QUICK_   SSN _[redacted]_   DATE _18 JUNE 07_

ADDRESS _16392 E. IDA AVE CENTENNIAL, CO 80015_

---

### THIS FORM IS FOR THE SOLDIER'S EMPLOYEE - DO NOT MAIL TO HRC - ST. LOUIS

**SUBJECT:** Request for Training Duty Leave of Absence

TO: _FRONTIER AIRLINES ATTN: JIM COLBURN C.P._
(Employer's Name)

_7001 TOWER ROAD, DENVER CO 80249-7312_
(Employer's Address)

Pursuant to Title 38, U.S. Code, Chapter 43 (PL 93-508) I hereby request a leave of absence for: (Check and complete statement).

[X] Mobilization   _19 JUNE 2007_   to   _30 SEPTEMBER 2007_
[X] Annual Training   _____   to   _____

_____    _Edward K. Quick_
                            (Signature)

**INFORMATION FOR EMPLOYERS:** Title 38, U.S. Code, Chapter 43 (PL 93-508) provides a statutory leave of absence and reemployment rights for Soldiers who hold positions other than temporary and request leave due to mobilization, or to perform military training. If you desire information concerning the eligibility requirements of the rights to be accorded under the Uniformed Services Employment and Reemployment Rights Act, you may wish to contact the National Committee for Employer Support of the Guard and Reserve (NCESGR), 1555 Wilson Blvd., Suite 200, Arlington, VA 22209-2405, telephone 1-800-336-4590, e-mail ncesgr-ombud@osd.mil.

AHRC Form 2624, Feb 04 (Prior edition may be used.)

FA01259