# EXHIBIT 9



**DEPARTMENT OF THE ARMY**
743D MILITARY INTELLIGENCE BATTALION
FORT CARSON, COLORADO 80913

REPLY TO THE
ATTENTION OF:

IAMS-T-CDR

18 June, 2007

MEMORANDUM FOR: Frontier Airlines Attn: Jim Colburn (Chief Pilot)

SUBJECT: Military leave

1. Request the following soldier be granted military leave starting 19 June 2007 through 30 September 2007.

2. CW4 Edward K. Quick ■■■■■■

4. Point of contact is MAJ Matt Abbruzzese, 720-847-6829, email: peter.abbruzzese@us.army.mil

Peter M. Abbruzzese
MAJ, BN
BN XO

QUICK 00005

# REEMPLOYMENT RIGHTS AFTER MILITARY TRAINING
## [TITLE 38, U.S. CODE, CHAPTER 43 (PL 93-508)]

### IMPORTANT INFORMATION

**PPLICABILITY.** The Uniformed Services Employment and Reemployment Rights Act (USERRA) provides that Soldiers shall be granted a leave of absence upon mobilization or to perform active duty for training with the Armed Forces of the United States, or National Guard members under Title 10 orders, and shall be entitled to reemployment after performing such duty.

**TO OBTAIN REEMPLOYMENT RIGHTS.** Soldiers must provide notice to their employer for any active duty which requires their absence from work. Under USERRA (Title 38, U.S. Code, Section 4312(a)(1)), notice may be either written or oral. This form is furnished for providing written notice.

Employers are statutorily required to grant the leave requested for any type of military service.

The Soldier employee must hold other than a temporary position with a private employer, the Federal Government, or a state or political subdivision thereof.

Generally, for periods of service of up to 30 consecutive days, Soldiers must report back to work for the first full regularly scheduled work period on the day following the completion of the period of service and safe transportation home, plus an 8-hour period for rest. After a period of service of 31-180 days, Soldiers must submit an application for reemployment, either written or verbal, with the employer not later than 14 days after completion of the period of service. After a period of service of 181 days or more, Soldiers must submit an application for reemployment not later than the 90 days after completion of the period of service. Failure to report for work as required subjects the Soldier to the conduct rules of the employer pertaining to explanations and discipline with respect to absences from scheduled work.

The returning Soldier must be qualified to perform the duties of the former position unless the Soldier sustained a disability during his or her period of active duty. If the Soldier sustained a disability and is not qualified to perform the duties of the former position, the Soldier may be entitled to reemployment in another position, the duties of which he or she is qualified to perform.

**REEMPLOYMENT RIGHTS ACCORDED.** If the employee Soldier meets the conditions of eligibility above, he or she should be permitted to the same position with such seniority, status, rate of pay and pension vesting as he or she would have had if they had not been absent due to mobilization or training with the Armed Forces or the National Guard.

Soldiers should not be disadvantaged with respect to any right based on contract or practice due to statutory leave due to mobilization or military training.

The reemployment rights outlined above are also applicable to Soldiers who require leaves of absence to attend weekly and weekend drills, special courses of instruction and other types of Army Reserve training covered by Federal statutes.

For further information and assistance, both Soldiers and employees may contact the National Committee for Employer Support of the ard and Reserve (NCESGR), 1555 Wilson Blvd., Suite 200, Arlington, VA 22209-2405, telephone 1-800-336-4590, e-mail ...cesgr-ombud@osd.mil. If a Soldier/employee believes his or her rights have been violated under USERRA, and they wish to file a formal complaint, they may also contact the nearest Veteran's Employment and Training Service office of the United States Department of Labor.

### DATA REQUIRED BY THE PRIVACY ACT OF 1974
**AUTHORITY:** Executive Order 9397.
**PRINCIPAL PURPOSE:** The primary use of this information is to identify Army members.
**ROUTINE USES:** The information furnished will be disclosed to employees of DOD who have need to conduct official business.
**DISCLOSURE:** Furnishing the social security number is voluntary; however, failure to do so may result in processing delays.

| | | |
|---|---|---|
| **NAME** _CW4 EDWARD K. QUICK_ | **SSN** ▓▓▓▓▓▓▓ | **DATE** _18 JUNE 07_ |

**ADDRESS** _16392 E. IDA AVE CENTENNIAL, CO 80015_

### THIS FORM IS FOR THE SOLDIER'S EMPLOYEE - DO NOT MAIL TO HRC - ST. LOUIS

**SUBJECT:** Request for Training Duty Leave of Absence

**TO:** _FRONTIER AIRLINES ATTN: JIM COLBURN C.P._
_7001 TOWER ROAD, DENVER CO 80249-7312_
(Employer's Name)
(Employer's Address)

Pursuant to Title 38, U.S. Code, Chapter 43 (PL 93-508) I hereby request a leave of absence for: (Check and complete statement).

☒ Mobilization _19 JUNE 2007_ to _30 SEPTEMBER 2007_

☒ Annual Training _____ to _____

_[signature]_ _____ _Edward K. Quick_
(Signature)

**INFORMATION FOR EMPLOYERS:** Title 38, U.S. Code, Chapter 43 (PL 93-508) provides a statutory leave of absence and ...ployment rights for Soldiers who hold positions other than temporary and request leave due to mobilization, or to perform military i....ing. If you desire information concerning the eligibility requirements of the rights to be accorded under the Uniformed Services Employment and Reemployment Rights Act, you may wish to contact the National Committee for Employer Support of the Guard and Reserve (NCESGR), 1555 Wilson Blvd., Suite 200, Arlington, VA 22209-2405, telephone 1-800-336-4590, e-mail ncesgr-ombud@osd.mil.

AHRC Form 2624, Feb 04 (Prior edition may be used.)

| ARMY RESERVE | 1. DATE |
|---|---|
| **RECORD OF INDIVIDUAL PERFORMANCE OF RESERVE DUTY TRAINING** | 2 July 2007 |

For use of this form see AR 140-185; the proponent agency is OCAR

| 2. FROM: *(Reporting Agency) (Include ZIP Code)* | 3. RETIREMENT YEAR ENDING DATE |
|---|---|
| HOC 743rd MI BN, Ft Carson, CO 80913   UIC-WOO130 | 15 SEP |

4. TO: *(Custodian of reservists' field 201 file) (Include ZIP Code)*

AHRC
1 Reserve Way
St Louis, MO 63132

| 5. LAST NAME - FIRST NAME - MIDDLE INITIAL | 6. GRADE | | 8. BRANCH |
|---|---|---|---|
| Quick, Edward K. | CW4 | ███████ | AV |

9. INDIVIDUAL'S ASSIGNED ORGANIZATION *(If different from office of addressee)*

10. THE ABOVE NAMED RESERVIST PERFORMED   ☐ EQUIVALENT  ☑ APPROPRIATE  ☐ SUITABLE  ☐ OTHER

*(Check applicable box)*   DUTIES, TRAINING OR INSTRUCTION ON THE DATES AND FOR THE HOURS INDICATED AS AUTHORIZED BY
*(Cite authorization):*   AR: 140-185, TABLE 2-1, RULE #11

| a. DATE | | | b. HOURS | c. RETIREMENT POINTS | d. NATURE OF DUTIES, TRAINING OR INSTRUCTION |
|---|---|---|---|---|---|
| DAY | MONTH | YEAR | | | |
| 19 20 | 06 | 07 | 8 | N-2 N-2 | Individual Training |
| 21 22 | 06 | 07 | 8 | N-2 N-2 | Individual Training |
| 23 24 | 06 | 07 | 8 | N-2 N-2 | Individual Training |
| 25 26 | 06 | 07 | 8 | N-2 N-2 | Individual Training |
| 27 28 | 06 | 07 | 8 | N-2 N-2 | Individual Training |
| 29 30 | 06 | 07 | 8 | N-2 N-2 | Individual Training |
| 01 | 07 | 07 | 8 | N-2 | Individual Training |

| 11. TYPED NAME, GRADE AND POSITION OF OFFICER HAVING KNOWLEDGE OF DUTIES PERFORMED | 12. SIGNATURE OF OFFICER *(Item 11)* |
|---|---|
| David E. Servinsky, COL MI | *(signature)* |

| 13. FOR CUSTODIAN OF INDIVIDUAL RESERVIST'S RECORDS | | | |
|---|---|---|---|
| ☐ REPORTED TO SERVICING DATA PROCESSING UNIT. | PAY DATA | ☐ EXTRACTED | ☐ NOT APPLICABLE |

DA FORM 1380, FEB 1975          PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.          APD PE v3.00ES

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200

AHRC-DDOS1-0152                                      27 JUN 2007
ORDERS  T-06-743067


QUICK EDWARD KEVIN                 DDOS1-0152      CW4 AV 155G ███████
16392 EAST IDA AVE                                 USAR CONTROL GROUP (REINF)
CENTENNIAL CO 80015


YOU ARE ORDERED TO ACTIVE DUTY FOR TRAINING (ADT) FOR THE PERIOD SHOWN. ON
COMPLETION OF THE PERIOD OF ADT, UNLESS SOONER RELEASED OR EXTENDED BY PROPER
AUTHORITY, YOU WILL RETURN TO THE PLACE WHERE YOU ENTERED ADT.

PERIOD: 89 DAYS PLUS ALLOWABLE TRAVEL TIME
REPORT TO: HOC 743RD MI BN
  FT CARSON CO 80913
REPORTING DATE: RPT BETWEEN 0730 & 0800 HRS. 02 JUL 2007
ATTACHED TO: 1 743 MI BN FT CARSON CO 80913
PURPOSE: O7NA NSA FRA

ADDITIONAL INSTRUCTIONS: YOU ARE ATCHD FOR ADMIN SPT TO INCLUDE ADMIN OF UCMJ.
INJURY/DISEASE/ILLNESS/DEATH REQ LDDI IAW AR 600-8-4. ID CARDS/TAGS RQD ON
PERSON WHILE ON GOVT ORDERS. BREAK IN TVL TIME TO/FR HOR NOT AUTH. CALL AHRC
POC PRIOR TO TOUR IF UNABLE TO COMPLY WITH ORDERS. COMPLIANCE WITH THIS
ORDER IS RQD; NONCOMPLIANCE JEOPARDIZES FUTURE TNG. ATTENDANCE IN UNIFORM IS
MANDATORY. DIRECT QUESTIONS/CONCERNS REGARDING THIS ORDER THROUGH THE CHAIN
OF COMMAND OF YOUR REPORTING SITE/AGENCY. NO PER DIEM AUTH. DUTY WITHIN
COMMUTING DISTANCE. RENTAL CAR NOT AUTH. HIV CLEARED. APFT RQD IAW AR 350-41.
JOGGING SHOES/PT CLOTHING RQD FOR PHYS TNG & APFT. FWD RESULTS IAW AR 140-1
PARA 3-3C. OER RQD PER AR 623-105 OR AER RQD PER AR 623-1, FWD TO CDR AHRC
ATTN: AHRC-PAV-E. FOR MILITARY PAY PROCESSING SUBMIT ORDERS AND CERT OF
PERFORMANCE TO THE DMPO LOCATED AT THE DUTY SITE MILITARY PAY PROCESSING BY
FT CARSON - DMPO. TVL ADV WILL BE ISSUED ONLY BY DFAS-IN (TOI) S28013.
SUBMIT TVL VOUCHERS TO DFAS-IN (TOI) WITHIN 5 DAYS OF COMPLETION OF DUTY.
TVL VOUCHERS MUST HAVE SIGNATURE & DATE IN BLOCKS 20C & 20D PRIOR TO
SUBMISSION FOR SETTLEMENT.

FOR ARMY USE: AUTH: 10 USC 12301 (D) ADT W
ACCT CLAS: 2172070  23-6600 P2G11.K1000 QUI8255743067K/(Q8MXEE) S28013
ESTIMATE ONLY:(1198- $19987)(1199- $5363)(1210-   $741)(1250-  $1410)
(2578-      )(21T1-      )(21T2-      )(22NZ-      )(22NL-      )
DOR:  01 MAR 2000 PPN:      COMP: USAR  SEX: M  TYTR: 6OL  SECCLR: TS W/SENSITIV
PEBD: 18 SEP 1974 HOR: SAME AS SNL
TAC: CK77

FORMAT: 260

**************
*   AHRC    *                        WANDA L. GOOD
*  OFFICIAL *                        COL, AG
**************                       COMMANDING
DISTRIBUTION: 1A      PACKET: 6A

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200

AHRC-DDW4-0152
ORDERS  T-09-747296

19 SEP 2007

QUICK EDWARD KEVIN          DDW4-0152          CW4 AV 155G ███████
16392 EAST IDA AVENUE                          USAR CONTROL GROUP (REINF)
CENTENNIAL CO 80015

YOU ARE ORDERED TO ACTIVE DUTY FOR TRAINING (ADT) FOR THE PERIOD SHOWN. ON
COMPLETION OF THE PERIOD OF ADT, UNLESS SOONER RELEASED OR EXTENDED BY PROPER
AUTHORITY, YOU WILL RETURN TO THE PLACE WHERE YOU ENTERED ADT.

PERIOD: 29 DAYS PLUS ALLOWABLE TRAVEL TIME
REPORT TO: HOC 204TH MI BN FT. BLISS, TX
  EL PASO TX 79906
REPORTING DATE: RPT NLT 1700 HRS. 01 OCT 2007
ATTACHED TO: 204 MI BN FT BLISS TX 79906
PURPOSE: IRR READ ADT

ADDITIONAL INSTRUCTIONS: YOU ARE ATCHD FOR ADMIN SPT TO INCLUDE ADMIN OF UCMJ.
  INJURY/DISEASE/ILLNESS/DEATH REQ LODI IAW AR 600-8-4. ID CARDS/TAGS RQD ON
  PERSON WHILE ON GOVT ORDERS. BREAK IN TVL TIME TO/FR HOR NOT AUTH. CALL AHRC
  POC PRIOR TO TOUR IF UNABLE TO COMPLY WITH ORDERS. COMPLIANCE WITH THIS
  ORDER IS RQD; NONCOMPLIANCE JEOPARDIZES FUTURE TNG. ATTENDANCE IN UNIFORM IS
  MANDATORY. HIV CLEARED. APFT RQD IAW AR 350-41. JOGGING SHOES/PT CLOTHING
  RQD FOR PHYS TNG & APFT. FWD RESULTS IAW AR 140-1 PARA 3-3C. OER OR AER RQD
  PER AR 623-3 AND DA PAM 623-3, FWD TO CDR AHRC ATTN: AHRC-MSE-R. SUBMIT CERT
  OF PERFORMANCE (ARPC FM 3924) AT COMPL OF TOUR TO PAY PROC OFC. AIRLINE
  TICKET REIMB LIMITED TO GVT CONTRACT RATE. FAILURE TO USE A GVT CONTRACT TVL
  OFC WILL PREVENT REIMB OF TICKET COST. USE CBA TO PURCHASE TRANSPORTATION
  TICKET. TRAVELER DOES NOT HAVE A GOV'T CHARGE CARD. USE OF GOVT QTRS AND
  MESS IS DIRECTED; OTHERWISE A STATEMENT OF NON-AVAILABLE IS REQ. DUTY
  UNIFORM - BDU'S. COMPACT RENTAL CAR AUTH. ADDITIONAL RENTAL CAR INSURANCE IS
  NOT REIMBURSABLE. SUBJ TO AVAIL OF FUNDS (DFAS-IN REG 37-1). POC: CW5
  PILLADO 915-241-8812 MILITARY PAY PROCESSING BY FT BLISS - DMPO. TVL ADV
  WILL BE ISSUED ONLY BY DFAS-IN (TOI) S28013. SUBMIT TVL VOUCHERS TO DFAS-IN
  (TOI) WITHIN 5 DAYS OF COMPLETION OF DUTY. TVL VOUCHERS MUST HAVE SIGNATURE
  & DATE IN BLOCKS 20C & 20D PRIOR TO SUBMISSION FOR SETTLEMENT.

