# EXHIBIT 10

Exhibit No. 2
Deponent: Th. Thibodeau
Date: 8-4-16 RPR: SD
Mile High Court Reporting

## William Dabney

| | |
|---|---|
| **From:** | ekquick <ekquick@yahoo.com> |
| **Sent:** | Tuesday, September 23, 2014 10:35 AM |
| **To:** | Thibodeau, Joseph |
| **Subject:** | Return to Frontier |

JP,

   Thanks for your phone call this morning. I have concluded my military service and will be reporting back to Frontier on Thursday the 25th. Understand you have some stuff to send to me via e-mail for my return. Please let me know when and were you would like me to report on Thursday? I'll follow up with a phone call today.

Thanks,

Ed Quick
cell 720-982-3728
#408824

1

FA00898