# EXHIBIT 11

Exhibit No. 3
Deponent: Thibodeau
Date: 8-4-16  RPR: 5W
Mile High Court Reporting

**William Dabney**

| | |
|---|---|
| **From:** | ekquick <ekquick@yahoo.com> |
| **Sent:** | Wednesday, September 24, 2014 4:32 PM |
| **To:** | Thibodeau, Joseph |
| **Subject:** | Re: Return process |

JP,

Thanks for your e-mail and update. I will provide the documentation needed tomorrow when I report back. Unless you tell me otherwise I will report to your office tomorrow at 9AM. Look forward to discussing with you my return and the way forward for both of us.
Please let me know if you want me to report somewhere else and if a different time works better for you.

Thanks,

Ed Quick
cell 720-982-3728
#408824

Sent from my iPad

On Sep 24, 2014, at 3:53 PM, Thibodeau, Joseph <JThibodeau@flyfrontier.com> wrote:

> Ed,
>
> In response to your voice mail that you intend to return to work at Frontier, I am providing you with the following information to begin that process.
>
> First, because you have been in military service for a period exceeding 30 days, Frontier requests pursuant to C.F.R. § 1002.121 that you submit all required documentation and related military orders establishing that: (1) your reemployment application is timely; (2) you have not exceeded the five-year applicable limit on the duration of service, subject to those exceptions permitted by law; and (3) your separation or dismissal from military service was not disqualifying. A copy of this regulation is attached. We need this information as soon as you are able to provide it.
>
> Next, in addition to, and while you are in the process of providing the necessary documentation described above to determine whether you meet the eligibility requirements under USERRA, we also require documentation that you hold a current 1st Class FAA Medical certificate. We will also need you to schedule and complete a drug screen and we need for you to attend a New Hire Orientation class. Please contact me so that we can discuss these matters further, answer any questions you might have and to set a date by which we can reasonably expect the necessary information from you.
>
> You may reach me via email (jthibodeau@flyfrontier.com) or via phone at (303) 348-7600.
>
> Sincerely,
>
> JP

1

FA00900