# EXHIBIT 12

**William Dabney**

Exhibit No. 5
Deponent: Thibodeau
Date: 8-4-16  RPR: SD
Mile High Court Reporting

| | |
|---|---|
| From: | ekquick <ekquick@yahoo.com> |
| Sent: | Friday, September 26, 2014 1:27 PM |
| To: | Thibodeau, Joseph |
| Subject: | Re: Retirement Orders and DD 214 |

JP, That works for me. Thanks, Ed

Sent from my iPad

> On Sep 26, 2014, at 1:14 PM, Thibodeau, Joseph <JThibodeau@flyfrontier.com> wrote:
>
> Ed,
>
> My schedule is a bit tied up right now.  How about we speak next Wednesday at 11:00.  I will call your cell number.
>
> Talk to you soon,
>
> JP
>
> -----Original Message-----
> From: ekquick [mailto:ekquick@yahoo.com]
> Sent: Thursday, September 25, 2014 10:41 AM
> To: Thibodeau, Joseph
> Subject: Retirement Orders and DD 214
>
> JP,
>
>  Please find attached my temp disability retirement orders and DD214. My last day was 28 June 2014. I am on the temp disability retirement list due to my medical condition. My application to return to work is timely as it falls within the 90 days allowed for military service over 90 days. My period of service is exempt from the 5 year limit under title 38, USC, SEC 4312(c) (4) (B).
>
>  Due to my medical condition I cannot obtain a first class FAA medical.
>
>  I will follow up today with a phone call to discuss our options?
>
> Thanks,
>
> Ed
> cell 720-982-3728
>
>
>

1

FA00906