# EXHIBIT 13

**Subject:** RE: Retirement Orders and DD 214
**From:** Thibodeau, Joseph (JThibodeau@flyfrontier.com)
**To:** ekquick@yahoo.com;
**Date:** Friday, September 26, 2014 12:14 PM

Ed,

My schedule is a bit tied up right now. How about we speak next Wednesday at 11:00. I will call your cell number.

Talk to you soon,

JP

-----Original Message-----
From: ekquick [mailto:ekquick@yahoo.com]
Sent: Thursday, September 25, 2014 10:41 AM
To: Thibodeau, Joseph
Subject: Retirement Orders and DD 214

JP,

Please find attached my temp disability retirement orders and DD214. My last day was 28 June 2014. I am on the temp disability retirement list due to my medical condition. My application to return to work is timely as it falls within the 90 days allowed for military service over 90 days. My period of service is exempt from the 5 year limit under title 38, USC, SEC 4312(c) (4) (B).

Due to my medical condition I cannot obtain a first class FAA medical.

I will follow up today with a phone call to discuss our options?

Thanks,

Ed
cell 720-982-3728

QUICK 000052

```
                    DEPARTMENT OF THE ARMY
                 INSTALLATION MANAGEMENT COMMAND
        HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT CARSON
                    FORT CARSON, CO  80913-4143
```

ORDERS 139-0011                                                19 May 2014

QUICK, EDWARD KEVIN ████████████ CW4 WT CO A WARRIORS FT CA, (W2P132), FORT CARSON, CO 80913

The following order is amended as indicated.

So much of:  Orders 127-0019, DEPARTMENT OF THE ARMY INSTALLATION MANAGEMENT
   COMMAND HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT CARSON, FORT
   CARSON, CO  80913-4143, DTD: 07 May 2014
Pertaining to: RETIREMENT OF QUICK, EDWARD KEVIN ████████ CW4, WT CO A
   WARRIORS FT CA, (W2P132), FORT CARSON, CO 80913
As reads: REPORTING DATE:  26 MAY 2014; EFFECTIVE DATE OF RETIREMENT:  26 MAY
   2014; DATE PLACED ON RETIREMENT LIST:  27 MAY 2014; DISABILITY RETIREMENT:
   13 YEARS, 0 MONTHS, 19 DAYS; SECTION 1405:  13 YEARS, 8 MONTHS, 12 DAYS;
   BASIC PAY: 39 YEARS, 8 MONTHS, 11 DAYS.
How changed:  AMENDED TO READ: REPORTING DATE:  25 JUNE 2014; EFFECTIVE DATE OF
   RETIREMENT:  25 JUNE 2014; DATE PLACED ON RETIREMENT LIST:  26 JUNE 2014;
   DISABILITY RETIREMENT:  13 YEARS, 1 MONTHS, 18 DAYS; SECTION 1405:  13 YEARS,
   9 MONTHS, 11 DAYS; BASIC PAY: 39 YEARS, 9 MONTHS, 10 DAYS

Auth: AR 600-8-105
FOR ADDITIONAL INFORMATION CONTACT:
CAROLYN D. HILL  carolyn.d.hill9.civ@mail.mil  719-526-2660
SDN: QUI8255PH70019
Format: 700

FOR THE COMMANDER:

```
                              ************************************
                              *             OFFICIAL             *
                              ************************************
                              CAROLYN D. HILL
                              CHIEF, TRANSITION CENTER
```

DISTRIBUTION:
CW4 QUICK (1)
Cdr WT CO A WARRIORS FT CA, (W2P132) (1)
FINANCE & ACCOUNTING (1)

QUICK 000053

DEPARTMENT OF THE ARMY
INSTALLATION MANAGEMENT COMMAND
HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT CARSON
FORT CARSON, CO  80913-4143

ORDERS 140-0013                                                                                   20 May 2014

1. QUICK, EDWARD KEVIN ■■■■■■■ CW4 WT CO A WARRIORS FT CA, (W2P132), FORT CARSON, CO 80913

You are reassigned as shown for separation processing.

