# EXHIBIT 14

Exhibit No. 16
Deponent: Thibodeau
Date: 8-4-16  RPR: SD
Mile High Court Reporting

**Elizabeth Marsiglia**

| | |
|---|---|
| **From:** | ekquick <ekquick@yahoo.com> |
| **Sent:** | Friday, October 03, 2014 5:06 PM |
| **To:** | Zeier, Michelle L. |
| **Subject:** | Re: Frontier Airlines follow up |

Will do! See you then.

Sent from my iPad

On Oct 3, 2014, at 5:03 PM, Zeier, Michelle L. <Michelle.Zeier@flyfrontier.com> wrote:

> Ok, I will meet you at the General Office at 1p.m. on Tuesday. Just let Jeannine at the front desk you are here to see me.
>
> **From:** ekquick [mailto:ekquick@yahoo.com]
> **Sent:** Friday, October 03, 2014 5:02 PM
> **To:** Zeier, Michelle L.
> **Subject:** Re: Frontier Airlines follow up
>
> Michelle,
>
> 1 pm works for me as I have a doctor appointment at 3:30.
>
> Thanks,
>
> Ed
>
> Sent from my iPad
>
> On Oct 3, 2014, at 4:53 PM, Zeier, Michelle L. <Michelle.Zeier@flyfrontier.com> wrote:
>
>> Ed,
>>
>> I have anytime between 1p.m. and 5p.m. on Tuesday of next week available. Will that work for you to come in for an in-person meeting?
>>
>> Thanks,
>> Michelle
>>
>> **From:** ekquick [mailto:ekquick@yahoo.com]
>> **Sent:** Wednesday, October 01, 2014 5:14 PM
>> **To:** Zeier, Michelle L.
>> **Subject:** Re: Frontier Airlines follow up
>>
>> Michelle,
>>
>> Thanks for reaching out to me. Anytime is fine with me for a phone call or I can come by the office to meet with you in person. I informed CP Thibodeau that my military service was over and my intention to return to Frontier.

1

FA00921

Yes, I cannot get a first class medical currently and I am on temporary disability retirement from the Army. When I left from Frontier, I was a Captain in training and being paid at Captain's Pay so we probably need to discuss this issue. I am open to all options, so a sit down or phone call help us to explore way forward. I look forward to hearing from you.

Thanks,

Ed Quick
cell 720-982-3728
#408824

Sent from my iPad

On Oct 1, 2014, at 2:00 PM, Zeier, Michelle L. <Michelle.Zeier@flyfrontier.com> wrote:

> Mr. Quick:
>
> Chief Pilot Thibodeau informed me that you have contacted him about re-employment at Frontier Airlines. I further understand that you have informed CP Thibodeau that you cannot hold a first class medical and that you would therefore be unable to resume any duties as a Frontier first officer. CP Thibodeau stated that you had some questions that he was unable to answer. Can we schedule a call so that we can review those questions? In addition, CP Thibodeau provided me the paperwork that you sent to him at his request and I have some follow up questions for you as well. Please let me know when it would be convenient to discuss.
>
> Regards,
> *Michelle Zeier*
> *Director, Labor Relations*
> *& Organizational Effectiveness*
> *720-374-4515 office*

2