# EXHIBIT 15

Exhibit No. 16
Deponent: Zeier
Date: 8-4-16  RPR: SD
Mile High Court Reporting

# Elizabeth Marsiglia

| | |
|---|---|
| **From:** | Zeier, Michelle L. <IMCEAEX-_O=FRONTIER_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=MICHELLE+2EZEIER@namprd08.prod.outlook.com> |
| **Sent:** | Tuesday, October 14, 2014 9:24 AM |
| **To:** | ekquick@yahoo.com |
| **Subject:** | follow up |

Ed:

Thanks for meeting with me last week. Pursuant to our discussion, we are further researching your questions and hope to respond by the end of the week. It's my understanding that you will be sending me a copy of the orders that we discussed. Let me know if there is anything else we need to address at this time.

Regards,



**Michelle Zeier**
Director, Labor Relations
& Organizational Effectiveness
P:  720 374 4515
E:  Michelle.Zeier@FlyFrontier.com
FlyFrontier.com

1

FA00924