# EXHIBIT 16

Subject: orders/dd214

From: ekquick (ekquick@yahoo.com)

To: Michelle.Zeier@flyfrontier.com;

Date: Wednesday, October 15, 2014 2:54 PM



Michelle,

Here is my previous DD214 and orders showing exempt from the 5 year limit. Please let me know if you need anything more. As I said during our meeting I am open to more time if needed by you to research our options.

Thanks,

Ed
cell 720-982-3728


Sent from my iPad

QUICK 000079

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) QUICK, EDWARD KEVIN | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/USAR/AV | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| 4a. GRADE, RATE OR RANK CW4 | b. PAY GRADE W04 | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 00000000 |
| 7a. PLACE OF ENTRY INTO ACTIVE DUTY FORT CARSON, COLORADO | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) 16392 EAST IDA AVENUE CENTENNIAL COLORADO 80015 |
| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND WT CO A WARRIORS FT CA MC | b. STATION WHERE SEPARATED FORT CARSON, CO 80913-2965 |
| 9. COMMAND TO WHICH TRANSFERRED USAR CON GP (REINF) 1 RESERVE WAY, ST LOUIS, MO 63132 | 10. SGLI COVERAGE [ ] NONE AMOUNT: $ 400,000.00 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 155G0 O5A/EO-5B/RC-7 PILOT - 3 YRS 0 MOS// NOTHING FOLLOWS | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 2007 | 11 | 01 |
| | b. SEPARATION DATE THIS PERIOD | 2010 | 11 | 08 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0003 | 00 | 08 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0006 | 11 | 08 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0026 | 02 | 07 |
| | f. FOREIGN SERVICE | 0000 | 06 | 10 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 0000 | 00 | 00 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2000 | 03 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) MASTER ARMY AVIATOR BADGE//AIR MEDAL//ARMY COMMENDATION MEDAL//AIR FORCE COMMENDATION MEDAL//ARMY ACHIEVEMENT MEDAL//ARMY GOOD CONDUCT MEDAL//ARMY RESERVE COMPONENTS ACHIEVEMENT MEDAL//NATIONAL DEFENSE SERVICE MEDAL (3RD AWARD)//GLOBAL WAR ON TERRORISM SERVICE MEDAL//KOREAN//CONT IN BLOCK 18 | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) NONE//NOTHING FOLLOWS |
|---|---|

| | | YES | NO |
|---|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | | X |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | | X |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA ) | | | X |
| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | | X |

18. REMARKS ///////////////////////////////////////////////////////////////////////////////////
SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN IRAQ 20071128-20080306//
SERVICE IN IRAQ 20080507-20080807//ORDERED TO ACTIVE DUTY IN SUPPORT OF OPERATION
ENDURING FREEDOM IAW 10 USC 12301//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//
RETAINED ON ACTIVE DUTY FROM 20081022-20101108 FOR THE CONVENIENCE OF THE GOVERNMENT IAW
10 USC 12301 (H), 10 USC 1074 (A), AND 10 USC 12322 MEDICAL HOLDOVER/CBHCO//THIS AD PERIOD
IS EXEMPT FROM THE 5 YEAR CUMULATIVE SERV LIMIT ON REEMPLOYMENT RIGHTS UNDER TITLE 38,
USC, SEC 4312(C) (4) (B).//CONT FROM BLOCK 13: DEFENSE//SEE ATTACHED CONTINUATION SHEET

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) 16392 EAST IDA AVENUE CENTENNIAL COLORADO 80015 | b. NEAREST RELATIVE (Name and address - Include ZIP Code) JULIE REDMON 22 HILLSIDE DRIVE PHENIX ALABAMA 36870 |
|---|---|
| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality): CO OFFICE OF VETERANS AFFAIRS | X YES [ ] NO |
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | X YES [ ] NO |
| 21.a. MEMBER SIGNATURE NOT AVAILABLE TO SIGN | b. DATE (YYYYMMDD) | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) ESIGNED BY: JAMERSON.CAROLYN.DENISE.1109116382 CAROLYN D JAMERSON, YC1, CHIEF, TRANSITION C | b. DATE (YYYYMMDD) 20101029 |

