# EXHIBIT 17

## Elizabeth Marsiglia

| | |
|---|---|
| **From:** | Zeier, Michelle L. <IMCEAEX-_O=FRONTIER_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=MICHELLE+2EZEIER@namprd08.prod.outlook.com> |
| **Sent:** | Wednesday, October 22, 2014 4:53 PM |
| **To:** | ekquick |
| **Subject:** | follow up question |

Hi Ed,

Thank you for providing additional information related to your exemption status, etc.  I do have one follow up question which has to do with the time period November 9, 2010 through November 8, 2011.  Can you tell me what your military status was during this time?  Do you have any additional paperwork for that time frame?

Regards,



**Michelle Zeier**
Director, Labor Relations
& Organizational Effectiveness
P:  720 374 4515
E:  Michelle.Zeier@FlyFrontier.com
FlyFrontier.com

1

FA00940