FOR ARMY USE: AUTH: 10 USC 12301 (D) ADT W
ACCT CLAS: 2182070  24-2482 P2K11.S3000 QUI82557472960/(Q8ANEG) S28013
ESTIMATE ONLY:(1198-  S5731)(1199-  $1143)(1210-        )(1250-  $475)
(2578-        )(21T1-  $600)(21T2-  $3425)(22NZ-        )(22NL-        )
DOR:  01 MAR 2000 PPN:     COMP: USAR SEX: M TYTR: 55L  SECCLR: TS W/SENSITIV
PEBD: 18 SEP 1974 HOR: SAME AS SNL
TAC:

FORMAT: 260

*************          WANDA L. GOOD
*   AHRC    *          COL, AG
*  OFFICIAL  *         COMMANDING
*************
DISTRIBUTION: 1A     PACKET: 6A

QUICK 00009

DEPARTMENT OF THE ARMY
UNITED STATES ARMY AIR DEFENSE ARTILLERY CENTER AND FORT BLISS
FORT BLISS, TX 79916-6812

PERMANENT ORDERS 268-502                                    25 September 2007

204TH MI BN (WERDAA), FORT BLISS, TX 79916-6816

Following order is amended as indicated:
So much of: Permanent Orders 158-501 dated 7 June 2007, Headquarters United States Army Forces Command,
Ft McPherson, GA 30330-6000
Authority: MOD 22 ORDTYP/DEPORD/USCENTCOM TIMEZONE/Z11. This MOD directed deployment of forces sourced
in OIF 07-09 EXORD MOD 16, OIF 07-09 EXORD MOD 18 OEF 07-09 EXORD MOD 13, SOF DEPORD MOD 006, CA-
PSYOP EXORD MOD 003, and MOD 19 to FY 07-09 GFM allocation plan.

Effective date: 25 September 2007
Additions to manifest.

FY07 Deployments:

| RANK | NAME | | UIC | DEPLOY DATE |
|------|------|--|-----|-------------|
| SPC | Garza, Leslie | | WERDB0 | 07AUG07 |
| CW3 | Hathaway, Steven T | | WERDT0 | 25AUG07 |
| CW3 | Newton, Ray A. | | WERDB0 | 14SEP07 |
| SGT | Gerken, Eric D. | | WERDB0 | 14SEP07 |
| CW4 | Morgan, Kenneth L. | | WERDA0 | 25SEP07 |
| CW3 | Wyatt, David W.R. | | WERDB0 | 25SEP07 |
| SFC | Davenport, William R. | | WERDB0 | 25SEP07 |
| SGT | Johnson, David J.W. | | WERDB0 | 25SEP07 |

FY08 Deployments:

| RANK | NAME | | UIC | DEPLOY DATE |
|------|------|--|-----|-------------|
| LTC | Radtke, Mark J. | | WERDT0 | 07OCT07 |
| MAJ | Then, Erich r. | | WERDT0 | 07OCT07 |
| CPT | Castelli, Christopher M. | | WERDB0 | 22OCT07 |
| CW5 | Pillado, Andrew S. | | WERDT0 | 22OCT07 |
| CPT | DeForest, Andrew J. | | WERDT0 | 22OCT07 |
| CW3 | Ferguson, Steven M. | | WERDA0 | 25OCT07 |
| CW4 | Quick, Edward K. | | WERDT0 | 25NOV07 |
| CW2 | Quintanilla, Carmina D. | | WERDT0 | 25NOV07 |
| SGT | Neujahr, Kattie L. | | WERDB0 | 03DEC07 |
| WO1 | Jenkins, Alvin E. | | WERDB0 | 03DEC07 |
| SSG | Dubber, Derrick W. | | WERDB0 | 03DEC07 |

Primary Point of Embarkation (POE) will be Fort Bragg, S.C.
Secondary Point of Embarkation (POE) will be Charleston Air Force Base, SC.

QUICK 000010



**DEPARTMENT OF THE ARMY**
743D MILITARY INTELLIGENCE BATTALION
FORT CARSON, COLORADO 80913

IAMS-T-CDR                                                                 27 September 2007

MEMORANDUM FOR: Frontier Airlines Attn: Jim Colburn (Chief Pilot)

SUBJECT: Military Leave

1. Request the following soldier be granted military leave for the month of October, 2007.

2. CW4 Edward K. Quick ████████

3. Point of contact is MAJ Steve Calhoun, 720-847-5047, email: steven.calhoun@us.army.mil

Steven D. Calhoun
MAJ, MI
BN S-3

# REEMPLOYMENT RIGHTS AFTER MILITARY TRAINING
[TITLE 38, U.S. CODE, CHAPTER 43 (PL 93-508)]

### IMPORTANT INFORMATION

**APPLICABILITY.** The Uniformed Services Employment and Reemployment Rights Act (USERRA) provides that Soldiers shall be granted a leave of absence upon mobilization or to perform active duty for training with the Armed Forces of the United States, or National Guard members under Title 10 orders, and be entitled to reemployment after performing such duty.

**TO OBTAIN REEMPLOYMENT RIGHTS.** Soldiers must provide notice to their employer for any active duty which requires their absence from work. Under USERRA (Title 38, U.S. Code, Section 4312(a)(1)), notice may be either written or oral. This form is furnished for providing written notice.

Employers are statutorily required to grant the leave requested for any type of military service.

The Soldier employee must hold other than a temporary position with a private employer, the Federal Government, or a state or political subdivision thereof.

Generally, for periods of service of up to 30 consecutive days, Soldiers must report back to work for the first full regularly scheduled work period on the day following the completion of the period of service and safe transportation home, plus an 8-hour period for rest. After a period of service of 31-180 days, Soldiers must submit an application for reemployment, either written or verbal, with the employer not later than 14 days after completion of the period of service. After a period of service of 181 days or more, Soldiers must submit an application for reemployment not later than the 90 days after completion of the period of service. Failure to report for work as required subjects the Soldier to the conduct rules of the employer pertaining to explanations and discipline with respect to absences from scheduled work.

The returning Soldier must be qualified to perform the duties of the former position unless the Soldier sustained a disability during his or her period of active duty. If the Soldier sustained a disability and is not qualified to perform the duties of the former position, the Soldier may be entitled to reemployment in another position, the duties of which he or she is qualified to perform.

**REEMPLOYMENT RIGHTS ACCORDED.** If the employee Soldier meets the conditions of eligibility above, he or she should be permitted to the same position with such seniority, status, rate of pay and pension vesting as he or she would have had if they had not been absent due to mobilization or training with the Armed Forces or the National Guard.

Soldiers should not be disadvantaged with respect to any right based on contract or practice due to statutory leave due to mobilization or military training.

The reemployment rights outlined above are also applicable to Soldiers who require leaves of absence to attend weekly and weekend drills, special courses of instruction and other types of Army Reserve training covered by Federal statutes.

For further information and assistance, both Soldiers and employees may contact the National Committee for Employer Support of the Guard and Reserve (NCESGR), 1555 Wilson Blvd., Suite 200, Arlington, VA 22209-2405, telephone 1-800-336-4590, e-mail ncesgr_ombud@osd.mil. If a Soldier/employee believes his or her rights have been violated under USERRA, and they wish to file a formal complaint, they may also contact the nearest Veteran's Employment and Training Service office of the United States Department of Labor.

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** Executive Order 9397.
**PRINCIPAL PURPOSE:** The primary use of this information is to identify Army members.
**ROUTINE USES:** The information furnished will be disclosed to employees of DOD who have need to conduct official business.
**DISCLOSURE:** Furnishing the social security number is voluntary; however, failure to do so may result in processing delays.

NAME _CW4 EDWARD K. QUICK_   SSN [REDACTED]   DATE _27 SEP 07_

ADDRESS _16392 E. IDA AVE CENTENNIAL, CO 80015_

### THIS FORM IS FOR THE SOLDIER'S EMPLOYEE - DO NOT MAIL TO HRC - ST. LOUIS

SUBJECT: Request for Training Duty Leave of Absence

TO: _FRONTIER AIRLINES ATTN: JIM COLBURN C.P._
_7001 TOWER ROAD, DENVER CO 80249-7512_
(Employer's Name)
(Employer's Address)

Pursuant to Title 38, U.S. Code, Chapter 43 (PL 93-508) I hereby request a leave of absence for: (Check and complete statement).

[X] Mobilization _1 OCT 2007_ to _31 OCT 2007_

[X] Annual Training _____ to _____

_Edward K. Quick_
(Signature)

**INFORMATION FOR EMPLOYERS:** Title 38, U.S. Code, Chapter 43 (PL 93-508) provides a statutory leave of absence and reemployment rights for Soldiers who hold positions other than temporary and request leave due to mobilization, or to perform military training. If you desire information concerning the eligibility requirements of the rights to be accorded under the Uniformed Services Employment and Reemployment Rights Act, you may wish to contact the National Committee for Employer Support of the Guard and Reserve (NCESGR), 1555 Wilson Blvd., Suite 200, Arlington, VA 22209-2405, telephone 1-800-336-4590, e-mail ncesgr-ombud@osd.mil.

AHRC Form 2624, Feb 04 (Prior edition may be used.)

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
200 STOVALL STREET
ALEXANDRIA, VA  22332-0470

AHRC-PL-MS
ORDERS A-10-721792                                          31 OCT 2007

QUICK EDWARD KEVIN            EAD89            CW4 AV ███████████
16392 EAST IDA AVENUE                         USAR CONTROL GROUP (REINF)
CENTENNIAL CO 80015

YOU ARE ORDERED TO ACTIVE DUTY FOR OPERATIONAL SUPPORT UNDER PROVISION OF
SECTION 12301 (D)  TITLE 10 UNITED STATES CODE FOR THE PERIOD SHOWN PLUS THE
TIME NECESSARY TO TRAVEL.  YOU WILL PROCEED FROM YOUR HOME OR CURRENT LOCATION
IN TIME TO REPORT FOR DUTY ON THE DATE SHOWN BELOW.  UPON COMPLETION OF THIS
DUTY, UNLESS SOONER RELEASED, YOU WILL RETURN TO YOUR HOME AND UPON ARRIVAL
BE RELEASED FROM ACTIVE DUTY.

RPT TO: 204 MI BN ARL WERDAO FT BLISS TX 79906
REPORT DATE/TIME: 01 NOV 2007 BETWEEN 0800 AND 1700 HRS.
ASG TO: USAR CONTROL GROUP (REINF)
PERIOD OF ACTIVE DUTY: 5 MONTHS 27 DAYS INCLUDING ACCUM LEAVE
END DATE: 27 APR 2008
PURPOSE: CONTINGENCY OPERATION FOR ACTIVE DUTY OPERATIONAL SUPPORT (CO-ADOS)
   IN SUPPORT OF OEF
ATT TO: 204 MI BN ARL WERDAO FT BLISS TX 79906
DUTY AT: FT CARSON, CO

ADDITIONAL INSTRUCTIONS: ATTACH FOR UCMJ, ADMIN, AND PAY. PDIEM AUTH IAW JFTR.
THIS IS AN UNACC TOUR. MVMT OF HHG AND DEP NOT AUTH. PAY STATUS REPORTED IN
DJMS-RC A24 TRANS MUST BE O (ALPHA CHAR). ALL OFCL TVL MUST BE ARRANGED THRU
CARLSON TVL OR NEAREST SATO. TICKETS PURCH AT OWN EXPENSE WILL NOT BE REIMB
W/O REQ JUSTIFICATION. NON TEMP STORAGE OF HHG AUTH. STORAGE OF ONE POV AUTH.
GOVT QTRS/MESS WILL BE USED IF AVAIL WHEN TVL IS TO MIL INSTL OR YOU MUST
OBTAIN STMT OF NON-AVAIL. SM HAS BEEN ORDERED TO AD IN SPT OF NATIONAL
EMERGENCY DECLARED UNDER PRESIDENTIAL PROCLAMATION 7463, DTD SEP 14, 2001.
THIS AD PERIOD IS EXEMPT FROM THE 5 YEAR CUMLATIVE SERV LIMIT ON
REEMPLOYMENT RIGHTS UNDER TITLE 38, USC, SEC 4312(C)(4)(B). CONTACT ESGR
REGARDING EMPLOYMENT/REEMPLOYMENT RIGHTS AT 1-800-336-4590 OR CHECK ONLINE
AT WWW.ESGR.ORG. DJAS-IN TEAM WILL MANAGE AND MONITOR ALL CONTINGENCY
OPERATIONS ADOS ORDERS. SM WILL REPORT TO SERVICING FINANCE OFFICE AT DUTY
LOCATION FOR IN-PROCESSING. ACCRUED LEAVE TREATED IAW 37 USC 501. CDR SHOULD
ALLOW SM THE OPPORTUNITY TO USE ACCRUED LEAVE WITHIN THE CURRENT MOB OR
CO-ADOS PERIOD. NO BREAK IN SVC. SM CAN CARRY LEAVE OVER WITH NO PENALTY
SUBJECT TO THE LIMIT IN 10 USC 701. YOU WILL RETURN TO THE PLACE OF INITIAL
ENTRY ON AD FOR OUTPROCESSING/REFRAD. SUBMIT TVL CLAIM TO
DFAS-IN/CONTINGENCY TVL, DEPT 3900, 8899 E 56TH ST, INDIANAPOLIS, IN
46249-3900; FAX 317/510-4351-3966; DSN 699. POV AUTH NTE CONSTRUCTIVE COST
OF TVL IAW JFTR PARA U3310. OFF WILL BE EXCLUDED FROM THE ACTIVE ARMY END
STRENGTH IAW 10 USC 115 AND WILL NOT BE PLACED ON THE ADL UP 10 USC 641(1)(D)
AND 620(A). EARLY REPORTING NOT AUTH. SM WILL BE ORDERED TO ADOS TO PERFORM
SPECIAL WORK IN CURRENT RESERVE GRADE. AUTH TO SHIP 800 LBS HHG/UNACC
BAGGAGE IN EXCESS PERMITTED FREE ON TICKET UP PARA U4710, JFTR.

FOR ARMY USE:  AUTHORITY: 10 USC 12301 (D)
ACCT CLAS: 21 7/8/9 2010.0000 01-1100 P1W1C00 11**/12** VFRE F3203 5570 01FFGU
   S12120 21 7/8/9 2010.0000 01-1100 P135198 21**/22**/25** VFRE F3203 5570
   S12120

MDC: N/A      HOR: SAME AS SNL                              PMOS/AOC: 155G
SEX: M        PPN: N/A      COMP: USAR                      BASIC BR: AV
DORRES: 01 MAR 2000     PEBD: 18 SEP 1974     RES GR: CW4
                                    SCTY CL: TS W/SENSITIVE INFO

FORMAT: 162
FOR THE COMMANDER:

**************
*  AHRC      *                    CAROL G. ROBINSON
*  OFFICIAL  *                    MAJ, AG
**************                    CHIEF, MOBILIZATION
                                 SUPPORT BRANCH

DISTRIBUTION: 1 SOLDIER
1 204 MI BN ARL FT BLISS TX 79906

QUICK 000013

# REEMPLOYMENT RIGHTS AFTER MILITARY TRAINING
### [TITLE 38, U.S. CODE, CHAPTER 43 (PL 93-508)]

### IMPORTANT INFORMATION

**APPLICABILITY.** The Uniformed Services Employment and Reemployment Rights Act (USERRA) provides that Soldiers shall be granted leave of absence upon mobilization or to perform active duty for training with the Armed Forces of the United States, or National Guard members under Title 10 orders, and shall be entitled to reemployment after performing such duty.

**TO OBTAIN REEMPLOYMENT RIGHTS.** Soldiers must provide notice to their employer for any active duty which requires their absence from work. Under USERRA (Title 38, U.S. Code, Section 4312(a)(1)), notice may be either written or oral. This form is furnished for providing written notice.

Employers are statutorily required to grant the leave requested for any type of military service.

The Soldier employee must hold other than a temporary position with a private employer, the Federal Government, or a state or political subdivision thereof.

Generally, for periods of service of up to 30 consecutive days, Soldiers must report back to work for the first full regularly scheduled work period on the day following the completion of the period of service and safe transportation home, plus an 8-hour period for rest. After a period of service of 31-180 days, Soldiers must submit an application for reemployment, either written or verbal, with the employer not later than 14 days after completion of the period of service. After a period of service of 181 days or more, Soldiers must submit an application for reemployment not later than the 90 days after completion of the period of service. Failure to report for work as required subjects the Soldier to the conduct rules of the employer pertaining to explanations and discipline with respect to absences from scheduled work.