Assigned to: FORT CARSON TC (W0VN04) FORT CARSON CO 80913-4143
Reporting date: 26 May 2014
Additional instructions: a. Start planning your household goods shipment 6 to 8 weeks after receipt of orders. 1). Register for a Defense Personal Property System (DPS) password at www.move.mil. 2). Call your local Transportation Office, 719-526-3755 (Bldg 1012 Room 101), after you receive your password for instructions and/or an appointment. b. Dependents: YES c. Upon receipt of orders; contact: (1) CIF, (719) 526-3321 and (2) Family Housing, Bldg 7301 (3) ACAP, located in BLDG 1118, RM 133, or call (719) 526-1002/0640. d. Clearance papers (DA Forms 137-1-R) are to be picked up 10 working days prior to your final out appointment at the Central Clearance Agency, BLDG 1218, RM 128. You must provide a copy of your approved DA Form 31 and orders. e. At your final out processing appointment, you are required to surrender all government issued passports, to include dependents. f. Copies of medical records must be completed prior to your final out appointment. g. Active duty soldiers are authorized permissive temporary duty (PTDY), IAW AR 600-8-10 Para. 5-35(D). This does not apply to ARNG/USAR. h. Please note for Finance: All personnel must obtain and complete Installation Clearing Papers and Unit Clearing Papers or have 45% of your final pay withheld pending verification of debts to the government. For more information, call finance at (719) 526-8473.

FOR ARMY USE
Auth: AR 635-40
18 years act Federal svc on 1 Nov 81: Not applicable
HOR: CENTENNIAL CO US
Scheduled date of separation: 26 May 2014
MDC: 7B04
Place EAD or OAD: DENVER CO US
Comp: RESERVE
SPD: SEK1
PEBD: Not applicable
FOR ADDITIONAL INFORMATION CONTACT:
CAROLYN D. HILL  carolyn.d.hill9.civ@mail.mil  719-526-2660
SDN: QUI8255PH00013
Format: 430

2. QUICK, EDWARD KEVIN ■■■■■■■ CW4 WT CO A WARRIORS FT CA, (W2P132), FORT CARSON, CO 80913

You are released from assignment and duty because of physical disability incurred while entitled to basic pay and under conditions that permit your placement on the Temporary Disability Retired List.

Effective date of retirement: 26 May 2014
Date placed on retirement list: 27 May 2014

QUICK 000054

```
ORDERS 140-0013              DA HQ, FT CARSON              20 May 2014
```

Retired grade/Date of rank: CW4/01 March 2000
Permanent grade of rank: CW4
Authorized place of retirement: FORT CARSON TC (W0VN04) FORT CARSON CO
    80913-4143
Requested place of retirement: N/A
Percentage of disability: 50
DOB: ███████
Sex: M
Citizenship code: C
Retirement type and allotment code: TEMP DISABILITY/7
Component: USAR
Statute authorizing retirement:  1202
Other eligible laws:   1372
Disability retirement: 13 years, 0 months, 19 days
Section 1405: 13 years, 8 months, 12 days
Basic Pay: 39 years, 8 months, 11 days
Total active federal commissioned service date: 02 November 1984
Date initially entered military: 08 July 1974
Completed over 4 years of active service as Enl or WO: N/A
Disability is based on injury or disease received in the line of duty as a
    direct result of armed conflict or caused by an instrumentality of war and
    incurred in the line of duty during a period of war as defined by law: Yes
Disability resulted from a combat related injury as defined in 26 USC 104: Yes
Member of an Armed Force on 24 Sep 75: Yes
Significant awards: Not applicable
Additional instructions:  a.  YOU ARE AUTHORIZED UP TO ONE (1) YEAR TO COMPLETE
    SELECTION OF A HOME AND COMPLETE TRAVEL IN CONJUNCTION WITH THIS ACTION.
    SOLDIERS CONTEMPLATING A SELECTION OF A HOME OTHER THAN CONUS SHOULD
    REFERENCE PARAGRAPH U5125, JFTR.  b. Dependents: YES  c. Official travel
    arrangements purchased through a commercial travel agency not under contract
    to the government is not reimbursable.
PEBD: Not applicable
Format: 660

FOR THE COMMANDER:

                        ***********************************
                        *           OFFICIAL              *
                        ***********************************
                        CAROLYN D. HILL
                        CHIEF, TRANSITION CENTER

DISTRIBUTION:
CW4 QUICK (1)
Cdr WT CO A WARRIORS FT CA, (W2P132) (1)
FINANCE & ACCOUNTING  (1)

2

QUICK 000055

```
                    DEPARTMENT OF THE ARMY
                 INSTALLATION MANAGEMENT COMMAND
       HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT CARSON
                    FORT CARSON, CO 80913-4143
```

ORDERS 143-0008                                            23 May 2014

QUICK, EDWARD KEVIN ▮▮▮▮▮▮▮▮▮ CW4 WT CO A WARRIORS FT CA, (W2P132), FORT CARSON, CO 80913

The following order is amended as indicated.