DD FORM 214, AUG 2009      PREVIOUS EDITION IS OBSOLETE.      MEMBER - 1
GENERATED BY TRANSPROC

QUICK 000080

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY (Continuation Sheet)
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle)<br>QUICK, EDWARD KEVIN | 2. DEPARTMENT, COMPONENT AND BRANCH<br>ARMY/USAR/AV | 3. SOCIAL SECURITY NUMBER<br>[REDACTED] |
|---|---|---|

(Specify the item number of the block continued for each entry.) /////////////////////////////////////////////////////////////

CONT FROM BLOCK 18: SERVICE MEDAL//IRAQ CAMPAIGN MEDAL W/ CAMPAIGN STAR//NON COMMISSIONED OFFICER PROFESSIONAL DEVELOPMENT RIBBON//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//ARMY RESERVE COMPONENT OVERSEAS TRAINING RIBBON//ARMED FORCES RESERVE MEDAL//PARACHUTIST BADGE//EXPERT MARKSMANSHIP BADGE W/RIFLE BAR//NOTHING FOLLOWS

| 21.a. MEMBER SIGNATURE<br><br>NOT AVAILABLE TO SIGN | b. DATE<br>(YYYYMMDD) | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature)<br>ESIGNED BY:<br>JAMERSON.CAROLYN.DENISE.1109116382<br>CAROLYN D JAMERSON, YC1, CHIEF, TRANSITION C | b. DATE<br>(YYYYMMDD)<br>20101029 |
|---|---|---|---|

DD FORM 214C, AUG 2009     GENERATED BY TRANSPROC     MEMBER - 1

QUICK 000081

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1600 SPEARHEAD DIVISION AVENUE
FORT KNOX, KY 40122

AHRC-PLM-S                                                              24 OCT 2011
ORDERS: A-10-124053

QUICK EDWARD KEVIN                          SK          CW4 AV ███████
16392 E IDA AVE                                         USAR CONTROL GROUP (REINF)
CENTENNIAL, CO 80015-4062

YOU ARE ORDERED TO ACTIVE DUTY FOR OPERATIONAL SUPPORT UNDER PROVISION OF SECTION 12301 (D),
TITLE 10 UNITED STATES CODE FOR THE PERIOD SHOWN PLUS THE TIME NECESSARY TO TRAVEL. YOU
WILL PROCEED FROM YOUR HOME OR CURRENT LOCATION IN TIME TO REPORT FOR DUTY ON THE DATE SHOWN
BELOW. UPON COMPLETION OF THIS DUTY, UNLESS SOONER RELEASED, YOU WILL RETURN TO YOUR HOME
AND UPON ARRIVAL BE RELEASED FROM ACTIVE DUTY.

RPT TO: 204 MI BN CO A MI IN WERDA0 FT BLISS TX 79906
REPORT DATE/TIME: 09 NOV 2011 RPT BETWEEN 0800 AND 1700 HRS
PERIOD OF ACTIVE DUTY: 236 DAYS INCLUDING ACCUM LEAVE END DATE: 01 JUL 2012
PURPOSE: CONTINGENCY OPERATION FOR ACTIVE DUTY OPERATIONAL SUPPORT (CO-ADOS) IN SUPPORT OF
 OEF-CSB
ATT TO: 204 MI BN CO A MI IN WERDA0 FT BLISS TX 79906
DUTY AT: FT BLISS, TX