The returning Soldier must be qualified to perform the duties of the former position unless the Soldier sustained a disability during his or her period of active duty. If the Soldier sustained a disability and is not qualified to perform the duties of the former position, the Soldier may be entitled to reemployment in another position, the duties of which he or she is qualified to perform.

**REEMPLOYMENT RIGHTS ACCORDED.** If the employee Soldier meets the conditions of eligibility above, he or she should be permitted to the same position with such seniority, status, rate of pay and pension vesting as he or she would have had if they had not been absent due to mobilization or training with the Armed Forces or the National Guard.

Soldiers should not be disadvantaged with respect to any right based on contract or practice due to statutory leave due to mobilization or military training.

The reemployment rights outlined above are also applicable to Soldiers who require leaves of absence to attend weekly and weekend drills, special courses of instruction and other types of Army Reserve training covered by Federal statutes.

For further information and assistance, both Soldiers and employees may contact the National Committee for Employer Support of the Guard and Reserve (NCESGR), 1555 Wilson Blvd., Suite 200, Arlington, VA 22209-2405, telephone 1-800-336-4590, e-mail ncesgr-ombud@osd.mil. If a Soldier/employee believes his or her rights have been violated under USERRA, and they wish to file a formal complaint, they may also contact the nearest Veteran's Employment and Training Service office of the United States Department of Labor.

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** Executive Order 9397.
**PRINCIPAL PURPOSE:** The primary use of this information is to identify Army members.
**ROUTINE USES:** The information furnished will be disclosed to employees of DOD who have need to conduct official business.
**DISCLOSURE:** Furnishing the social security number is voluntary; however, failure to do so may result in processing delays.

NAME _CW4 EDWARD K. QUICK_   SSN ███████   DATE _8 NOV 2007_

ADDRESS _16392 E IDA AVE CENTENNIAL, CO 80015_

### THIS FORM IS FOR THE SOLDIER'S EMPLOYEE - DO NOT MAIL TO HRC - ST. LOUIS

**SUBJECT:** Request for Training Duty Leave of Absence

TO: _FRONTIER AIRLINES ATTN: JIM COLBURN C.P._
_7001 TOWER RD, DENVER CO 80249-7312_
*(Employer's Name)*
*(Employer's Address)*

Pursuant to Title 38, U.S. Code, Chapter 43 (PL 93-508) I hereby request a leave of absence for: (Check and complete statement).

☒ Mobilization _1 NOV 2007_ to _1 MAY 2008_

☒ Annual Training _____ to _____

_Edward R. Quick_
*(Signature)*

**INFORMATION FOR EMPLOYERS:** Title 38, U.S. Code, Chapter 43 (PL 93-508) provides a statutory leave of absence and reemployment rights for Soldiers who hold positions other than temporary and request leave due to mobilization, or to perform military training. If you desire information concerning the eligibility requirements of the rights to be accorded under the Uniformed Services Employment and Reemployment Rights Act, you may wish to contact the National Committee for Employer Support of the Guard and Reserve (NCESGR), 1555 Wilson Blvd., Suite 200, Arlington, VA 22209-2405, telephone 1-800-336-4590, e-mail ncesgr-ombud@osd.mil.

AHRC Form 2624, Feb 04 (Prior edition may be used.)

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200

AHRC-PL-MS                                                    29 APR 2008
ORDERS A-04-807991

QUICK EDWARD KEVIN              EAD89              CW4 AV ███████
16392 E IDA AVE                                   USAR CONTROL GROUP (REINF)
CENTENNIAL CO 80015 4062

YOU ARE ORDERED TO ACTIVE DUTY FOR OPERATIONAL SUPPORT UNDER PROVISION OF
SECTION 12301 (D), TITLE 10 UNITED STATES CODE FOR THE PERIOD SHOWN PLUS THE
TIME NECESSARY TO TRAVEL.  YOU WILL PROCEED FROM YOUR HOME OR CURRENT LOCATION
IN TIME TO REPORT FOR DUTY ON THE DATE SHOWN BELOW.  UPON COMPLETION OF THIS
DUTY, UNLESS SOONER RELEASED, YOU WILL RETURN TO YOUR HOME AND UPON ARRIVAL
BE RELEASED FROM ACTIVE DUTY.

RPT TO: 204 MI BN ARL WERDAO FT BLISS TX 79906
REPORT DATE/TIME: 28 APR 2008 BETWEEN 0800 AND 1700 HRS.
ASG TO: USAR CONTROL GROUP (REINF)
PERIOD OF ACTIVE DUTY: 179 DAYS INCLUDING 'ACCUM LEAVE      END DATE: 23 OCT 2008
PURPOSE: CONTINGENCY OPERATION FOR ACTIVE DUTY OPERATIONAL SUPPORT (CO-ADOS)
   IN SUPPORT OF OEF
ATT TO: 204 MI BN ARL WERDAO FT BLISS TX 79906
DUTY AT: BUCKLEY AFB, CO

ADDITIONAL INSTRUCTIONS: ATTACH FOR UCMJ, ADMIN, AND PAY. BRING COPIES OF
   MARRIAGE CERT, DIVORCE DECREE, BIRTH CERT OF NATURAL CHILDREN OR
   DOCUMENTATION OF DEPENDENCY/CHILD SPT, FAMILY CARE PLAN, WILLS, POWER OF
   ATTORNEY & OTHER DOCUMENTS AFFECTING PAY STATUS. PAY STATUS REPORTED IN
   DJMS-RC R24 TRANS MUST BE O (ALPHA CHAR). ALL OFCL TVL MUST BE ARRANGED THRU
   CARLSON TVL OR NEAREST SATO. TICKETS PURCH AT OWN EXPENSE WILL NOT BE REIMB
   W/O REQ JUSTIFICATION. NON TEMP STORAGE OF HHG AUTH. STORAGE OF ONE POV AUTH.
   GOVT QTRS/MESS WILL BE USED IF AVAIL WHEN TVL IS TO MIL INSTL OR YOU MUST
   OBTAIN STMT OF NON-AVAIL. SM HAS BEEN ORDERED TO AD IN SPT OF NATIONAL
   EMERGENCY DECLARED UNDER PRESIDENTIAL PROCLAMATION 7463, DTD SEP 14, 2001.
   THIS AD PERIOD IS EXEMPT FROM THE 5 YEAR CUMLATIVE SERV LIMIT ON
   REEMPLOYMENT RIGHTS UNDER TITLE 38, USC, SEC 4312(C)(4)(B). CONTACT ESGR
   REGARDING EMPLOYMENT/REEMPLOYMENT RIGHTS AT 1-800-336-4590 OR CHECK ONLINE
   AT WWW.ESGR.ORG. ACCRUED LEAVE TREATED IAW 37 USC 501. CDR SHOULD ALLOW SM
   THE OPPORTUNITY TO USE ACCRUED LEAVE WITHIN THE CURRENT MOB OR CO-ADOS
   PERIOD. NO BREAK IN SVC. SM CAN CARRY LEAVE OVER WITH NO PENALTY SUBJECT TO
   THE LIMIT IN 10 USC 701. YOU WILL RETURN TO THE PLACE OF INITIAL ENTRY ON AD
   FOR OUTPROCESSING/REFRAD. SUBMIT TVL CLAIM TO DFAS-IN/CONTINGENCY TVL, DEPT
   3900, 8899 E 56TH ST, INDIANAPOLIS, IN 46249-3900; FAX 317/510-4351-3966;
   DSN 699. POV AUTH NTE CONSTRUCTIVE COST OF TVL IAW JFTR PARA U3310. OFF WILL
   BE EXCLUDED FROM THE ACTIVE ARMY END STRENGTH IAW 10 USC 115 AND WILL NOT BE
   PLACED ON THE ADL UP 10 USC 641(1)(D) AND 620(A). EARLY REPORT NOT AUTH. SM
   WILL BE ORDERED TO ADOS TO PERFORM SPECIAL WORK IN CURRENT RESERVE GRADE.

FOR ARMY USE:  AUTHORITY: 10 USC 12301 (D)
ACCT CLAS: 21 8/9/0 2010.0000 01-1100 P1W1C00 11**/12** VFRE F3203 5570 01FFGU
   S12120 21 8/9 2020.0000 B1-B1TC P135197 21 T1/21T2 VFRE 000 B1-B1TC F4209
   AZTD2E 12161 CIC:28/920B1AZ TD12161 TAC:CAF8 MDC:3AO8 SDN:QUI8255

MDC: N/A       HOR: SAME AS SNL                              PMOS/AOC: 155G
SEX: M         PPN: N/A       COMP: USAR        RES GR: CW4  BASIC BR: AV
DORRES: 01 MAR 2000       PEBD: 18 SEP 1974       SCTY CL: SECRET

FORMAT: 162


* * * * * * * * * * * * *                      WANDA L. GOOD
*    AHRC    *                                 COL, AG
*  OFFICIAL  *                                 COMMANDING
* * * * * * * * * * * * *


DISTRIBUTION:  1 SOLDIER
   1 204 MI BN ARL FT BLISS TX 79906

```
                    DEPARTMENT OF THE ARMY
            U.S. ARMY HUMAN RESOURCES COMMAND
                        1 RESERVE WAY
                   ST. LOUIS, MO 63132-5200
```

AHRC-PLM-S                                        23 OCT 2008
ORDERS  A-04-807991A01


QUICK EDWARD KEVIN                      CW4 AV ███████████
16392 E IDA AVE                        USAR CONTROL GROUP (REINF)
CENTENNIAL CO 80015 4062


THE FOLLOWING ORDER IS AMENDED AS INDICATED:

SO MUCH OF: FORMAT: 162 A-04-807991 DATED 29 APR 2008 IS FURTHER AMENDED.

PERTAINING TO: ORDER TO ACTIVE DUTY
               QUICK EDWARD KEVIN
               ███████████ CW4 AV

AS READS:
   PAD: 179 DAYS INCLUDING ACCUM LEAVE END DATE: 23 OCT 2008
HOW CHANGED:
   IATR: PAD: 177 DAYS INCLUDING ACCUM LEAVE END DATE: 21 OCT 2008


FOR ARMY USE:   AUTHORITY: 10 USC 12301 (D)

FORMAT: 700


**************         WANDA L. GOOD
*   AHRC    *         COL, AG
*  OFFICIAL *         COMMANDING
**************

DISTRIBUTION:  1 SOLDIER
    1 204 MI BN ARL FT BLISS TX 79906

QUICK 000016

DEPARTMENT OF THE ARMY
Warrior Transition Unit
Fort Carson, CO 80913

ORDERS  296-07                                              22 October 2008

QUICK, EDWARD K. CW4 ██████ EACH (W2P130)  Fort Carson, CO  80913

You are attached as shown.

Action:  You are attached to D Company (W2P138), Warrior Transition Battalion, Fort Carson, Colorado 80913
Effective Date:  22 Oct 08
Period: N/A
Purpose:  To obtain medical care
Accounting Classification Code: N/A
Additional Instructions: N/A

Format: 440

FOR THE COMMANDER

RACHAEL K. TRAVIS
1LT, AG
WTU S1

DISTRIBUTION:
Indiv Con (5)
CDR, WTU, Fort Carson, CO 80913
CDR, D CO , WTU
S1, Evans Army Community Hospital, Fort Carson, Co 80913

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200

AHRC-PLM-S
ORDERS  A-10-821327

23 OCT 2008

QUICK EDWARD KEVIN                EAD64              CW4 AV█████████
16392 E IDA AVE                                      USAR CONTROL GROUP (REINF)
CENTENNIAL CO 80015 4062

YOU ARE RETAINED ON ACTIVE DUTY UNDER PROVISION OF SECTION 12301 (H), TITLE 10
UNITED STATES CODE FOR THE PERIOD SHOWN PLUS THE TIME NECESSARY TO TRAVEL. YOU
WILL PROCEED FROM YOUR HOME OR CURRENT LOCATION IN TIME TO REPORT FOR DUTY ON
THE DATE SHOWN BELOW. UPON COMPLETION OF THIS DUTY, UNLESS SOONER RELEASED, YOU
WILL RETURN TO YOUR HOME AND UPON ARRIVAL BE RELEASED FROM ACTIVE DUTY.

RPT TO: WT BN HQ W2P132 GEN DEL FT CARSON CO 80913
REPORT DATE/TIME: 22 OCT 2008
ASG TO: WT BN HQ W2P132 GEN DEL FT CARSON CO 80913
PERIOD OF ACTIVE DUTY: 358 DAYS                    END DATE: 14 OCT 2009
PURPOSE: TO PARTICIPATE IN RESERVE COMPONENT WARRIORS IN TRANSITION MEDICAL
   RETENTION PROCESSING PROGRAM FOR COMPLETION OF MEDICAL CARE AND TREATMENT.

ADDITIONAL INSTRUCTIONS: SM IS RETAINED ON AD IN MRP STATUS TO COMPLETE MED
CARE AND TREATMENT IN CURRENT RESERVE GRADE 10 USC 12322. MPRJ AND MEDICAL
RECORDS WILL BE FWD TO DUTY SITE IAW AR 600-8-104. SM NOT COUNTED AS PART OF
THE ACTIVE ARMY END STRENGTH. IF APPLICABLE ALL RET/PHYS DISABILTY
PROCESSING MUST BE CONCLUDED BEFORE ORDERS EXPIRE. DFAS-IN TEAM WILL MANAGE
AND MONITOR ALL WARRIORS IN TRANSITION ORDERS. SM WILL REPORT TO SERVICING
FINANCE OFFICE AT DUTY LOCATION FOR IN-PROCESSING. PAY STATUS RPT IN DJMS-RC
A24 TRANS MUST BE O (ALPHA). ACCRUED LEAVE TREATED IAW 37 USC 501. CDR
SHOULD ALLOW SM THE OPPORTUNITY TO USE ACCRUED LEAVE WITHIN THE CURRENT MOB
OR CO-ADOS PERIOD. NO BREAK IN SVC, SM CAN CARRY LEAVE OVER WITH NO PENALTY
SUBJECT TO THE LIMIT IN 10 USC 701. SHIP HHG AND TVL OF DEP NOT AUTH. IAW
DOD INSTRUCTION 1332.38 SM WILL BE ENTERED INTO PDES PROCESS AT THE EARLIEST
DETERMINATION OR SM UNABLE TO RETURN TO FULL MIL DUTY WITHIN ONE YEAR OF
DIAGNOSIS OF MEDICAL CONDITION. REFRAD IS REQ UPON COMPLETION OF MED CARE
AND PDES. USE OF GOVT QTRS AND MESS IS DIRECTED; OTHERWISE A STATEMENT OF
NON-AVAILABLE IS REQ. SERV INSTL AG WILL PREPARE RELEASE ORDER AND DD214
UPON COMPLETION OF AD. SM HAS BEEN ORDERED TO AD IN SPT OF NATIONAL
EMERGENCY DECLARED UNDER PRESIDENTIAL PROCLAMATION 7463, DTD SEP 14, 2001.
THIS AD PERIOD IS EXEMPT FROM THE 5 YEAR CUMLATIVE SERV LIMIT ON
REEMPLOYMENT RIGHTS UNDER TITLE 38, USC, SEC 4312(C)(4)(B). CONTACT ESGR
REGARDING EMPLOYMENT/REEMPLOYMENT RIGHTS AT 1-800-336-4590 OR CHECK ONLINE
AT WWW.ESGR.ORG. SM IS REQ TO COMPLETE DD FORM 2648-1 AT INSTALLATION ACAP
CTR PRIOR TO RELEASE FROM AD. THE UNEXECUTED PORTION OF THE FOLLOWING ORDER
SHOULD BE RESCINDED BY THE PUBLISHER. ORDER NUMBER A-04-807991

FOR ARMY USE:  AUTHORITY: 10 USC 12301(H), 10 USC 1074(A) AND 10 USC 12322
ACCT CLAS: 21 8/9/0 2010.0000 01-1100 P1A1000 11**/12** PAMP 5570 01FF10
   S12120 TRAVEL/PER DEIM CHARGED TO: 21 8/9/0 2020.0000 01-1100 P135198
   21**/22**/25** VFRE F3203 S12120 TAC C1AE

MDC: N/A    HOR: SAME AS SNL                                  PMOS/AOC: 155G
SEX: M      PPN: N/A    COMP: USAR
DORRES: 01 MAR 2000    PEBD: 18 SEP 1974    RES GR: CW4    BASIC BR: AV
                                            SCTY CL: TS W/SENSITIVE INFO

FORMAT: 162

*************
*   AHRC    *              WANDA L. GOOD
*  OFFICIAL *              COL, AG
*************              COMMANDING

DISTRIBUTION: 1 SOLDIER
   1 WT BN HQ GEN DEL FT CARSON CO 80913
   1 GANT, FRUIN AND SFC NOEL 8899 EAST 56TH ST PMTC INDIANAPOLIS IN 46249 0170

DEPARTMENT OF THE ARMY
HEADQUARTERS, US ARMY MEDICAL CMD
2050 WORTH ROAD
FORT SAM HOUSTON, TX 78234-6000

MCHR-MA                                                    29 JUL 2009
ORDERS   A-07-921118

QUICK EDWARD KEVIN              FTSAM2              CW4 AV ██████████
16392 E IDA AVE                                    USAR CONTROL GROUP (REINF)
CENTENNIAL CO 80015 4062

YOU ARE RETAINED ON ACTIVE DUTY UNDER PROVISION OF SECTION 12301 (H), TITLE 10
UNITED STATES CODE FOR THE PERIOD SHOWN PLUS THE TIME NECESSARY TO TRAVEL. YOU
WILL PROCEED FROM YOUR HOME OR CURRENT LOCATION IN TIME TO REPORT FOR DUTY ON
THE DATE SHOWN BELOW. UPON COMPLETION OF THIS DUTY, UNLESS SOONER RELEASED, YOU
WILL RETURN TO YOUR HOME AND UPON ARRIVAL BE RELEASED FROM ACTIVE DUTY.