So much of: Orders 140-0013, DEPARTMENT OF THE ARMY INSTALLATION MANAGEMENT
    COMMAND HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT CARSON, FORT
    CARSON, CO 80913-4143, DTD: 20 May 2014
Pertaining to: RETIREMENT OF QUICK, EDWARD KEVIN ▮▮▮▮▮▮▮▮▮ CW4, WT CO A
    WARRIORS FT CA, (W2P132), FORT CARSON, CO 80913
As reads: REPORTING DATE: 26 MAY 2014; SCHEDULED DATE OF SEPARATION: 26 MAY
    2014; EFFECTIVE DATE OF RETIREMENT: 26 MAY 2014; DATE PLACED ON RETIREMENT
    LIST: 27 MAY 2014; DISABILITY RETIREMENT: 13 YEARS, 0 MONTHS, 19 DAYS;
    SECTION 1405: 13 YEARS, 8 MONTHS, 12 DAYS; BASIC PAY: 39 YEARS, 8 MONTHS,
    11 DAYS
How changed: AMENDED TO READ: REPORTING DATE: 28 JUNE 2014; SCHEDULED DATE OF
    SEPARATION: 28 JUNE 2014; EFFECTIVE DATE OF RETIREMENT: 28 JUNE 2014; DATE
    PLACED ON RETIREMENT LIST: 29 JUNE 2014; DISABILITY RETIREMENT: 13 YEARS, 8
    MONTHS, 19 DAYS; SECTION 1405: 18 YEARS, 2 MONTHS, 15 DAYS; BASIC PAY: 39
    YEARS, 9 MONTHS, 13 DAYS
Auth: AR 600-8-105
FOR ADDITIONAL INFORMATION CONTACT:
CAROLYN D. HILL  carolyn.d.hill9.civ@mail.mil  719-526-2660
SDN: QUI8255PH00013
Format: 700

FOR THE COMMANDER:

                              **********************************
                              *          OFFICIAL              *
                              **********************************
                              CAROLYN D. HILL
                              CHIEF, TRANSITION CENTER

DISTRIBUTION:
CW4 QUICK (1)
Cdr WT CO A WARRIORS FT CA, (W2P132) (1)
FINANCE & ACCOUNTING (1)

QUICK 000056

| | | | |
|---|---|---|---|
| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| QUICK, EDWARD KEVIN | ARMY/USAR/AV | [REDACTED] |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| CW4 | W04 | [REDACTED] | 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| DENVER, COLORADO | 16392 EAST IDA AVENUE CENTENNIAL COLORADO 80015 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| WT CO A WARRIORS FT CA MC | FORT CARSON TC, CO 80913-4143 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| USAR CON GP (RETRES) 1600 SPEARHEAD DIVISION AVE, FT KNOX, KY 40122 | AMOUNT: $ 400,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 155G0 O5A/EO-5B/RC-7 PILOT - 2 YRS 1 MOS// NOTHING FOLLOWS | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 2010 | 11 | 09 |
| | b. SEPARATION DATE THIS PERIOD | 2014 | 06 | 28 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0003 | 07 | 20 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0010 | 00 | 29 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0026 | 00 | 24 |
| | f. FOREIGN SERVICE | 0001 | 01 | 25 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 0000 | 00 | 00 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2000 | 03 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) MASTER AVIATOR BADGE//AFGHANISTAN CAMPAIGN MEDAL W/ CAMPAIGN STAR//IRAQ CAMPAIGN MEDAL W/ TWO CAMPAIGN STARS//AIR MEDAL (2ND AWARD)//ARMY COMMENDATION MEDAL (2ND AWARD) //USAF COMMENDATION MEDAL//ARMY ACHIEVEMENT MEDAL//ARMY GOOD CONDUCT MEDAL//ARMY RESERVE COMPONENT ACHIEVEMENT//CONT IN BLOCK 18 | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) NONE//NOTHING FOLLOWS |
|---|---|

| | YES | NO |
|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | X | NO |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | X | NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA ) | X | NO |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

18. REMARKS /////////////////////////////////////////////////////////////////////////////////////
SOLDIER PRESENTED US FLAG//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN AFGHANISTAN 20111201-20120503//SERVICE IN IRAQ 20110510-20111130//SERVICE IN COLUMBIA 20100901-20101101//ITEM 12D ABOVE DOES NOT ACCOUNT FOR ANNUAL AND/OR WEEKEND TRAINING THIS SOLDIER MAY HAVE ACCOMPLISHED PRIOR TO DATE ENTERED IN ITEM 12A//INDIVIDUAL COMPLETED PERIOD FOR WHICH ORDERED TO ACTIVE DUTY FOR PURPOSE OF POST SERVICE BENEFITS AND ENTITLEMENTS//ORDERED TO ACTIVE DUTY IN SUPPORT OF OPERATION NEW DAWN IAW 10 USC 12301//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//SEE ATTACHED CONTINUATION SHEET