ADDITIONAL INSTRUCTIONS: SUBMIT CONTINGENCY CLAIM THRU DEFENSE TRAVEL SYSTEM (DTS) BY
 CONTACTING LOCAL DTS ADMINISTRATOR OR DFAS-IN CONTINGENCY TRAVEL DEPARTMENT, WHICHEVER IS
 APPLICABLE. SM HAS BEEN ORDERED TO AD IN SPT OF NATIONAL EMERGENCY DECLARED UNDER
 PRESIDENTIAL PROCLAMATION 7463, DTD SEP 14, 2001. EARLY REPORTING NOT AUTH. SM HAS ELECTED
 PERMANENT CHANGE OF STATION (PCS) MOVE DURING THIS ASSIGNMENT AND IS AUTH MVMT OF DEPNS AND
 HHG. SM IS AUTH PCS COST MOVE AND BAH AT DUTY LOCATION. PAY WILL BE PROCESSED IN DJMS-RC.
 TVL BY POV AUTHORIZED. ALL OFCL TVL MUST BE ARRANGED THRU CARLSON TVL (1-800-756-6111) OR
 NEAREST SATO. TICKET PURCHASED AT OWN EXPENSE WILL NOT BE REIMB W/O REQ JUSTIFICATION.
 MVMT OF HHG TO AND FROM PLEAD AT GOVT EXP, CONTACT NEAREST MIL INSTL TRANS OFC FOR PICK-UP
 AND DELIVERY. CONTACT HOUSING OFC OF THE GAINING INSTL BEFORE BUYING OR LEASING OFF POST.
 SM WILL REPORT TO SERVICING FINANCE OFFICE AT DUTY LOCATION FOR INPROCESSING. RQD TO IN/OUT
 PROCESS DUTY LOCATION. YOU WILL RETURN TO THE PLACE OF INITIAL ENTRY ON AD FOR
 DEMOB/REFRAD. ATTACH FOR UCMJ, ADMIN, AND PAY. OFF WILL BE EXCLUDED FROM THE ACTIVE ARMY
 END STRENGTH IAW 10 USC 115 AND WILL NOT BE PLACED ON THE ADL UP 10 USC 641(1)(D) AND
 620(A). THIS AD PERIOD IS EXEMPT FROM THE 5 YEAR CUMLATIVE SERV LIMIT ON REEMPLOYMENT
 RIGHTS UNDER TITLE 38, USC, SEC 4312(C)(4)(B).

FOR ARMY USE: AUTHORITY:10 USC 12301 (D)
ACCT CLAS: 212/3/4 2010.0000 01-1100 P1A100 11**/12** VFRE F1201 5570 01FFGU S12120
 QUI8255T124053

MDC: 3A02           HOR: SAME AS SNL                              PMOS/AOC: 155G
SEX: M              PPN: NA           COMP: USAR    RES GR: CW4   BASIC BR: AV
DORRES: 01 MAR 2000                   PEBD: 16 SEP 1974   SCTY CL: TS W/SENSITIVE INFO

---

Format: 162

**************                                STEVEN W. MOSS
*   AHRC     *                                COL, GS
*  OFFICIAL  *                                DEPUTY CHIEF OF STAFF
**************

DISTRIBUTION: 1 SOLDIER
1 204 MI BN CO A MI IN FT BLISS TX 79906

QUICK 000082

```
                      DEPARTMENT OF THE ARMY
                 U.S. ARMY HUMAN RESOURCES COMMAND
                  1600 SPEARHEAD DIVISION AVENUE
                        FORT KNOX, KY 40122
```

AHRC-PLM-S                                              07 JUN 2012
ORDERS  A-06-210251


QUICK EDWARD KEVIN              EAD64          CW4 AV  ▓▓▓▓▓▓▓
16392 E IDA AVE                                USAR CONTROL GROUP (REINF)
CENTENNIAL CO 80015 4062


YOU ARE RETAINED ON ACTIVE DUTY UNDER PROVISION OF SECTION 12301 (H), TITLE 10
UNITED STATES CODE FOR THE PERIOD SHOWN PLUS THE TIME NECESSARY TO TRAVEL. YOU
WILL PROCEED FROM YOUR HOME OR CURRENT LOCATION IN TIME TO REPORT FOR DUTY ON
THE DATE SHOWN BELOW. UPON COMPLETION OF THIS DUTY, UNLESS SOONER RELEASED, YOU
WILL RETURN TO YOUR HOME AND UPON ARRIVAL BE RELEASED FROM ACTIVE DUTY.