RPT TO: UTAH CBHCO W07RD2 17800 S CAMP WILLIAMS RD RIVERTON UT 84065
REPORT DATE/TIME: 09 AUG 2009
ASG TO: WT BN HQ W2P132 GEN DEL FT CARSON CO 80913
PERIOD OF ACTIVE DUTY: 246 DAYS                          END DATE: 11 APR 2010
PURPOSE: TO PARTICIPATE IN RESERVE COMPONENT MEDICAL HOLD TRANSFER FOR
    COMPLETION OF MEDICAL CARE AND TREATMENT.
ATT TO: UTAH CBHCO W07RD2 17800 S CAMP WILLIAMS RD RIVERTON UT 84065
DUTY AT: CENTENNIAL, COLORADO 80015

ADDITIONAL INSTRUCTIONS: SM IS RETAINED ON AD IN MRP STATUS TO COMPLETE MED
CARE AND TREATMENT IN CURRENT RESERVE GRADE 10 USC 12322. SHIP HHG AND TVL
OF DEP NOT AUTH. MPRJ AND MEDICAL RECORDS WILL BE FWD TO DUTY SITE IAW AR
600-8-104. ATTACH FOR UCMJ, ADMIN, AND PAY. SM NOT COUNTED AS PART OF THE
ACTIVE ARMY END STRENGTH. IF APPLICABLE ALL RET/PHYS DISABILITY PROCESSING
MUST BE CONCLUDED BEFORE ORDERS EXPIRE. DFAS-IN TEAM WILL MANAGE AND MONITOR
ALL WARRIORS IN TRANSITION ORDERS. SM WILL REPORT TO SERVICING FINANCE
OFFICE AT DUTY LOCATION FOR IN-PROCESSING. PAY STATUS RPT IN DJMS-RC A24
TRANS MUST BE O (ALPHA). ACCRUED LEAVE TREATED IAW 37 USC 501. CDR SHOULD
ALLOW SM THE OPPORTUNITY TO USE ACCRUED LEAVE WITHIN THE CURRENT DUTY. NO
BREAK IN SVC. SM CAN CARRY LEAVE OVER WITH NO PENALTY SUBJECT TO THE LIMIT
IN 10 USC 701. CONTACT HOUSING OFC OF THE GAINING INSTL BEFORE BUYING OR
LEASING OFF POST. IAW DOD INSTRUCTION 1332.38 SM WILL BE ENTERED INTO PDES
PROCESS AT THE EARLIEST DETERMINATION OR SM UNABLE TO RETURN TO FULL MIL
DUTY WITHIN ONE YEAR OF DIAGNOSIS OF MEDICAL CONDITION. REFRAD IS REQ UPON
COMPLETION OF MED CARE AND PDES. SERV INSTL AG WILL PREPARE RELEASE ORDER
AND DD214 UPON COMPLETION OF AD. SM HAS BEEN ORDERED TO AD IN SPT OF
NATIONAL EMERGENCY DECLARED UNDER PRESIDENTIAL PROCLAMATION 7463, DTD SEP 14,
2001. THIS AD PERIOD IS EXEMPT FROM THE 5 YEAR CUMLATIVE SERV LIMIT ON
REEMPLOYMENT RIGHTS UNDER TITLE 38, USC, SEC 4312 (C)(4)(B). SUBJ TO AVAIL OF
FUNDS (DFAS-IN REG 37-1). SM MUST REPORT NLT 1600HRS. EARLY REPORT IS NOT
AUTHORIZED.

FOR ARMY USE: AUTHORITY: 10 USC 12301(H), 10 USC 1074(A) AND 10 USC 12322
ACCT CLAS: 21 8/9/0 2020.0000 01-1100 P1A1000 11**/12** PAMP 5570 01FF10 12120
    TRAVEL/PER DEIM CHARGED TO: 21 9/0 2020 0000 0 74 7418 13519700000 21T*
    42LW13 EACHMRP7 418FY9 LW1342 041134 QUI8255T921118

MDC: N/A     HOR: SAME AS SNL                              PMOS/AOC: 155G
SEX: M       PPN: N/A     COMP: USAR       RES GR: CW4    BASIC BR: AV
DORRES: 01 MAR 2000    PEBD: 18 SEP 1974   SCTY CL: TS W/SENSITIVE INFO

FORMAT: 162
FOR THE COMMANDER:

*************              YVETTE M. MCCREA
*   MEDCOM   *            MAJ, MS
*  OFFICIAL  *            ADJUTANT
*************

DISTRIBUTION:  1 SOLDIER
  1 UTAH CBHCO 17800 S CAMP WILLIAMS RD RIVERTON UT 84065
  1 WT BN HQ GEN DEL FT CARSON CO 80913
  1 GANT, FRUIN AND SFC NOEL 8899 EAST 56TH ST PMTC INDIANAPOLIS IN 46249 0170
  1 TAG OF CO 300 LOGAN ST DENVER CO 80203 4072

QUICK 000019

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200


AHRC-PLM-S                                          19 MAR 2010
ORDERS  A-07-921118A01


QUICK EDWARD KEVIN            EAD222         CW4 AV ▮▮▮▮▮▮
16392 E IDA AVE                              USAR CONTROL GROUP (REINF)
CENTENNIAL CO 80015 4082


THE FOLLOWING ORDER IS AMENDED AS INDICATED:

SO MUCH OF: FORMAT: 162 A-07-921118 DATED 28 JUL 2009 IS FURTHER AMENDED.

PERTAINING TO: ABOVE NAMED INDIVIDUAL

AS READS:
  PAD: 246 DAYS END DATE: 11 APR 2010
  PURPOSE: TO PARTICIPATE IN RESERVE COMPONENT MEDICAL HOLD TRANSFER FOR
    COMPLETION OF MEDICAL CARE AND TREATMENT.
  ACCT CLAS: 21 8/9/0 2020.0000 01-1100 P1A1000 11**/12** PAMP 5570 01FF10
    12120 TRAVEL/PER DEIM CHARGED TO: 21 9/0 2020 0000 0 74 7418 13519700000
    21T* 42LW13 EACHMRP7 418FY9 LW1342 041134 QUI8255T921118
HOW CHANGED:
  IATR: PAD: 425 DAYS END DATE: 07 OCT 2010
  IATR: PURPOSE: TO PARTICIPATE IN RESERVE COMPONENT WARRIORS IN TRANSITION
    MEDICAL RETENTION PROCESSING PROGRAM FOR COMPLETION OF MEDICAL CARE AND
    TREATMENT.
  IATR: ACCT CLAS: 21 0/1/2 2010.0000 01-1100 P1A100 11**/12** VFRE F1201 5570
    01FFVP S12120 TRAVEL/PER DEIM CHARGED TO: 21 9/0/1 2020 0000 0 74 7418
    13519700000 21T* 42LW13 EACHMR P7418FY9 LW1342 041134


FOR ARMY USE:   AUTHORITY: 10 USC 12301(H), 10 USC 1074(A) AND 10 USC 12322

FORMAT: 700


***************                       LOUIS B. WINGATE
*    AHRC     *                       COL, FA
*  OFFICIAL   *                       COMMANDING
***************

DISTRIBUTION:  1 SOLDIER
  1 UTAH CBHCO 17800 S CAMP WILLIAMS RD RIVERTON UT 84065
  1 WT BN HQ GEN DEL FT CARSON CO 80913
  1 GANT, FRUIN AND SFC NOEL 8899 EAST 56TH ST PMTC INDIANAPOLIS IN 46249 0170
  1 TAG OF CO 300 LOGAN ST DENVER CO 80203 4072

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS
RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| QUICK, EDWARD KEVIN | | |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| CW4 | W04 | 19560519 | 00000000 |

**7a. PLACE OF ENTRY INTO ACTIVE DUTY**
FORT CARSON, COLORADO

**b. HOME OF RECORD AT TIME OF ENTRY** (City and state, or complete address if known)
16392 EAST IDA AVENUE
CENTENNIAL COLORADO 80015

**8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND**
WT CO A WARRIORS FT CA MC

**b. STATION WHERE SEPARATED**
FORT CARSON, CO 80913-2965

**9. COMMAND TO WHICH TRANSFERRED**
USAR CON GP (REINF) 1 RESERVE WAY, ST LOUIS, MO 63132

**10. SGLI COVERAGE** [ ] NONE
AMOUNT: $ 400,000.00

**11. PRIMARY SPECIALTY** (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)

155G0 O5A/EO-5B/RC-7 PILOT - 3 YRS 0 MOS//
NOTHING FOLLOWS

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 2007 | 11 | 01 |
| b. SEPARATION DATE THIS PERIOD | 2010 | 11 | 08 |
| c. NET ACTIVE SERVICE THIS PERIOD | 0003 | 00 | 08 |
| d. TOTAL PRIOR ACTIVE SERVICE | 0006 | 11 | 08 |
| e. TOTAL PRIOR INACTIVE SERVICE | 0026 | 02 | 07 |
| f. FOREIGN SERVICE | 0000 | 06 | 10 |
| g. SEA SERVICE | 0000 | 00 | 00 |
| h. INITIAL ENTRY TRAINING | 0000 | 00 | 00 |
| i. EFFECTIVE DATE OF PAY GRADE | 2000 | 03 | 01 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** (All periods of service)
MASTER ARMY AVIATOR BADGE//AIR MEDAL//ARMY
COMMENDATION MEDAL//AIR FORCE COMMENDATION
MEDAL//ARMY ACHIEVEMENT MEDAL//ARMY GOOD
CONDUCT MEDAL//ARMY RESERVE COMPONENTS
ACHIEVEMENT MEDAL//NATIONAL DEFENSE SERVICE
MEDAL (3RD AWARD)//GLOBAL WAR ON TERRORISM
SERVICE MEDAL//KOREAN//CONT IN BLOCK 18

**14. MILITARY EDUCATION** (Course title, number of weeks, and month and year completed)
NONE//NOTHING FOLLOWS

| | | YES | NO |
|---|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | | |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | | X |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA ) | | | X |

**16. DAYS ACCRUED LEAVE PAID** 0

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|
| | | X |

**18. REMARKS** ///////////////////////////////////////////////////////////////
SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN IRAQ 20071128-20080306//
SERVICE IN IRAQ 20080507-20080807//ORDERED TO ACTIVE DUTY IN SUPPORT OF OPERATION
ENDURING FREEDOM IAW 10 USC 12301//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//
RETAINED ON ACTIVE DUTY FROM 20081022-20101108 FOR THE CONVENIENCE OF THE GOVERNMENT IAW
10 USC 12301 (H), 10 USC 1074 (A) AND 10 USC 12322 MEDICAL HOLDOVER/CBHCO//THIS AD PERIOD
IS EXEMPT FROM THE 5 YEAR CUMULATIVE SERV LIMIT ON REEMPLOYMENT RIGHTS UNDER TITLE 38
USC, SEC 4312 (C) (4) (B)//CONT FROM BLOCK 13 DEFENSE//SEE ATTACHED CONTINUATION SHEET

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

**19a. MAILING ADDRESS AFTER SEPARATION** (Include ZIP Code)
16392 EAST IDA AVENUE
CENTENNIAL COLORADO 80015

**b. NEAREST RELATIVE** (Name and address - Include ZIP Code)
JULIE REDMON
22 HILLSIDE DRIVE
PHENIX ALABAMA 36870

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) CO   OFFICE OF VETERANS AFFAIRS | X | YES | | NO |
|---|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | X | YES | | NO |

| 21a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| NOT AVAILABLE TO SIGN | | ESIGNED BY: JAMERSON.CAROLYN.DENISE.1109116382 CAROLYN D JAMERSON, YC1, CHIEF, TRANSITION C | 20101029 |

**DD FORM 214, AUG 2009**

PREVIOUS EDITION IS OBSOLETE.
GENERATED BY TRANSPROC

**MEMBER - 1**

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS
RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY (Continuation Sheet)
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) QUICK, EDWARD KEVIN | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/USAR/AV | ██████████ |
|---|---|---|

(Specify the item number of the block continued for each entry.) ///////////////////////////////////////////////////////////
CONT FROM BLOCK 18: SERVICE MEDAL//IRAQ CAMPAIGN MEDAL W/ CAMPAIGN STAR//NON COMMISSIONED
OFFICER PROFESSIONAL DEVELOPMENT RIBBON//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//
ARMY RESERVE COMPONENT OVERSEAS TRAINING RIBBON//ARMED FORCES RESERVE MEDAL//PARACHUTIST
BADGE//EXPERT MARKSMANSHIP BADGE W/RIFLE BAR//NOTHING FOLLOWS

| 21.a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| NOT AVAILABLE TO SIGN | | SIGNED BY: JAMERSON.CAROLYN.DENISE.1109116382 CAROLYN D JAMERSON, YC1, CHIEF, TRANSITION C | 20101029 |

DD FORM 214C, AUG 2009              GENERATED BY TRANSPROC                    MEMBER - 1

QUICK 000022

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1600 SPEARHEAD DIVISION AVENUE
FORT KNOX, KY 40122

AHRC-PLM-S                                                      03 NOV 2010
ORDERS: A-11-030981

QUICK EDWARD KEVIN                    SK          CW4 AV██████████
16392 E IDA AVE                                   USAR CONTROL GROUP (REINF)
CENTENNIAL, CO 80015-4062

YOU ARE ORDERED TO ACTIVE DUTY FOR OPERATIONAL SUPPORT UNDER PROVISION OF SECTION 12301 (D),
TITLE 10 UNITED STATES CODE FOR THE PERIOD SHOWN PLUS THE TIME NECESSARY TO TRAVEL.  YOU
WILL PROCEED FROM YOUR HOME OR CURRENT LOCATION IN TIME TO REPORT FOR DUTY ON THE DATE SHOWN
BELOW.  UPON COMPLETION OF THIS DUTY, UNLESS SOONER RELEASED, YOU WILL RETURN TO YOUR HOME
AND UPON ARRIVAL BE RELEASED FROM ACTIVE DUTY.