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include ZIP Code) |
|---|---|
| 16392 EAST IDA AVENUE CENTENNIAL COLORADO 80015 | JULIE REDMON (DAUGHTER) 112 SANDY TRAIL CIRCLE LAWTON OKLAHOMA 73505 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) | CO OFFICE OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | X YES | NO |

| 21.a. MEMBER SIGNATURE ESIGNED BY: QUICK.EDWARD.KEVIN.1153943008 | b. DATE (YYYYMMDD) 20140523 | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) ESIGNED BY: HILL.CAROLYN.DENISE.1109116382 CAROLYN D HILL, GS07, CHIEF, TRANSITION CENT | b. DATE (YYYYMMDD) 20140523 |
|---|---|---|---|

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION RETIREMENT | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE | |
|---|---|---|
| 25. SEPARATION AUTHORITY AR 635-40, CHAP 4 | 26. SEPARATION CODE SEK | 27. REENTRY CODE NA |

| 28. NARRATIVE REASON FOR SEPARATION DISABILITY, TEMPORARY (ENHANCED) | |
|---|---|
| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) NONE | 30. MEMBER REQUESTS COPY 4 (Initials) EKQ |

DD FORM 214, AUG 2009     PREVIOUS EDITION IS OBSOLETE.     MEMBER - 4
GENERATED BY TRANSPROC

QUICK 000057

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES  
THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.  
ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY (Continuation Sheet)
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| QUICK, EDWARD KEVIN | ARMY/USAR/AV | [redacted] |

(Specify the item number of the block continued for each entry.) ////////////////////////////////////////////////
CONT FROM BLOCK 18: //TEMPORARILY DISABLED RETIRED LIST////CONT FROM BLOCK 13: MEDAL//
NATIONAL DEFENSE SERVICE MEDAL (3RD AWARD)//GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL//
GLOBAL WAR ON TERRORISM SERVICE MEDAL//KOREAN DEFENSE SERVICE MEDAL//NON COMMISSIONED
OFFICER PROFESSIONAL DEVELOPMENT RIBBON//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//
ARMY RESERVE COMPONENT OVERSEAS TRAINING RIBBON//NATO MEDAL//ARMED FORCES RESERVE MEDAL//
PARACHUTIST BADGE//SPECIAL FORCES TAB//EXPERT MARKSMANSHIP BADGE W/ RIFLE BAR//NOTHING
FOLLOWS

| 21.a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| ESIGNED BY: QUICK.EDWARD.KEVIN.1153943008 | 20140523 | ESIGNED BY: HILL.CAROLYN.DENISE.1109116382 CAROLYN D HILL, GS07, CHIEF, TRANSITION CENT | 20140523 |

DD FORM 214C, AUG 2009    GENERATED BY TRANSPROC    MEMBER - 1

QUICK 000058

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES          ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CORRECTION TO DD FORM 214, CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER (Also, Service Number if applicable) |
|---|---|---|
| QUICK, EDWARD KEVIN | ARMY/RA/ | [redacted] |

4. MAILING ADDRESS (Include ZIP Code)
16392 EAST IDA AVENUE   CENTENNIAL COLORADO 80015

5. ORIGINAL DD FORM 214 IS CORRECTED AS INDICATED BELOW:

| ITEM NO. | CORRECTED TO READ |
|---|---|
|  | SEPARATION DATE ON DD FORM 214 BEING CORRECTED: 2014/06/28 |
| 13 | DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED: ADD: LEGION OF MERIT//NOTHING FOLLOWS |

6. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality)   CO   OFFICE OF VETERANS AFFAIRS   YES: X   NO

a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC)   YES   NO: X

| 7. DATE (YYYYMMDD) | 8. OFFICIAL AUTHORIZED TO SIGN | | | |
|---|---|---|---|---|
|  | a. TYPED NAME (Last, First, Middle Initial) | b. GRADE | c. TITLE | d. SIGNATURE |
| 20140625 | CAROLYN D HILL | GS07 | CHIEF, TRANSITION CENTER | ESIGNED BY: HILL.CAROLYN.DENISE.1109116382 |

DD FORM 215, AUG 2009          PREVIOUS EDITION IS OBSOLETE.          MEMBER-4
                               GENERATED BY TRANSPROC

QUICK 000059