RPT TO: WT BN HQ W0Q330 GEN DEL FT BLISS TX 79920
REPORT DATE/TIME: 07 JUN 2012
ASG TO: WT BN HQ W0Q330 GEN DEL FT BLISS TX 79920
PERIOD OF ACTIVE DUTY: 60 DAYS                   END DATE: 05 AUG 2012
PURPOSE: TO PARTICIPATE IN RESERVE COMPONENT WARRIORS IN TRANSITION MEDICAL
  RETENTION PROCESSING PROGRAM FOR COMPLETION OF MEDICAL EVALUATION.

ADDITIONAL INSTRUCTIONS: SM IS RETAINED ON AD IN MRP STATUS TO COMPLETE MED
  CARE AND TREATMENT IN CURRENT RES GRD 10 USC 12322. MPRJ AND MEDICAL RECORDS
  WILL BE FWD TO DUTY SITE IAW AR 600-8-104. SM NOT COUNTED AS PART OF THE
  ACTIVE ARMY END STRENGTH. IF APPLICABLE ALL RET/PHYS DISABILTY PROCESSING
  MUST BE CONCLUDED BEFORE ORDERS EXPIRE. DFAS-IN TEAM WILL MANAGE AND MONITOR
  ALL WARRIORS IN TRANS ORDERS. SM WILL RPT TO SERVICING FINANCE OFFICE AT
  DUTY LOCATION FOR IN-PROCESSING. PAY STATUS RPT IN DJMS-RC A24 TRANS MUST BE
  0 (ALPHA). ACCRUED LEAVE TREATED IAW 37 USC 501. NO BREAK IN SVC, SM CAN
  CARRY LEAVE OVER WITH NO PENALTY SUBJECT TO THE LIMIT IN 10 USC 701. USE OF
  GOVT QTRS AND MESS IS DIRECTED; OTHERWISE A STATEMENT OF NON-AVAILABLE IS
  REQ. SHIP HHG AND TVL OF DEP NOT AUTH. IAW DOD INSTRUCTION 1332.38 SM WILL
  BE ENTERED INTO PDES PROCESS AT THE EARLIEST DETERMINATION OR SM UNABLE TO
  RETURN TO FULL MIL DUTY WITHIN ONE YEAR OF DIAGNOSIS OF MEDICAL CONDITION.
  REFRAD IS REQ UPON COMPLETION OF MED CARE AND PDES. SERV INSTL AG WILL
  PREPARE RELEASE ORDER AND DD214 UPON COMPLETION OF AD. THIS AD PERIOD IS
  EXEMPT FROM THE 5 YEAR CUMULATIVE SERV LIMIT ON REEMPLOYMENT RIGHTS UNDER
  TITLE 38, USC, SEC 4312(C)(4)(B). CONTACT ESGR REGARDING
  EMPLOYMENT/REEMPLOYMENT RIGHTS AT 1-800-336-4590 OR CHECK ONLINE AT
  WWW.ESGR.ORG. SM IS REQ TO COMPLETE DD FORM 2648-1 AT INSTALLATION ACAP CTR
  PRIOR TO RELEASE FROM AD. THE UNEXECUTED PORTION OF THE FOLLOWING ORDER
  SHOULD BE RESCINDED BY THE PUBLISHER. ORDER NUMBER SAF OF FY12 FUNDS.

FOR ARMY USE:   AUTHORITY: 10 USC 12301(H), 10 USC 1074(A) AND 10 USC 12322
ACCT CLAS: 21 2/3 2010.0000 01-1100 P1A100 11**/12** VFRE F1201 5570 01FFVP
  S12120 021 20122012 202011D12 A74ZZ 121012VIRQ 602800.03.001 21T0 021001
  MRPOCOTDY SFY12 GFEBS

MDC: N/A     HOR: SAME AS SNL                              PMOS/AOC: 155G
SEX: M       PPN: N/A       COMP: USAR        RES GR: CW4    BASIC BR: AV
DORRES: 01 MAR 2000     PEBD: 16 SEP 1974     SCTY CL: TS W/SENSITIVE INFO