RPT TO: 743 MI BN W00130 BUCKLEY AIR NA CO 80011
REPORT DATE/TIME: 09 NOV 2010 RPT BETWEEN 0800 AND 1700 HRS
PERIOD OF ACTIVE DUTY: 365 DAYS INCLUDING ACCUM LEAVE END DATE: 08 NOV 2011
PURPOSE: CONTINGENCY OPERATION FOR ACTIVE DUTY OPERATIONAL SUPPORT (CO-ADOS) IN SUPPORT OF
CSB
ATT TO: 204 MI BN HHC INTEL WERDTO FT BLISS TX 79906
DUTY AT: FT BLISS, TX

ADDITIONAL INSTRUCTIONS:  OFF WILL BE EXCLUDED FROM THE ACTIVE ARMY END STRENGTH IAW 10 USC
115 AND WILL NOT BE PLACED ON THE ADL UP 10 USC 641(1)(D) AND 620(A). SM HAS BEEN ORDERED
TO AD IN SPT OF NATIONAL EMERGENCY DECLARED UNDER PRESIDENTIAL PROCLAMATION 7463, DTD SEP
14, 2001. EARLY REPORTING NOT AUTHORIZED. THIS IS AN UNACC TOUR.  MOVEMENT OF DEP IS NOT
AUTH. AUTH TO SHIP 600 LBS TDY HHG WEIGHT ALLOWANCE IAW PARA U4710 JFTR. ATTACH FOR UCMJ,
ADMIN, AND PAY. ALL OFCL TVL MUST BE ARRANGED THRU CARLSON TVL (1-800-756-6111) OR NEAREST
SATO.  TICKET PURCHASED AT OWN EXPENSE WILL NOT BE REIMB W/O REQ JUSTIFICATION. POV AUTH
NTE CONSTRUCTIVE COST OF TVL IAW JFTR PARA U3310. STORAGE OF HHG & POV AUTH: IF SINGLE;
DUAL MIL & BOTH ARE DEPLOYED, OR MARRIED TO SM AT DIFFERENT DUTY LOCATION. YOU MUST
COORDINATE STORAGE OF POV AND HHG WITH THE NEAREST ARMY INSTALLATION/TRANS OFFICE OR ANY
DOD TRANS OFFICE IF AN ARMY INSTALLATION TRANS OFFICE IS NOT AVAILABLE. GOVT QTRS/ MESS IS
DIRECTED CONTACT LODGING SUCCESS AT 1-866-363-5771 OPT 3 TO OBTAIN HOUSING OR STATEMENT OF
NON AVAILABILITY TO RESIDE ON THE ECONOMY. PER DIEM AUTHORIZED IAW JFTR AUTH 55% PER DIEM
WITH STATEMENT OF NON AVAILABILITY AT LOCALITY RATE DURING THIS PERIOD. RQD TO IN/OUT
PROCESS DUTY LOCATION.  YOU WILL RETURN TO THE PLACE OF INITIAL ENTRY ON AD FOR
DEMOB/REFRAD. TRAVELER USE IBA OR CBA TO PURCHASE TRANSPORTATION TICKET. THIS AD PERIOD IS
EXEMPT FROM THE 5 YEAR CUMLATIVE SERV LIMIT ON REEMPLOYMENT RIGHTS UNDER TITLE 38, USC, SEC
4312(C)(4)(B). SM WILL SUBMIT CONTINGENCY CLAIM THRU DEFENSE TRAVEL SYSTEM (DTS) BY
CONTACTING LOCAL DTS ADMINISTRATOR OR SUBMIT TRAVEL CLAIM TO DFAS-IN CONTINGENCY TRAVEL
DEPARTMENT, WHICHEVER IS APPLICABLE.

FOR ARMY USE: AUTHORITY: 10 USC 12301 (D)
ACCT CLAS: 211/2/3 2010.0000 01-1100 P1A100 11**/12** VFRE F1201 5570 01FFGU S12120 21 1
2020.0000 B1 B1TC 135197 21T1/T2 VFRE F4209 AZVX2E 12161 QUI8255T030981 SAF CIC:
2120B1AZVX12161

MDC: N/A          HOR: SAME AS SNL                                   PMOS/AOC: 155G
SEX: M            PPN: NA          COMP: USAR          RES GR: CW4   BASIC BR: AV
DORRES: 01 MAR 2000                PEBD: 18 SEP 1974   SCTY CL: TS W/SENSITIVE INFO

Format: 162

*******************
*  .    AHRC      *                          STEVEN W. MOSS
*    OFFICIAL     *                          COL, GS
*******************                          DEPUTY CHIEF OF STAFF

DISTRIBUTION: 1 SOLDIER
 1 743 MI BN BUCKLEY AIR NA CO 80011
 1 204 MI BN HHC INTEL FT BLISS TX 79906

# DEPARTMENT OF THE ARMY
HEADQUARTERS, FORT BLISS
1733 PLEASONTON ROAD
FORT BLISS, TX 79916-6816

ORDERS: BL-098-0001                                                08 April 2011

QUICK, EDWARD KEVIN ▮▮▮▮▮ CW4 204TH MI ARL (WERDA0)

You are deployed in a Temporary Change of Station (TCS) status as shown below and are to
return to your permanent station upon completion of your tour in support of this operation.
You will submit a reviewed travel voucher for this travel to the finance office within 5
working days after return to home station.
Assigned to: 204TH MI ARL (WERDA0) Attached To: 204TH MI ARL, 204TH MI BN (WERDA0) MOD 22
ORDTYP/DEPORD/USCENTCOM TIMEZONE/Z11.
Purpose: Deployment will be in support of Operation New Dawn   IRAQ
Number of days: Not to exceed 120 days.
Will proceed on or about 10 May 2011
Security Clearance: TOP SECRET, BACKGROUND INVESTIGATION 04 April 2011 (Verified by: CPT MARIBEL
CISNEROS, DSN 621-0488)
Accounting classification: 21 1 2020.0000 B1 B1TC 135197 21T1/T2 VIRQ F4210 AZVB2E 12161 SAF
Subject to Availability of Funds.  The use of this funding/line of accounting without
approval is prohibited and will result in an anti-deficiency act violation.  All violations
will be reported to ASA-FM&C and an official investigation will be conducted.
Funding is authorized only for the fiscal year indicated on this order.  Amendments will be
required for future funding, subject to availability of funding. Soldiers and authorized
Army officials must sign into https://mobcop.army.mil/DAMPSCTCS to retrieve copies of
orders/amendments.
SDN: QUI8255T098001
Customer Identification Code (CIC): 2120B1AZVB12161
Movement designator code: PMO1
Will Proceed Through: FT BRAGG, NC - Arrive not later than 5/10/2011. Primary Point of
Embarkation (POE) is Fort Bragg/Pope Air Force Base, NC.  Secondary POE is Baltimore, MD
(BWI).  Tertiary POE is Doha, Qatar (IUD).  Quarternary POE is Ramstein Air Base, Germany.
Depart on or about 5/11/2011.
Demob Station:
Additional instructions: N/A
Weapon: N/A

a. This a Temporary Change of Station (TCS), Soldiers will be attached to TCS duty stations.
   Normal PCS entitlements, allowances, and relocation of family members are not authorized.
   Consolidated Personnel Policy Guidance (PPG) for Operations Iraqi Freedom and Enduring
   Freedom is found on the DCS, G-1 web site
   http://www.armyg1.army.mil/militarypersonnel/policy.asp
b. Soldiers must secure a reservation for the CONUS replacement center (CRC) in order to
   attend the mandatory training enroute to the CENTCOM AOR if applicable. Commands will
   call Army Travelers Assistance Center (ATAC) at 1-800-582-5552 or send an email to
   atac@hoffman.army.mil. CBA/IBA authorized for OCO TCS CONUS Travel (VARIATION NOT
   AUTHORIZED). All transportation to/from the CENTCOM AOR is funded by ARCENT. Commercial
   air is not authorized to/from the CENTCOM AOR without prior approval of the ARCENT CDR.
   The IMCOM LOA above must not be used to fund any transportation to/from the CENTCOM AOR.
   Use of IMCOM OCO TCS funds for commercial transportation is not authorized for travel
   to/from the AOR under any circumstance.
c. Temporary storage of HHG authorized as provided by paragraph U4770A-A of the JFTR, but
   may impact on your BAH authorization. Contact your local transportation office for
   assistance.  For BAH questions, please contact your supporting finance office.
d. Travel by POV is authorized if duty is in CONUS as not advantageous to the government;
   cost of transportation is limited to Official Directed Mode; reimbursement is limited to
   the government cost of transportation.  POV storage is authorized contact the local
   Installation Transportation Office (ITO) for assistance.
e. Soldiers are authorized shipment of 4 checked bags - one personal bag and two issued bags
   of OCIE (not to exceed 70 lbs/bag) and 1 standard carry-on bag on AMC/contracted flights.
   When AMC or contracted transportation is not available, Soldiers are authorized 4 checked
   bags weighing more than 50lbs to a max of 70lbs per bag authorized as excess baggage.
f. Temporary Duty (TDY) Household Goods (HHG) Weight allowance is authorized for CONUS and
   OCONUS based personnel that are on active duty for a period greater than 200-days,
   excluding those areas designated as Hostile Fire/Immediate Danger Pay areas.
g. You will bring only those items specified by the PPG or other appropriate authority.  A
   list of those items will be provided by the servicing personnel service center/company.
h. Soldier readiness processing will be accomplished prior to departure from losing
   installation/home station per chapter 4, AR 600-8-101. Losing installation commander will

QUICK 000024          ◦ This is an official order generated in DAMPS-OCOTCS ◦

ORDERS: BL-098-0001    Headquarters Fort Bliss, Fort Bliss, TX 79916-6816         08 April 2011

determine the extent of out-processing.  Soldier will hand carry out-processing packet; field Military Personnel Records Jacket (MPRJ) along with associated transfer documents, records, and deployment packet to the gaining PSC or replacement activity.

i. Government quarters and dining facilities will be used at the replacement activity and during deployment.  Essential Unit Mess (EUM) has been declared by Assistance Secretary of the Army (Manpower and Reserve Affairs) ASA(M&RA) for the mobilization and demobilization sites not to exceed (10) days.  Per diem payable is $5.00 per day for CONUS and $3.50 per day for OCONUS for this period of duty.

j. Within 48 hours of receiving these orders, the Soldier must check with the supporting installation housing office before securing temporary lodging at the duty location.  If lodging is not available or Soldier is not assigned to an installation, the Soldier must contact Army Lodging Success within 48 hours but no sooner than 45 days prior to orders start date to obtain housing or a statement of nonavailability (SNA).  For toll-free reservation services 24/7 contact: 1-866-363-5771; http://www.lodgingsuccess.com/ or central reservations at 1-800-462-7691 email: centeralreservations@redstone.army.mil. When issued an SNA to reside on the economy, the Soldier is authorized 55% of the local lodging, meals, and incidental per diem rate.  Lodging Success will attempt to obtain lodging for the Soldier at the duty location no later than 3 working days after the Soldier has contacted Lodging Success.  If Lodging Success is unable to obtain lodging during these 3 working days, they will issue an SNA for a temporary period (no longer than 8 days) at 100% per diem until suitable lodging can be obtained.  If suitable lodging cannot be obtained, the Soldier will be issued an SNA to substantiate 55% of the local per diem for the remainder of the order.

k. For Soldiers residing on installations, the per diem rate paid is based on availability of lodging and meals found in the world wide listing W/O official travel Government Quarters found at the following link: http://www.armymwr.com/portal/travel/lodging/.

l. During period of assignment/deployment, gaining/deployed unit commander has responsibility for personnel service support to include awards and decorations, UCMJ, and all other forms of personnel and legal administration support except Reserve Component promotional authority.

m. For active duty Soldiers, Basic Allowance for Housing (BAH) is based upon their permanent duty station.  For RC Soldiers and retired Soldiers called or ordered to active duty, BAH is based on principal residence when ordered to active duty in a Temporary Duty (TDY) Status.  Shipment of HHG and movement of dependents are not authorized in a TDY status.

n. Soldier may submit interim travel voucher if otherwise entitled to per diem and/or travel for the monthly payment of accrual travel payment.  Care should be taken to keep all required documents to support payments/request for payments.  Soldier must submit all ASA(M&RA) waivers and SNAs issued when filing claims.  All supporting documents must accompany the final settlement voucher.

o. Use of leave during this deployment is recommended for all Soldiers.  A copy of the leave record will be submitted upon completion of this operation with the final settlement voucher.  If unable to take leave during this period of duty, selling back leave, with "no impact", applies only to RC Soldiers. The only option for AC Enlisted Soldiers is a one-time opportunity to sell back leave in excess of 120 days.  The days sold back will be "charged" against their current leave balance and count against the 60 day career sell back limit. AC Officers do not have this option.

p. Additional movement requirements will be completed using amendment orders, order format 401 or 700, as appropriate.

q. Soldiers will logon to the AKO website at https://www.us.army.mil/portal/portal_home.jhtml and establish an AKO email account.

Format: 401


FOR THE COMMANDER:



C.D. YOUNG
AG


DISTRIBUTION: 1- Cdr,
1- Cdr, WERDA0, 204TH MI ARL,

QUICK 000025          ◦ This is an official order generated in DAMPS-OCOTCS ◦

**DEPARTMENT OF THE ARMY**
HEADQUARTERS, FORT BLISS
1733 PLEASONTON ROAD
FORT BLISS, TX 79916-6816

ORDERS: BL-098-0001 (A1)                                        01 June 2011

QUICK, EDWARD KEVIN ████████ CW4 204TH MI ARL (WERDA0)
The following order is amended as follows.
So much of: Order BL-098-0001, HEADQUARTERS, FORT BLISS, dated 08 April 2011

Authority:
PCN: N/A

**Proceed Date**
As Reads: 05/10/2011 - Changed To: 06/15/2011
**Will Proceed Through**
As Reads:
  o FT BRAGG, NC - Arrive not later than 5/10/2011. Primary Point of Embarkation (POE) is
    Fort Bragg/Pope Air Force Base, NC. Secondary POE is Baltimore, MD (BWI). Tertiary POE
    is Doha, Qatar (IUD). Quarternary POE is Ramstein Air Base, Germany. Depart on or about
    5/11/2011.
Changed To:
  o FT BRAGG, NC - Arrive not later than 6/15/2011. Primary Point of Embarkation (POE) is
    Fort Bragg/Pope Air Force Base, NC. Secondary POE is Baltimore, MD (BWI). Tertiary POE is
    Doha, Qatar (IUD). Quarternary POE is Ramstein Air Base, Germany. Depart on or about
    6/16/2011.


Format: 700


FOR THE COMMANDER:



                                        C.D. YOUNG
                                        AG


DISTRIBUTION: 1- Cdr,
1- Cdr, WERDA0, 204TH MI ARL,

• This is an official order generated in DAMPS-OCOTCS •
QUICK 000026

**DEPARTMENT OF THE ARMY**
HEADQUARTERS, FORT BLISS
1733 PLEASONTON ROAD
FORT BLISS, TX 79916-6816

ORDERS: BL-098-0001 (A1)                                      01 June 2011

QUICK, EDWARD KEVIN ████████ CW4 204TH MI ARL (WERDA0)

The following order is amended as follows.
So much of: Order BL-098-0001, HEADQUARTERS, FORT BLISS, dated 08 April 2011

Authority:
PCN: N/A

**Proceed Date**
As Reads: 05/10/2011 - Changed To: 06/15/2011
**Will Proceed Through**
As Reads:
  o FT BRAGG, NC - Arrive not later than 5/10/2011. Primary Point of Embarkation (POE) is
    Fort Bragg/Pope Air Force Base, NC.  Secondary POE is Baltimore, MD (BWI).  Tertiary POE
    is Doha, Qatar (IUD).  Quarternary POE is Ramstein Air Base, Germany. Depart on or about
    5/11/2011.
Changed To:
  o FT BRAGG, NC - Arrive not later than 6/15/2011. Primary Point of Embarkation (POE) is
    Fort Bragg/Pope Air Force Base, NC. Secondary POE is Baltimore, MD (BWI). Tertiary POE is
    Doha, Qatar (IUD). Quarternary POE is Ramstein Air Base, Germany. Depart on or about
    6/16/2011.


Format: 700


FOR THE COMMANDER:

[OFFICIAL SEAL: HEADQUARTERS FORT BLISS · OFFICIAL · FORT BLISS]

C.D. YOUNG
AG


DISTRIBUTION: 1- Cdr,
1- Cdr, WERDA0, 204TH MI ARL,

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1600 SPEARHEAD DIVISION AVENUE
FORT KNOX, KY 40122

AHRC-PLM-S
ORDERS: A-10-124053

24 OCT 2011

QUICK EDWARD KEVIN                        SK        CW4 AV ████████
16392 E IDA AVE                                     USAR CONTROL GROUP (REINF)
CENTENNIAL, CO 80015-4062

YOU ARE ORDERED TO ACTIVE DUTY FOR OPERATIONAL SUPPORT UNDER PROVISION OF SECTION 12301 (D),
TITLE 10 UNITED STATES CODE FOR THE PERIOD SHOWN PLUS THE TIME NECESSARY TO TRAVEL.  YOU
WILL PROCEED FROM YOUR HOME OR CURRENT LOCATION IN TIME TO REPORT FOR DUTY ON THE DATE SHOWN
BELOW.  UPON COMPLETION OF THIS DUTY, UNLESS SOONER RELEASED, YOU WILL RETURN TO YOUR HOME
AND UPON ARRIVAL BE RELEASED FROM ACTIVE DUTY.