FORMAT: 162


**************                         STEVEN W. MOSS

QUICK 000083

```
                         DEPARTMENT OF THE ARMY
                      U.S. ARMY HUMAN RESOURCES COMMAND
                        1600 SPEARHEAD DIVISION AVENUE
                            FORT KNOX, KY 40122


AHRC-PIM-S                                                06 JUL 2012
ORDERS  A-07-211782



QUICK EDWARD KEVIN              EAD64             CW4 AV
16392 E IDA AVE                                   USAR CONTROL GROUP (REINF)
CENTENNIAL CO 80015 4062


YOU ARE RETAINED ON ACTIVE DUTY UNDER PROVISION OF SECTION 12301(H), TITLE 10
UNITED STATES CODE FOR THE PERIOD SHOWN PLUS THE TIME NECESSARY TO TRAVEL. YOU
WILL PROCEED FROM YOUR HOME OR CURRENT LOCATION IN TIME TO REPORT FOR DUTY ON
THE DATE SHOWN BELOW. UPON COMPLETION OF THIS DUTY, UNLESS SOONER RELEASED, YOU
WILL RETURN TO YOUR HOME AND UPON ARRIVAL BE RELEASED FROM ACTIVE DUTY.

RPT TO: WT BN HQ W0Q330 GEN DEL FT BLISS TX 79920
REPORT DATE/TIME: 03 JUL 2012
ASG TO: WT BN HQ W0Q330 GEN DEL FT BLISS TX 79920
PERIOD OF ACTIVE DUTY: 90 DAYS                    END DATE: 30 SEP 2012
PURPOSE: TO PARTICIPATE IN RESERVE COMPONENT WARRIORS IN TRANSITION MEDICAL
  RETENTION PROCESSING PROGRAM FOR COMPLETION OF MEDICAL CARE AND TREATMENT.

ADDITIONAL INSTRUCTIONS: SM IS RETAINED ON AD IN MRP STATUS TO COMPLETE MED
  CARE AND TREATMENT IN CURRENT RES GRD 10 USC 12322. MPRJ AND MEDICAL RECORDS
  WILL BE FWD TO DUTY SITE IAW AR 600-8-104. SM NOT COUNTED AS PART OF THE
  ACTIVE ARMY END STRENGTH. IF APPLICABLE ALL RET/PHYS DISABILTY PROCESSING
  MUST BE CONCLUDED BEFORE ORDERS EXPIRE. DFAS-IN TEAM WILL MANAGE AND MONITOR
  ALL WARRIORS IN TRANS ORDERS. SM WILL RPT TO SERVICING FINANCE OFFICE AT
  DUTY LOCATION FOR IN-PROCESSING. PAY STATUS RPT IN DJMS-RC A24 TRANS MUST BE
  O (ALPHA). ACCRUED LEAVE TREATED IAW 37 USC 501. NO BREAK IN SVC, SM CAN
  CARRY LEAVE OVER WITH NO PENALTY SUBJECT TO THE LIMIT IN 10 USC 701. USE OF
  GOVT QTRS AND MESS IS DIRECTED; OTHERWISE A STATEMENT OF NON-AVAILABLE IS
  REQ. SHIP HHG AND TVL OF DEP NOT AUTH. IAW DOD INSTRUCTION 1332.38 SM WILL
  BE ENTERED INTO PDES PROCESS AT THE EARLIEST DETERMINATION OR SM UNABLE TO
  RETURN TO FULL MIL DUTY WITHIN ONE YEAR OF DIAGNOSIS OF MEDICAL CONDITION.
  REFRAD IS REQ UPON COMPLETION OF MED CARE AND PDES. SERV INSTL AG WILL
  PREPARE RELEASE ORDER AND DD214 UPON COMPLETION OF AD. THIS AD PERIOD IS
  EXEMPT FROM THE 5 YEAR CUMULATIVE SERV LIMIT ON REEMPLOYMENT RIGHTS UNDER
  TITLE 38, USC, SEC 4312(C)(4)(B). CONTACT ESGR REGARDING
  EMPLOYMENT/REEMPLOYMENT RIGHTS AT 1-800-336-4590 OR CHECK ONLINE AT
  WWW.ESGR.ORG. SM IS REQ TO COMPLETE DD FORM 2648-1 AT INSTALLATION ACAP CTR
  PRIOR TO RELEASE FROM AD. THE UNEXECUTED PORTION OF THE FOLLOWING ORDER
  SHOULD BE RESCINDED BY THE PUBLISHER. ORDER NUMBER SAF OF FY12 FUNDS. SM IS
  APPROVED FOR 90 DAYS PER WTC COL WINN

FOR ARMY USE:  AUTHORITY: 10 USC 12301(H), 10 USC 1074(A) AND 10 USC 12322
ACCT CLAS: 21 2/3 2010.0000 01-1100 P1A100 11**/12** VFRE F1201 5570 01FFVP
  S12120 021 20122012 202011D12 A74ZZ 121012VIRQ 602800.03.001 21T0 021001
  MRPOCOTDY SFY12 GFEBS

MDC: N/A    HOR: SAME AS SNL                               PMOS/AOC: 155G
SEX: M      PPN: N/A       COMP: USAR       RES GR: CW4    BASIC BR: AV
DORRES: 01 MAR 2000        PEBD: 16 SEP 1974  SCTY CL: TS W/SENSITIVE INFO

FORMAT: 162
```