RPT TO: 204 MI BN CO A MI IN WERDAO FT BLISS TX 79906
REPORT DATE/TIME:  09 NOV 2011 RPT BETWEEN 0800 AND 1700 HRS
PERIOD OF ACTIVE DUTY: 236 DAYS INCLUDING ACCUM LEAVE END DATE: 01 JUL 2012
PURPOSE: CONTINGENCY OPERATION FOR ACTIVE DUTY OPERATIONAL SUPPORT (CO-ADOS) IN SUPPORT OF
   OEF-CSB
ATT TO: 204 MI BN CO A MI IN WERDAO FT BLISS TX 79906
DUTY AT: FT BLISS, TX

ADDITIONAL INSTRUCTIONS:  SUBMIT CONTINGENCY CLAIM THRU DEFENSE TRAVEL SYSTEM (DTS) BY
   CONTACTING LOCAL DTS ADMINISTRATOR OR DFAS-IN CONTINGENCY TRAVEL DEPARTMENT, WHICHEVER IS
   APPLICABLE. SM HAS BEEN ORDERED TO AD IN SPT OF NATIONAL EMERGENCY DECLARED UNDER
   PRESIDENTIAL PROCLAMATION 7463, DTD SEP 14, 2001. EARLY REPORTING NOT AUTH. SM HAS ELECTED
   PERMANENT CHANGE OF STATION (PCS) MOVE DURING THIS ASSIGNMENT AND IS AUTH MVMT OF DEPNS AND
   HHG. SM IS AUTH PCS COST MOVE AND BAH AT DUTY LOCATION.  PAY WILL BE PROCESSED IN DJMS-RC.
   TVL BY POV AUTHORIZED. ALL OFCL TVL MUST BE ARRANGED THRU CARLSON TVL (1-800-756-6111) OR
   NEAREST SATO.  TICKET PURCHASED AT OWN EXPENSE WILL NOT BE REIMB W/O REQ JUSTIFICATION.
   MVMT OF HHG TO AND FROM PLEAD AT GOVT EXP, CONTACT NEAREST MIL INSTL TRANS OFC FOR PICK-UP
   AND DELIVERY. CONTACT HOUSING OFC OF THE GAINING INSTL BEFORE BUYING OR LEASING OFF POST.
   SM WILL REPORT TO SERVICING FINANCE OFFICE AT DUTY LOCATION FOR INPROCESSING. RQD TO IN/OUT
   PROCESS DUTY LOCATION.  YOU WILL RETURN TO THE PLACE OF INITIAL ENTRY ON AD FOR
   DEMOB/REFRAD. ATTACH FOR UCMJ, ADMIN, AND PAY. OFF WILL BE EXCLUDED FROM THE ACTIVE ARMY
   END STRENGTH IAW 10 USC 115 AND WILL NOT BE PLACED ON THE ADL UP 10 USC 641(1)(D) AND
   620(A). THIS AD PERIOD IS EXEMPT FROM THE 5 YEAR CUMLATIVE SERV LIMIT ON REEMPLOYMENT
   RIGHTS UNDER TITLE 38, USC, SEC 4312(C)(4)(B).

FOR ARMY USE: AUTHORITY:10 USC 12301 (D)
ACCT CLAS: 212/3/4 2010.0000 01-1100 P1A100 11**/12** VFRE F1201 5570 01FFGU S12120
   QUI8255T124053

MDC: 3AO2              HOR: SAME AS SNL                                  PMOS/AOC: 155G
SEX: M                PPN: NA            COMP: USAR         RES GR: CW4   BASIC BR: AV
DORRES: 01 MAR 2000                      PEBD: 16 SEP 1974  SCTY CL: TS W/SENSITIVE INFO

Format: 162

*************
*   AHRC    *                                        STEVEN W. MOSS
*  OFFICIAL *                                        COL, GS
*************                                        DEPUTY CHIEF OF STAFF

DISTRIBUTION: 1 SOLDIER
   1 204 MI BN CO A MI IN FT BLISS TX 79906

QUICK 000028

JEDPAH—

**DEPARTMENT OF THE ARMY**
HEADQUARTERS, FORT BLISS
1733 PLEASONTON ROAD
FORT BLISS, TX 79916-6816

ORDERS: BL-306-0067

02 November 2011

QUICK, EDWARD KEVIN ███████ CW4 204TH MI ARL (WERDA0)

You are deployed in a Temporary Change of Station (TCS) status as shown below and are to return to your permanent station upon completion of your tour in support of this operation. You will submit a reviewed travel voucher for this travel to the finance office within 5 working days after return to home station.
Assigned to: 204TH MI ARL (WERDA0) Attached To: 204TH MI ARL  (WERDA0)
Purpose: Deployment will be in support of OPERATION ENDURING FREEDOM  KANDAHAR, AFGHANISTAN
Number of days: Not to exceed 132 days.
Will proceed on or about: 21 November 2011
Security Clearance: TOP SECRET, BACKGROUND INVESTIGATION 24 October 2011 (Verified by: 2LT YUNMI LAWRENCE, DSN 621-0488)
Accounting classification: 21 2 2020.0000 B1 B1TC 12101220F1M 21T1/21T2 VFRE F4209 AZVC2E 12161
Funds are available upon the U.S. Congress Enacting FY12 Defense Appropriation. Funding is authorized only for the fiscal year indicated on this order. Amendments will be required for subsequent fiscal years. Soldiers and authorized Army officials must sign into https://mobcop.army.mil/DAMPSCTCS to retrieve copies of orders/amendments.
SDN: QUI8255T306067
Customer Identification Code (CIC): 2220B1AZVC12161
Movement designator code: PMO2
Will Proceed Through: N/A
Demob Station:
Additional instructions: N/A
Weapon: N/A

*INPROCESSED*    OUTPROCESSED
PAUA  12 NOV 2011    AUA  14 NOV 2011  AUA

a. This a Temporary Change of Station (TCS), Soldiers will be attached to TCS duty stations. Normal PCS entitlements, allowances, and relocation of family members are not authorized. Consolidated Personnel Policy Guidance (PPG) for Operations Iraqi Freedom and Enduring Freedom is found on the DCS, G-1 web site
    http://www.armyg1.army.mil/militarypersonnel/policy.asp
b. Soldiers must secure a reservation for the CONUS replacement center (CRC) in order to attend the mandatory training enroute to the CENTCOM AOR if applicable. Commands will call Army Travelers Assistance Center (ATAC) at 1-800-582-5552 or send an email to atac@hoffman.army.mil. CBA authorized for OCO TCS CONUS Travel (VARIATION NOT AUTHORIZED). All transportation to/from the CENTCOM AOR is funded by ARCENT. Commercial air is not authorized to/from the CENTCOM AOR without prior approval of the ARCENT CDR. The IMCOM LOA above must not be used to fund any transportation to/from the CENTCOM AOR. Use of IMCOM OCO TCS funds for commercial transportation is not authorized for travel to/from the AOR under any circumstance.
c. Temporary storage of HHG authorized as provided by paragraph U4770A-A of the JFTR, but may impact on your BAH authorization. Contact your local transportation office for assistance.  For BAH questions, please contact your supporting finance office.
d. Travel by POV is authorized if duty is in CONUS as not advantageous to the government; cost of transportation is limited to Official Directed Mode; reimbursement is limited to the government cost of transportation.  POV storage may be authorized, contact the local Installation Transportation Office (ITO) for assistance.
e. Soldiers are authorized shipment of 4 checked bags - one personal bag and two issued bags of OCIE (not to exceed 70 lbs/bag) and 1 standard carry-on bag on AMC/contracted flights. When AMC or contracted transportation is not available, Soldiers are authorized 4 checked bags weighing more than 50lbs to a max of 70lbs per bag authorized as excess baggage.
f. Temporary Duty (TDY) Household Goods (HHG) Weight allowance is authorized for CONUS and OCONUS based personnel that are on active duty for a period greater than 200-days, excluding those areas designated as Hostile Fire/Immediate Danger Pay areas.
g. You will bring only those items specified by the PPG or other appropriate authority.  A list of those items will be provided by the servicing personnel service center/company.
h. Soldier readiness processing will be accomplished prior to departure from losing installation/home station per chapter 4, AR 600-8-101. Losing installation commander will determine the extent of out-processing.  Soldier will hand carry out-processing packet; field Military Personnel Records Jacket (MPRJ) along with associated transfer documents, records, and deployment packet to the gaining PSC or replacement activity.

QUICK 000029    ◦ This is an official order generated in DAMPS-OCOTCS ◦

ORDERS: BL-306-0067    Headquarters Fort Bliss, Fort Bliss, TX 79916-6816    02 November 2011

i. Government quarters and dining facilities will be used at the replacement activity and during deployment. Essential Unit Mess (EUM) has been declared by Assistance Secretary of the Army (Manpower and Reserve Affairs) ASA(M&RA) for the mobilization and demobilization sites not to exceed (10) days. Per diem payable is $5.00 per day for CONUS and $3.50 per day for OCONUS for this period of duty.

j. Within 48 hours of receiving these orders, the Soldier must check with the supporting installation housing office before securing temporary lodging at the duty location. If lodging is not available or Soldier is not assigned to an installation, the Soldier must contact Army Lodging Success within 48 hours but no sooner than 45 days prior to orders start date to obtain housing or a statement of nonavailability (SNA). For toll-free reservation services 24/7 contact: 1-866-363-5771; http://www.lodgingsuccess.com/ or central reservations at 1-800-462-7691 email: centralreservations@redstone.army.mil. When issued an SNA to reside on the economy, the Soldier is authorized 55% of the local lodging, meals, and incidental per diem rate. Lodging Success will attempt to obtain lodging for the Soldier at the duty location no later than 3 working days after the Soldier has contacted Lodging Success. If Lodging Success is unable to obtain lodging during these 3 working days, they will issue an SNA for a temporary period (no longer than 8 days) at 100% per diem until suitable lodging can be obtained. If suitable lodging cannot be obtained, the Soldier will be issued an SNA to substantiate 55% of the local per diem for the remainder of the order.

k. For Soldiers residing on installations, the per diem rate paid is based on availability of lodging and meals found in the world wide listing W/O official travel Government Quarters found at the following link: http://www.armymwr.com/portal/travel/lodging/.

l. During period of assignment/deployment, gaining/deployed unit commander has responsibility for personnel service support to include awards and decorations, UCMJ, and all other forms of personnel and legal administration support except Reserve Component promotional authority.

m. For active duty Soldiers, Basic Allowance for Housing (BAH) is based upon their permanent duty station. For RC Soldiers and retired Soldiers called or ordered to active duty, BAH is based on principal residence when ordered to active duty in a Temporary Duty (TDY) Status. Shipment of HHG and movement of dependents are not authorized in a TDY status.

n. Soldier may submit interim travel voucher if otherwise entitled to per diem and/or travel for the monthly payment of accrual travel payment. Care should be taken to keep all required documents to support payments/request for payments. Soldier must submit all ASA(M&RA) waivers and SNAs issued when filing claims. All supporting documents must accompany the final settlement voucher.

o. Use of leave during this deployment is recommended for all Soldiers. A copy of the leave record will be submitted upon completion of this operation with the final settlement voucher. If unable to take leave during this period of duty, selling back leave, with "no impact", applies only to RC Soldiers. The only option for AC Enlisted Soldiers is a one-time opportunity to sell back leave in excess of 120 days. The days sold back will be "charged" against their current leave balance and count against the 60 day career sell back limit. AC Officers do not have this option.

p. Additional movement requirements will be completed using amendment orders, order format 401 or 700, as appropriate.

q. Soldiers will logon to the AKO website at https://www.us.army.mil/portal/portal_home.jhtml and establish an AKO email account.

Format: 401


FOR THE COMMANDER:



C.D. YOUNG
AG


DISTRIBUTION: 1- Cdr,
1- Cdr, WERDA0, 204TH MI ARL,

QUICK 000030    · This is an official order generated in DAMPS-OCOTCS ·

**DEPARTMENT OF THE ARMY**
HEADQUARTERS, FORT BLISS
1733 PLEASONTON ROAD
FORT BLISS, TX 79916-6816

ORDERS: BL-098-0001 (A4)                                    02 November 2011

QUICK, EDWARD KEVIN ████████ CW4 204TH MI ARL (WERDA0)

The following order is amended as follows.
So much of: Order BL-098-0001, HEADQUARTERS, FORT BLISS, dated 20 October 2011

Authority:
PCN: N/A

**Attached To**
As Reads: 204TH MI ARL, 204TH MI BN (WERDA0) MOD 22 ORDTYP/DEPORD/USCENTCOM TIMEZONE/Z11. -
Changed To: 204TH MI ARL  (WERDA0)
**Days Out**
As Reads: 120 - Changed To: 159
**Clearance**
As Reads: TOP SECRET WITH SENSITIVE COMPARTMENTED INFORMATION, BACKGROUND INVESTIGATION 04
April 2011 (Verified by: CPT MARIBEL CISNEROS, DSN 621-0488) - Changed To: TOP SECRET,
BACKGROUND INVESTIGATION 04 April 2011 (Verified by: CPT MARIBEL CISNEROS, DSN 621-0488)
**Will Proceed Through**
As Reads:
  ○ FT BRAGG, NC - Arrive not later than 6/15/2011. Primary Point of Embarkation (POE) is
    Fort Bragg/Pope Air Force Base, NC. Secondary POE is Baltimore, MD (BWI). Tertiary POE is
    Doha, Qatar (IUD). Quarternary POE is Ramstein Air Base, Germany. Depart on or about
    6/16/2011.
Changed To: None
**Additional Instructions**
As Reads:
  ○ Soldier is authorized variation in Kuwait due to controlled deployment.
Changed To: None


Format: 700


FOR THE COMMANDER:



C.D. YOUNG
AG


DISTRIBUTION: 1- Cdr,
1- Cdr, WERDA0, 204TH MI ARL,

QUICK 000031      • This is an official order generated in DAMPS-OCOTCS •

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1600 SPEARHEAD DIVISION AVENUE
FORT KNOX, KY 40122

AHRC-PLM-S                                                    07 JUN 2012
ORDERS  A-06-210251


QUICK EDWARD KEVIN              EAD64          CW4 AV ▮▮▮▮▮▮▮▮
16392 E IDA AVE                               USAR CONTROL GROUP (REINF)
CENTENNIAL CO 80015 4062


YOU ARE RETAINED ON ACTIVE DUTY UNDER PROVISION OF SECTION 12301 (H), TITLE 10
UNITED STATES CODE FOR THE PERIOD SHOWN PLUS THE TIME NECESSARY TO TRAVEL. YOU
WILL PROCEED FROM YOUR HOME OR CURRENT LOCATION IN TIME TO REPORT FOR DUTY ON
THE DATE SHOWN BELOW. UPON COMPLETION OF THIS DUTY, UNLESS SOONER RELEASED, YOU
WILL RETURN TO YOUR HOME AND UPON ARRIVAL BE RELEASED FROM ACTIVE DUTY.

RPT TO: WT BN HQ W0Q330 GEN DEL FT BLISS TX 79920
REPORT DATE/TIME: 07 JUN 2012
ASG TO: WT BN HQ W0Q330 GEN DEL FT BLISS TX 79920
PERIOD OF ACTIVE DUTY: 60 DAYS                      END DATE: 05 AUG 2012
PURPOSE: TO PARTICIPATE IN RESERVE COMPONENT WARRIORS IN TRANSITION MEDICAL
  RETENTION PROCESSING PROGRAM FOR COMPLETION OF MEDICAL EVALUATION.