QUICK 000084

```
                        DEPARTMENT OF THE ARMY
                   HEADQUARTERS, US ARMY MEDICAL CMD
                           2748 WORTH ROAD
                      FORT SAM HOUSTON, TX 78234-6000


     MCHR-MA                                              05 DEC 2012
     ORDERS  A-12-221453



     QUICK EDWARD KEVIN              FTSAM9         CW4 AV ███████
     16392 E IDA AVE                                USAR CONTROL GROUP (REINF)
     CENTENNIAL CO 80015 4062


     YOU ARE RETAINED ON ACTIVE DUTY UNDER PROVISION OF SECTION 12301 (H), TITLE 10
     UNITED STATES CODE FOR THE PERIOD SHOWN PLUS THE TIME NECESSARY TO TRAVEL. YOU
     WILL PROCEED FROM YOUR HOME OR CURRENT LOCATION IN TIME TO REPORT FOR DUTY ON
     THE DATE SHOWN BELOW. UPON COMPLETION OF THIS DUTY, UNLESS SOONER RELEASED, YOU
     WILL RETURN TO YOUR HOME AND UPON ARRIVAL BE RELEASED FROM ACTIVE DUTY.

     RPT TO: WT BN HQ W2P132 GEN DEL FT CARSON CO 80913
     REPORT DATE/TIME: 11 DEC 2012
     ASG TO: WT BN HQ W2P132 GEN DEL FT CARSON CO 80913
     PERIOD OF ACTIVE DUTY: 198 DAYS            END DATE: 26 JUN 2013
     PURPOSE: TO PARTICIPATE IN RESERVE COMPONENT MEDICAL HOLD TRANSFER FOR
       COMPLETION OF MEDICAL CARE AND TREATMENT.
     DUTY AT: CENTENNIAL, CO 80015

     ADDITIONAL INSTRUCTIONS: SM IS RETAINED ON AD IN MRP STATUS TO COMPLETE MED
       CARE AND TREATMENT IN CURRENT RES GRD 10 USC 12322. SHIP HHG AND TVL OF DEP
       NOT AUTH. MPRJ AND MEDICAL RECORDS WILL BE FWD TO DUTY SITE IAW AR 600-8-104.
       ATTACH FOR UCMJ, ADMIN, AND PAY. SM NOT COUNTED AS PART OF THE ACTIVE ARMY
       END STRENGTH. IF APPLICABLE ALL RET/PHYS DISABILTY PROCESSING MUST BE
       CONCLUDED BEFORE ORDERS EXPIRE. DFAS-IN TEAM WILL MANAGE AND MONITOR ALL
       WARRIORS IN TRANS ORDERS. SM WILL RPT TO SERVICING FINANCE OFFICE AT DUTY
       LOCATION FOR IN-PROCESSING. PAY STATUS RPT IN DJMS-RC A24 TRANS MUST BE O
       (ALPHA). ACCRUED LEAVE TREATED IAW 37 USC 501. CDR SHOULD ALLOW SM THE
       OPPORTUNITY TO USE ACCRUED LEAVE WITHIN THE CURRENT DUTY. NO BREAK IN SVC,
       SM CAN CARRY LEAVE OVER WITH NO PENALTY SUBJECT TO THE LIMIT IN 10 USC 701.
       CONTACT HOUSING OFC OF THE GAINING INSTL BEFORE BUYING OR LEASING OFF POST.
       IAW DOD INSTRUCTION 1332.38 SM WILL BE ENTERED INTO PDES PROCESS AT THE
       EARLIEST DETERMINATION OR SM UNABLE TO RETURN TO FULL MIL DUTY WITHIN ONE
       YEAR OF DIAGNOSIS OF MEDICAL CONDITION. REFRAD IS REQ UPON COMPLETION OF MED
       CARE AND PDES. SERV INSTL AG WILL PREPARE RELEASE ORDER AND DD214 UPON
       COMPLETION OF AD. SUBJ TO AVAIL OF FUNDS (DFAS-IN REG 37-1). TRAVEL CLAIM
       MUST BE FILED USING DEFENSE TRAVEL SYSTEM (DTS). SOLDIER MUST REPORT NLT
       1600HRS.

     FOR ARMY USE:  AUTHORITY: 10 USC 12301(H), 10 USC 1074(A) AND 10 USC 12322
     ACCT CLAS: 21 3/4 2010.0000 01-1100 P1A100 11**/12** VFRE F1201 5570 01FFVP
       S12120 - TRAVELER MUST FILE TRAVEL USING THE DEFENSE TRAVEL SYSTEM (DTS).

     MDC: N/A     HOR: SAME AS SNL                              PMOS/AOC: 155G
     SEX: M       PPN: N/A      COMP: USAR       RES GR: CW4    BASIC BR: AV
     DORRES: 01 MAR 2000    PEBD: 16 SEP 1974    SCTY CL: TS W/SENSITIVE INFO

     FORMAT: 162
     FOR THE COMMANDER:


     **************                     EDDIE B. OLIVER
     *   MEDCOM   *                     CPT, MS
     *  OFFICIAL  *                     ADJUTANT
     **************


     DISTRIBUTION:  1 SOLDIER
       1 WT BN HQ GEN DEL FT CARSON CO 80913
       1 GANT, FRUIN AND SFC NOEL 8899 EAST 56TH ST PMTC INDIANAPOLIS IN 46249 0170
       1 TAG OF CO 300 LOGAN ST DENVER CO 80203 4072
       1 96TH REG SPT CMD (RSC) BLDG 103 SALT LAKE CITY UT 84113 5007




     QUICK 000085
```