ADDITIONAL INSTRUCTIONS: SM IS RETAINED ON AD IN MRP STATUS TO COMPLETE MED
  CARE AND TREATMENT IN CURRENT RES GRD 10 USC 12322. MPRJ AND MEDICAL RECORDS
  WILL BE FWD TO DUTY SITE IAW AR 600-8-104. SM NOT COUNTED AS PART OF THE
  ACTIVE ARMY END STRENGTH. IF APPLICABLE ALL RET/PHYS DISABILTY PROCESSING
  MUST BE CONCLUDED BEFORE ORDERS EXPIRE. DFAS-IN TEAM WILL MANAGE AND MONITOR
  ALL WARRIORS IN TRANS ORDERS. SM WILL RPT TO SERVICING FINANCE OFFICE AT
  DUTY LOCATION FOR IN-PROCESSING. PAY STATUS RPT IN DJMS-RC A24 TRANS MUST BE
  O (ALPHA). ACCRUED LEAVE TREATED IAW 37 USC 501. NO BREAK IN SVC, SM CAN
  CARRY LEAVE OVER WITH NO PENALTY SUBJECT TO THE LIMIT IN 10 USC 701. USE OF
  GOVT QTRS AND MESS IS DIRECTED; OTHERWISE A STATEMENT OF NON-AVAILABLE IS
  REQ. SHIP HHG AND TVL OF DEP NOT AUTH. IAW DOD INSTRUCTION 1332.38 SM WILL
  BE ENTERED INTO PDES PROCESS AT THE EARLIEST DETERMINATION OR SM UNABLE TO
  RETURN TO FULL MIL DUTY WITHIN ONE YEAR OF DIAGNOSIS OF MEDICAL CONDITION.
  REFRAD IS REQ UPON COMPLETION OF MED CARE AND PDES. SERV INSTL AG WILL
  PREPARE RELEASE ORDER AND DD214 UPON COMPLETION OF AD. THIS AD PERIOD IS
  EXEMPT FROM THE 5 YEAR CUMULATIVE SERV LIMIT ON REEMPLOYMENT RIGHTS UNDER
  TITLE 38, USC, SEC 4312(C)(4)(B). CONTACT ESGR REGARDING
  EMPLOYMENT/REEMPLOYMENT RIGHTS AT 1-800-336-4590 OR CHECK ONLINE AT
  WWW.ESGR.ORG. SM IS REQ TO COMPLETE DD FORM 2648-1 AT INSTALLATION ACAP CTR
  PRIOR TO RELEASE FROM AD. THE UNEXECUTED PORTION OF THE FOLLOWING ORDER
  SHOULD BE RESCINDED BY THE PUBLISHER. ORDER NUMBER SAF OF FY12 FUNDS.

FOR ARMY USE:  AUTHORITY: 10 USC 12301(H), 10 USC 1074(A) AND 10 USC 12322
ACCT CLAS: 21 2/3 2010.0000 01-1100 P1A100 11**/12** VFRE F1201 5570 01FFVP
  S12120 021 20122012 202011D12 A74ZZ 121012VIRQ 602800.03.001 21TO 021001
  MRPOCOTDY SFY12 GFEBS

MDC: N/A       HOR: SAME AS SNL                              PMOS/AOC: 155G
SEX: M    PPN: N/A     COMP: USAR         RES GR: CW4     BASIC BR: AV
DORRES: 01 MAR 2000    PEBD: 16 SEP 1974  SCTY CL: TS W/SENSITIVE INFO

FORMAT: 162


**************            STEVEN W. MOSS

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1600 SPEARHEAD DIVISION AVENUE
FORT KNOX, KY 40122

AHRC-PLM-S                                                06 JUL 2012
ORDERS  A-07-211782


QUICK EDWARD KEVIN              EAD64              CW4 AV █████████
16392 E IDA AVE                                   USAR CONTROL GROUP (REINF)
CENTENNIAL CO 80015 4062


YOU ARE RETAINED ON ACTIVE DUTY UNDER PROVISION OF SECTION 12301 (H), TITLE 10
UNITED STATES CODE FOR THE PERIOD SHOWN PLUS THE TIME NECESSARY TO TRAVEL. YOU
WILL PROCEED FROM YOUR HOME OR CURRENT LOCATION IN TIME TO REPORT FOR DUTY ON
THE DATE SHOWN BELOW. UPON COMPLETION OF THIS DUTY, UNLESS SOONER RELEASED, YOU
WILL RETURN TO YOUR HOME AND UPON ARRIVAL BE RELEASED FROM ACTIVE DUTY.

RPT TO: WT BN HQ W0Q330 GEN DEL FT BLISS TX 79920
REPORT DATE/TIME: 03 JUL 2012
ASG TO: WT BN HQ W0Q330 GEN DEL FT BLISS TX 79920
PERIOD OF ACTIVE DUTY: 90 DAYS                        END DATE: 30 SEP 2012
PURPOSE: TO PARTICIPATE IN RESERVE COMPONENT WARRIORS IN TRANSITION MEDICAL
  RETENTION PROCESSING PROGRAM FOR COMPLETION OF MEDICAL CARE AND TREATMENT.

ADDITIONAL INSTRUCTIONS: SM IS RETAINED ON AD IN MRP STATUS TO COMPLETE MED
  CARE AND TREATMENT IN CURRENT RES GRD 10 USC 12322. MPRJ AND MEDICAL RECORDS
  WILL BE FWD TO DUTY SITE IAW AR 600-8-104. SM NOT COUNTED AS PART OF THE
  ACTIVE ARMY END STRENGTH. IF APPLICABLE ALL RET/PHYS DISABILITY PROCESSING
  MUST BE CONCLUDED BEFORE ORDERS EXPIRE. DFAS-IN TEAM WILL MANAGE AND MONITOR
  ALL WARRIORS IN TRANS ORDERS. SM WILL RPT TO SERVICING FINANCE OFFICE AT
  DUTY LOCATION FOR IN-PROCESSING. PAY STATUS RPT IN DJMS-RC A24 TRANS MUST BE
  O (ALPHA). ACCRUED LEAVE TREATED IAW 37 USC 501. NO BREAK IN SVC, SM CAN
  CARRY LEAVE OVER WITH NO PENALTY SUBJECT TO THE LIMIT IN 10 USC 701. USE OF
  GOVT QTRS AND MESS IS DIRECTED; OTHERWISE A STATEMENT OF NON-AVAILABLE IS
  REQ. SHIP HHG AND TVL OF DEP NOT AUTH. IAW DOD INSTRUCTION 1332.38 SM WILL
  BE ENTERED INTO PDES PROCESS AT THE EARLIEST DETERMINATION OR SM UNABLE TO
  RETURN TO FULL MIL DUTY WITHIN ONE YEAR OF DIAGNOSIS OF MEDICAL CONDITION.
  REFRAD IS REQ UPON COMPLETION OF MED CARE AND PDES. SERV INSTL AG WILL
  PREPARE RELEASE ORDER AND DD214 UPON COMPLETION OF AD. THIS AD PERIOD IS
  EXEMPT FROM THE 5 YEAR CUMULATIVE SERV LIMIT ON REEMPLOYMENT RIGHTS UNDER
  TITLE 38, USC, SEC 4312(C)(4)(B). CONTACT ESGR REGARDING
  EMPLOYMENT/REEMPLOYMENT RIGHTS AT 1-800-336-4590 OR CHECK ONLINE AT
  WWW.ESGR.ORG. SM IS REQ TO COMPLETE DD FORM 2648-1 AT INSTALLATION ACAP CTR
  PRIOR TO RELEASE FROM AD. THE UNEXECUTED PORTION OF THE FOLLOWING ORDER
  SHOULD BE RESCINDED BY THE PUBLISHER. ORDER NUMBER SAF OF FY12 FUNDS. SM IS
  APPROVED FOR 90 DAYS PER WTC COL WINN

FOR ARMY USE:  AUTHORITY: 10 USC 12301(H), 10 USC 1074(A) AND 10 USC 12322
ACCT CLAS: 21 2/3 2010.0000 01-1100 P1A100 11**/12** VFRE F1201 5570 01FFVP
  S12120 021 20122012 202011D12 A74ZZ 121012VIRQ 602800.03.001 21T0 021001
  MRPOCOTDY SFY12 GFEBS

MDC: N/A    HOR: SAME AS SNL                            PMOS/AOC: 155G
SEX: M      PPN: N/A     COMP: USAR        RES GR: CW4   BASIC BR: AV
DORRES: 01 MAR 2000      PEBD: 16 SEP 1974  SCTY CL: TS W/SENSITIVE INFO

FORMAT: 162

DEPARTMENT OF THE ARMY
HEADQUARTERS, US ARMY MEDICAL CMD
2748 WORTH ROAD
FORT SAM HOUSTON, TX 78234-6000

MCHR-MA                                                    05 DEC 2012
ORDERS  A-12-221453


QUICK EDWARD KEVIN              FTSAM9        CW4 AV██████████
16392 E IDA AVE                              USAR CONTROL GROUP (REINF)
CENTENNIAL CO 80015 4062


YOU ARE RETAINED ON ACTIVE DUTY UNDER PROVISION OF SECTION 12301 (H), TITLE 10
UNITED STATES CODE FOR THE PERIOD SHOWN PLUS THE TIME NECESSARY TO TRAVEL. YOU
WILL PROCEED FROM YOUR HOME OR CURRENT LOCATION IN TIME TO REPORT FOR DUTY ON
THE DATE SHOWN BELOW. UPON COMPLETION OF THIS DUTY, UNLESS SOONER RELEASED, YOU
WILL RETURN TO YOUR HOME AND UPON ARRIVAL BE RELEASED FROM ACTIVE DUTY.

RPT TO: WT BN HQ W2P132 GEN DEL FT CARSON CO 80913
REPORT DATE/TIME: 11 DEC 2012
ASG TO: WT BN HQ W2P132 GEN DEL FT CARSON CO 80913
PERIOD OF ACTIVE DUTY: 198 DAYS                    END DATE: 26 JUN 2013
PURPOSE: TO PARTICIPATE IN RESERVE COMPONENT MEDICAL HOLD TRANSFER FOR
   COMPLETION OF MEDICAL CARE AND TREATMENT.
DUTY AT: CENTENNIAL, CO 80015

ADDITIONAL INSTRUCTIONS: SM IS RETAINED ON AD IN MRP STATUS TO COMPLETE MED
CARE AND TREATMENT IN CURRENT RES GRD 10 USC 12322. SHIP HHG AND TVL OF DEP
NOT AUTH. MPRJ AND MEDICAL RECORDS WILL BE FWD TO DUTY SITE IAW AR 600-8-104.
ATTACH FOR UCMJ, ADMIN, AND PAY. SM NOT COUNTED AS PART OF THE ACTIVE ARMY
END STRENGTH. IF APPLICABLE ALL RET/PHYS DISABILITY PROCESSING MUST BE
CONCLUDED BEFORE ORDERS EXPIRE. DFAS-IN TEAM WILL MANAGE AND MONITOR ALL
WARRIORS IN TRANS ORDERS. SM WILL RPT TO SERVICING FINANCE OFFICE AT DUTY
LOCATION FOR IN-PROCESSING. PAY STATUS RPT IN DJMS-RC A24 TRANS MUST BE O
(ALPHA). ACCRUED LEAVE TREATED IAW 37 USC 501. CDR SHOULD ALLOW SM THE
OPPORTUNITY TO USE ACCRUED LEAVE WITHIN THE CURRENT DUTY. NO BREAK IN SVC,
SM CAN CARRY LEAVE OVER WITH NO PENALTY SUBJECT TO THE LIMIT IN 10 USC 701.
CONTACT HOUSING OFC OF THE GAINING INSTL BEFORE BUYING OR LEASING OFF POST.
IAW DOD INSTRUCTION 1332.38 SM WILL BE ENTERED INTO PDES PROCESS AT THE
EARLIEST DETERMINATION OR SM UNABLE TO RETURN TO FULL MIL DUTY WITHIN ONE
YEAR OF DIAGNOSIS OF MEDICAL CONDITION. REFRAD IS REQ UPON COMPLETION OF MED
CARE AND PDES. SERV INSTL AG WILL PREPARE RELEASE ORDER AND DD214 UPON
COMPLETION OF AD. SUBJ TO AVAIL OF FUNDS (DFAS-IN REG 37-1). TRAVEL CLAIM
MUST BE FILED USING DEFENSE TRAVEL SYSTEM (DTS). SOLDIER MUST REPORT NLT
1600HRS.

FOR ARMY USE: AUTHORITY: 10 USC 12301(H), 10 USC 1074(A) AND 10 USC 12322
ACCT CLAS: 21 3/4 2010.0000 01-1100 P1A100 11**/12** VFRE F1201 5570 01FFVP
   S12120 - TRAVELER MUST FILE TRAVEL USING THE DEFENSE TRAVEL SYSTEM (DTS).

MDC: N/A      HOR: SAME AS SNL                        PMOS/AOC: 155G
SEX: M      PPN: N/A      COMP: USAR          RES GR: CW4      BASIC BR: AV
DORRES: 01 MAR 2000    PEBD: 16 SEP 1974    SCTY CL: TS W/SENSITIVE INFO

FORMAT: 162
FOR THE COMMANDER:

**************
*   MEDCOM   *          EDDIE B. OLIVER
*  OFFICIAL  *          CPT, MS
**************          ADJUTANT


DISTRIBUTION:  1 SOLDIER
 1 WT BN HQ GEN DEL FT CARSON CO 80913
 1 GANT, FRUIN AND SFC NOEL 8899 EAST 56TH ST PMTC INDIANAPOLIS IN 46249 0170
 1 TAG OF CO 300 LOGAN ST DENVER CO 80203 4072
 1 96TH REG SPT CMD (RSC) BLDG 103 SALT LAKE CITY UT 84113 5007


QUICK 000034

```
                    DEPARTMENT OF THE ARMY
                INSTALLATION MANAGEMENT COMMAND
        HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT CARSON
                    FORT CARSON, CO  80913-4143
```

ORDERS 139-0011                                    19 May 2014

QUICK, EDWARD KEVIN ██████████CW4 WT CO A WARRIORS FT CA, (W2P132), FORT
CARSON, CO 80913

The following order is amended as indicated.

So much of:  Orders 127-0019, DEPARTMENT OF THE ARMY INSTALLATION MANAGEMENT
    COMMAND HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT CARSON, FORT
    CARSON, CO  80913-4143, DTD: 07 May 2014
Pertaining to:  RETIREMENT OF QUICK, EDWARD KEVIN ██████████ CW4, WT CO A
    WARRIORS FT CA, (W2P132), FORT CARSON, CO 80913
As reads:  REPORTING DATE:  26 MAY 2014; EFFECTIVE DATE OF RETIREMENT:  26 MAY
    2014; DATE PLACED ON RETIREMENT LIST:  27 MAY 2014; DISABILITY RETIREMENT:
    13 YEARS, 0 MONTHS, 19 DAYS; SECTION 1405:  13 YEARS, 8 MONTHS, 12 DAYS;
    BASIC PAY: 39 YEARS, 8 MONTHS, 11 DAYS
How changed:  AMENDED TO READ: REPORTING DATE:  25 JUNE 2014; EFFECTIVE DATE OF
    RETIREMENT:  25 JUNE 2014; DATE PLACED ON RETIREMENT LIST:  26 JUNE 2014;
    DISABILITY RETIREMENT:  13 YEARS, 1 MONTHS, 18 DAYS; SECTION 1405:  13 YEARS,
    9 MONTHS, 11 DAYS; BASIC PAY: 39 YEARS, 9 MONTHS, 10 DAYS


Auth:  AR 600-8-105
FOR ADDITIONAL INFORMATION CONTACT:
CAROLYN D. HILL  carolyn.d.hill9.civ@mail.mil  719-526-2660
SDN:  QUI8255PH70019
Format:  700


FOR THE COMMANDER:

                        ********************************
                        *           OFFICIAL          *
                        ********************************
                        CAROLYN D. HILL
                        CHIEF, TRANSITION CENTER


DISTRIBUTION:
CW4 QUICK (1)
Cdr WT CO A WARRIORS FT CA, (W2P132) (1)
FINANCE & ACCOUNTING  (1)

```
                    DEPARTMENT OF THE ARMY
                INSTALLATION MANAGEMENT COMMAND
        HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT CARSON
                    FORT CARSON, CO  80913-4143
```

ORDERS 140-0012                                   20 May 2014

QUICK, EDWARD KEVIN ████████████CW4 WT CO A WARRIORS FT CA, (W2P132), FORT
CARSON, CO 80913

The following order is revoked or rescinded as shown.