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1600 SPEARHEAD DIVISION AVENUE
FORT KNOX, KY 40122

AHRC-PLM-S                                                04 JUN 2014
ORDERS   A-12-221453A04

QUICK EDWARD KEVIN              EAD39           CW4 AV
16392 E IDA AVE                                 USAR CONTROL GROUP (REINF)
CENTENNIAL CO 80015 4062

THE FOLLOWING ORDER IS AMENDED AS INDICATED:

SO MUCH OF: FORMAT: 162 A-12-221453 DATED 05 DEC 2012 IS FURTHER AMENDED.

PERTAINING TO: ABOVE NAMED INDIVIDUAL

AS READS:
  PAD: 556 DAYS END DATE: 19 JUN 2014
  ADDTL INSTR: SOLDIER MUST REPORT NLT 1600HRS.
HOW CHANGED:
  IATR: PAD: 565 DAYS END DATE: 28 JUN 2014
  IATR: ADDTL INSTR: SOLDIER MUST REPORT NLT 1600HRS; PDRL:20140629 PER PBDA.

FOR ARMY USE:   AUTHORITY: 10 USC 12301(H), 10 USC 1074(A) AND 10 USC 12322
ACCT CLAS: 21 3/4 2010.0000 01-1100 P1A100 11**/12** VFRE F1201 5570 01FFVP
   S12120 - TRAVELER MUST FILE TRAVEL USING THE DEFENSE TRAVEL SYSTEM (DTS).

SDN: QUI8255T321453
FORMAT: 700

QUICK 000086