Action:  REVOKE
So much of:  Orders 127-0019, DEPARTMENT OF THE ARMY INSTALLATION MANAGEMENT
   COMMAND HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT CARSON, FORT
   CARSON, CO  80913-4143, DTD: 07 May 2014
Pertaining to:  RETIREMENT OF QUICK, EDWARD KEVIN ████████████ CW4, WT CO A
   WARRIORS FT CA, (W2P132), FORT CARSON, CO 80913
Auth:  AR 600-8-105
FOR ADDITIONAL INFORMATION CONTACT:
CAROLYN D. HILL  carolyn.d.hill9.civ@mail.mil  719-526-2660
SDN:  QUI8255PH70019
Format:  705

FOR THE COMMANDER:

                         *******************************
                         *           OFFICIAL          *
                         *******************************
                         CAROLYN D. HILL
                         CHIEF, TRANSITION CENTER

DISTRIBUTION:
CW4 QUICK (1)
Cdr WT CO A WARRIORS FT CA, (W2P132) (1)
FINANCE & ACCOUNTING  (1)

DEPARTMENT OF THE ARMY
INSTALLATION MANAGEMENT COMMAND
HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT CARSON
FORT CARSON, CO 80913-4143

ORDERS 140-0013  (720)982-3728 MEB 1SG Y/N        20 May 2014

1. QUICK, EDWARD KEVIN ███████ CW4 WT CO A WARRIORS FT CA, (W2P132), FORT CARSON, CO 80913

You are reassigned as shown for separation processing.

Assigned to: FORT CARSON TC (W0VN04) FORT CARSON CO 80913-4143
Reporting date: 26 May 2014
Additional instructions: a. Start planning your household goods shipment 6 to 8 weeks after receipt of orders. 1). Register for a Defense Personal Property System (DPS) password at www.move.mil. 2). Call your local Transportation Office, 719-526-3755 (Bldg 1012 Room 101), after you receive your password for instructions and/or an appointment. b. Dependents: YES c. Upon receipt of orders: contact: (1) CIF, (719) 526-3321 and (2) Family Housing, Bldg 7301 (3) ACAP, located in BLDG 1118, RM 133, or call (719) 526-1002/0640. d. Clearance papers (DA Forms 137-1-R) are to be picked up 10 working days prior to your final out appointment at the Central Clearance Agency, BLDG 1218, RM 128. You must provide a copy of your approved DA Form 31 and orders. e. At your final out processing appointment, you are required to surrender all government issued passports, to include dependents. f. Copies of medical records must be completed prior to your final out appointment. g. Active duty soldiers are authorized permissive temporary duty (PTDY), IAW AR 600-8-10 Para. 5-35(D). This does not apply to ARNG/USAR. h. Please note for Finance: All personnel must obtain and complete Installation Clearing Papers and Unit Clearing Papers or have 45% of your final pay withheld pending verification of debts to the government. For more information, call finance at (719) 526-8473.

FOR ARMY USE
Auth: AR 635-40
18 years act Federal svc on 1 Nov 81: Not applicable
HOR: CENTENNIAL CO US
Scheduled date of separation: 26 May 2014
MDC: 7BO4
Place EAD or OAD: DENVER CO US
Comp: RESERVE
SPD: SEK1
PEBD: Not applicable
FOR ADDITIONAL INFORMATION CONTACT:
CAROLYN D. HILL  carolyn.d.hill9.civ@mail.mil  719-526-2660
SDN: QUI8255PH00013
Format: 430

2. QUICK, EDWARD KEVIN ███████ CW4 WT CO A WARRIORS FT CA, (W2P132), FORT CARSON, CO 80913

You are released from assignment and duty because of physical disability incurred while entitled to basic pay and under conditions that permit your placement on the Temporary Disability Retired List.

Effective date of retirement: 26 May 2014
Date placed on retirement list: 27 May 2014

QUICK 000037

ORDERS 140-0013                DA HQ, FT CARSON                    20 May 2014

Retired grade/Date of rank:  CW4/01 March 2000
Permanent grade of rank:  CW4
Authorized place of retirement:  FORT CARSON TC (W0VN04) FORT CARSON CO
    80913-4143
Requested place of retirement:  N/A
Percentage of disability:  50
DOB:  ███████████████
Sex:  M
Citizenship code:  C
Retirement type and allotment code:  TEMP DISABILITY/7
Component:  USAR
Statute authorizing retirement:    1202
Other eligible laws:    1372
Disability retirement:  13 years, 0 months, 19 days
Section 1405:  13 years, 8 months, 12 days
Basic Pay:  39 years, 8 months, 11 days
Total active federal commissioned service date:  02 November 1984
Date initially entered military:  08 July 1974
Completed over 4 years of active service as Enl or WO:  N/A
Disability is based on injury or disease received in the line of duty as a
    direct result of armed conflict or caused by an instrumentality of war and
    incurred in the line of duty during a period of war as defined by law:  Yes
Disability resulted from a combat related injury as defined in 26 USC 104:  Yes
Member of an Armed Force on 24 Sep 75:  Yes
Significant awards:  Not applicable
Additional instructions:  a.  YOU ARE AUTHORIZED UP TO ONE (1) YEAR TO COMPLETE
    SELECTION OF A HOME AND COMPLETE TRAVEL IN CONJUNCTION WITH THIS ACTION.
    SOLDIERS CONTEMPLATING A SELECTION OF A HOME OTHER THAN CONUS SHOULD
    REFERENCE PARAGRAPH U5125, JFTR.    b.  Dependents:  YES  c.  Official travel
    arrangements purchased through a commercial travel agency not under contract
    to the government is not reimbursable.
PEBD:  Not applicable
Format:  660

FOR THE COMMANDER:

                              ********************************
                              *           OFFICIAL          *
                              ********************************
                              CAROLYN D. HILL
                              CHIEF, TRANSITION CENTER


DISTRIBUTION:
CW4 QUICK (1)
Cdr WT CO A WARRIORS FT CA, (W2P132) (1)
FINANCE & ACCOUNTING  (1)

2

DEPARTMENT OF THE ARMY
INSTALLATION MANAGEMENT COMMAND
HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT CARSON
FORT CARSON, CO 80913-4143

ORDERS 143-0008                                              23 May 2014

QUICK, EDWARD KEVIN ███████████ CW4 WT CO A WARRIORS FT CA, (W2P132), FORT
CARSON, CO 80913

The following order is amended as indicated.

So much of:  Orders 140-0013, DEPARTMENT OF THE ARMY INSTALLATION MANAGEMENT
   COMMAND HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT CARSON, FORT
   CARSON, CO 80913-4143, DTD: 20 May 2014
Pertaining to:  RETIREMENT OF QUICK, EDWARD KEVIN ███████████ CW4, WT CO A
   WARRIORS FT CA, (W2P132), FORT CARSON, CO 80913
As reads:  REPORTING DATE:  26 MAY 2014: SCHEDULED DATE OF SEPARATION:  26 MAY
   2014; EFFECTIVE DATE OF RETIREMENT:  26 MAY 2014; DATE PLACED ON RETIREMENT
   LIST:  27 MAY 2014; DISABILITY RETIREMENT:  13 YEARS, 0 MONTHS, 19 DAYS;
   SECTION 1405:  13 YEARS, 8 MONTHS, 12 DAYS; BASIC PAY:  39 YEARS, 8 MONTHS,
   11 DAYS
How changed:  AMENDED TO READ: REPORTING DATE:  28 JUNE 2014: SCHEDULED DATE OF
   SEPARATION:  28 JUNE 2014; EFFECTIVE DATE OF RETIREMENT:  28 JUNE 2014; DATE
   PLACED ON RETIREMENT LIST:  29 JUNE 2014; DISABILITY RETIREMENT:  13 YEARS, 1
   MONTHS, 18 DAYS; SECTION 1405:  13 YEARS, 9 MONTHS, 11 DAYS; BASIC PAY:  39
   YEARS, 9 MONTHS, 13 DAYS
Auth:  AR 600-8-105
FOR ADDITIONAL INFORMATION CONTACT:
CAROLYN D. HILL  carolyn.d.hill9.civ@mail.mil  719-526-2660
SDN:  QUI8255PH00013
Format:  700


FOR THE COMMANDER:

                           *******************************
                           *          OFFICIAL          *
                           *******************************
                           CAROLYN D. HILL
                           CHIEF, TRANSITION CENTER


DISTRIBUTION:
CW4 QUICK (1)
Cdr WT CO A WARRIORS FT CA, (W2P132) (1)
FINANCE & ACCOUNTING  (1)

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1600 SPEARHEAD DIVISION AVENUE
FORT KNOX, KY 40122

AHRC-PLM-S                                                      04 JUN 2014
ORDERS  A-12-221453A04


QUICK EDWARD KEVIN              EAD39              CW4 AV ███████████
16392 E IDA AVE                                   USAR CONTROL GROUP (REINF)
CENTENNIAL CO 80015 4062


THE FOLLOWING ORDER IS AMENDED AS INDICATED:

SO MUCH OF: FORMAT: 162 A-12-221453 DATED 05 DEC 2012 IS FURTHER AMENDED.

PERTAINING TO: ABOVE NAMED INDIVIDUAL

AS READS:
    PAD: 556 DAYS END DATE: 19 JUN 2014
    ADDTL INSTR: SOLDIER MUST REPORT NLT 1600HRS.
HOW CHANGED:
    IATR: PAD: 565 DAYS END DATE: 28 JUN 2014
    IATR: ADDTL INSTR: SOLDIER MUST REPORT NLT 1600HRS; PDRL:20140629 PER PBDA.


FOR ARMY USE:   AUTHORITY: 10 USC 12301(H), 10 USC 1074(A) AND 10 USC 12322
ACCT CLAS: 21 3/4 2010.0000 01-1100 P1A100 11**/12** VFRE F1201 5570 01FFVP
    S12120 - TRAVELER MUST FILE TRAVEL USING THE DEFENSE TRAVEL SYSTEM (DTS).


SDN: QUI8255T321453
FORMAT: 700

QUICK 000040

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| QUICK, EDWARD KEVIN | ARMY/USAR/AV | ███████████ |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| CW4 | W04 | ████████ | 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| DENVER, COLORADO | 16392 EAST IDA AVENUE CENTENNIAL COLORADO 80015 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| WT CO A WARRIORS FT CA MC | FORT CARSON TC, CO 80913-4143 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE [ ] NONE |
|---|---|
| USAR CON GP (RETRES) 1600 SPEARHEAD DIVISION AVE, FT KNOX, KY 40122 | AMOUNT: $ 400,000.00 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 155G0 O5A/EO-5B/RC-7 PILOT - 2 YRS 1 MOS// NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | 2010 | 11 | 09 |
| | b. SEPARATION DATE THIS PERIOD | 2014 | 06 | 28 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0003 | 07 | 20 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0010 | 00 | 29 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0026 | 00 | 24 |
| | f. FOREIGN SERVICE | 0001 | 01 | 25 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 0000 | 00 | 00 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2000 | 03 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| MASTER AVIATOR BADGE//AFGHANISTAN CAMPAIGN MEDAL W/ CAMPAIGN STAR//IRAQ CAMPAIGN MEDAL W/ TWO CAMPAIGN STARS//AIR MEDAL (2ND AWARD)//ARMY COMMENDATION MEDAL (2ND AWARD)//USAF COMMENDATION MEDAL//ARMY ACHIEVEMENT MEDAL//ARMY GOOD CONDUCT MEDAL//ARMY RESERVE COMPONENT ACHIEVEMENT//CONT IN BLOCK 18 | NONE//NOTHING FOLLOWS |

| | | YES | NO |
|---|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | | X |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | | X |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA     ) | | | X |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO. |
|---|---|---|---|
| | | | X |

| 18. REMARKS |
|---|
| SOLDIER PRESENTED US FLAG//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN AFGHANISTAN 20111201-20120503//SERVICE IN IRAQ 20110510-20111130//SERVICE IN COLUMBIA 20100901-20101101//ITEM 12D ABOVE DOES NOT ACCOUNT FOR ANNUAL AND/OR WEEKEND TRAINING THIS SOLDIER MAY HAVE ACCOMPLISHED PRIOR TO DATE ENTERED IN ITEM 12A//INDIVIDUAL COMPLETED PERIOD FOR WHICH ORDERED TO ACTIVE DUTY FOR PURPOSE OF POST SERVICE BENEFITS AND ENTITLEMENTS//ORDERED TO ACTIVE DUTY IN SUPPORT OF OPERATION NEW DAWN IAW 10 USC 12301//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//SEE ATTACHED CONTINUATION SHEET |
| The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program. |

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include ZIP Code) |
|---|---|
| 16392 EAST IDA AVENUE CENTENNIAL COLORADO 80015 | JULIE REDMON (DAUGHTER) 112 SANDY TRAIL CIRCLE LAWTON OKLAHOMA 73505 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) | | YES | NO |
|---|---|---|---|
| CO, OFFICE OF VETERANS AFFAIRS | | X | |
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | X | |

| 21a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| SIGNED BY: QUICK,EDWARD KEVIN.1153943008 | 20140523 | SIGNED BY: HILL.CAROLYN.DENISE.1109116382 CAROLYN D HILL, GS07, CHIEF, TRANSITION CENT | 20140523 |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RETIREMENT | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-40, CHAP 4 | SEK | NA |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| DISABILITY, TEMPORARY (ENHANCED) |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) EKQ |
|---|---|
| NONE | |

| DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC | MEMBER - 4 |
|---|---|---|

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS
RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY (Continuation Sheet)
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) QUICK, EDWARD KEVIN | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/USAR/AV | 3. SOCIAL SECURITY NUMBER |
|---|---|---|

(Specify the item number of the block continued for each entry.) ///////////////////////////////////////////////////////////
CONT FROM BLOCK 18: //TEMPORARILY DISABLED RETIRED LIST////CONT FROM BLOCK 13: MEDAL//
NATIONAL DEFENSE SERVICE MEDAL (3RD AWARD)//GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL//
GLOBAL WAR ON TERRORISM SERVICE MEDAL//KOREAN DEFENSE SERVICE MEDAL//NON COMMISSIONED
OFFICER PROFESSIONAL DEVELOPMENT RIBBON//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//
ARMY RESERVE COMPONENT OVERSEAS TRAINING RIBBON//NATO MEDAL//ARMED FORCES RESERVE MEDAL//
PARACHUTIST BADGE//SPECIAL FORCES TAB//EXPERT MARKSMANSHIP BADGE W/ RIFLE BAR//NOTHING
FOLLOWS

| 21.a. MEMBER SIGNATURE ESIGNED BY: QUICK.EDWARD .KEVIN.1153943008 | b. DATE (YYYYMMDD) 20140523 | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) ESIGNED BY: HILL.CAROLYN.DENISE.1109116382 CAROLYN D HILL, GS07, CHIEF, TRANSITION CENT | b. DATE (YYYYMMDD) 20140523 |
|---|---|---|---|

DD FORM 214C, AUG 2009          GENERATED BY TRANSPROC          MEMBER - 1

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES          ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CORRECTION TO DD FORM 214,
## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| QUICK, EDWARD KEVIN | ARMY/RA/ | (Also, Service Number if applicable) |

**4. MAILING ADDRESS** (Include ZIP Code)
16392 EAST IDA AVENUE   CENTENNIAL COLORADO 80015

**5. ORIGINAL DD FORM 214 IS CORRECTED AS INDICATED BELOW:**

| ITEM NO. | CORRECTED TO READ |
|---|---|
| | SEPARATION DATE ON DD FORM 214 BEING CORRECTED: 2014/06/28 |
| 13 | DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED: ADD: LEGION OF MERIT//NOTHING FOLLOWS |

| 6. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality)   CO   OFFICE OF VETERANS AFFAIRS | X | YES | | NO |
|---|---|---|---|---|

| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | YES | X | NO |
|---|---|---|---|---|

| 7. DATE (YYYYMMDD) | 8. OFFICIAL AUTHORIZED TO SIGN | | | |
|---|---|---|---|---|
| | a. TYPED NAME (Last, First, Middle Initial) | b. GRADE | c. TITLE | d. SIGNATURE |
| 20140625 | CAROLYN D HILL | GS07 | CHIEF, TRANSITION CENTER | ESIGNED BY: HILL.CAROLYN.DENISE.110. 9116382 |

| DD FORM 215, AUG 2009 | PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC | MEMBER-4 |
|---|---|---|

QUICK 000043