# EXHIBIT 18

# Elizabeth Marsiglia

**From:** ekquick <ekquick@yahoo.com>
**Sent:** Thursday, October 30, 2014 4:34 PM
**To:** Zeier, Michelle L.
**Subject:** Orders
**Attachments:** img-X30155541.pdf

Michelle,

Here is the orders you requested. Had to run over to office depot to scan them in for you.

Thanks, Ed

1

```
                        DEPARTMENT OF THE ARMY
                     U.S. ARMY HUMAN RESOURCES COMMAND
                       1600 SPEARHEAD DIVISION AVENUE
                          FORT KNOX, KY 40122
```

AHRC-PLM-S                                                      03 NOV 2010
ORDERS: A-11-030981

QUICK EDWARD KEVIN                        SK         CW4 AV ███████
16392 E IDA AVE                                      USAR CONTROL GROUP (REINF)
CENTENNIAL, CO 80015-4062

YOU ARE ORDERED TO ACTIVE DUTY FOR OPERATIONAL SUPPORT UNDER PROVISION OF SECTION 12301 (D),
TITLE 10 UNITED STATES CODE FOR THE PERIOD SHOWN PLUS THE TIME NECESSARY TO TRAVEL. YOU
WILL PROCEED FROM YOUR HOME OR CURRENT LOCATION IN TIME TO REPORT FOR DUTY ON THE DATE SHOWN
BELOW. UPON COMPLETION OF THIS DUTY, UNLESS SOONER RELEASED, YOU WILL RETURN TO YOUR HOME
AND UPON ARRIVAL BE RELEASED FROM ACTIVE DUTY.

RPT TO: 743 MI BN W00130 BUCKLEY AIR NA CO 80011
REPORT DATE/TIME: 09 NOV 2010 RPT BETWEEN 0800 AND 1700 HRS
PERIOD OF ACTIVE DUTY: 365 DAYS INCLUDING ACCUM LEAVE END DATE: 08 NOV 2011
PURPOSE: CONTINGENCY OPERATION FOR ACTIVE DUTY OPERATIONAL SUPPORT (CO-ADOS) IN SUPPORT OF
  CSB
ATT TO: 204 MI BN HHC INTEL WERDT0 FT BLISS TX 79906
DUTY AT: FT BLISS, TX

ADDITIONAL INSTRUCTIONS:  OFF WILL BE EXCLUDED FROM THE ACTIVE ARMY END STRENGTH IAW 10 USC
 115 AND WILL NOT BE PLACED ON THE ADL UP 10 USC 641(1)(D) AND 620(A). SM HAS BEEN ORDERED
 TO AD IN SPT OF NATIONAL EMERGENCY DECLARED UNDER PRESIDENTIAL PROCLAMATION 7463, DTD SEP
 14, 2001. EARLY REPORTING NOT AUTHORIZED. THIS IS AN UNACC TOUR. MOVEMENT OF DEP IS NOT
 AUTH. AUTH TO SHIP 600 LBS TDY HHG WEIGHT ALLOWANCE IAW PARA U4710 JFTR. ATTACH FOR UCMJ,
 ADMIN, AND PAY. ALL OFCL TVL MUST BE ARRANGED THRU CARLSON TVL (1-800-756-6111) OR NEAREST
 SATO.  TICKET PURCHASED AT OWN EXPENSE WILL NOT BE REIMB W/O REQ JUSTIFICATION. POV AUTH
 NTE CONSTRUCTIVE COST OF TVL IAW JFTR PARA U3310. STORAGE OF HHG & POV AUTH: IF SINGLE;
 DUAL MIL & BOTH ARE DEPLOYED, OR MARRIED TO SM AT DIFFERENT DUTY LOCATION. YOU MUST
 COORDINATE STORAGE OF POV AND HHG WITH THE NEAREST ARMY INSTALLATION/TRANS OFFICE OR ANY
 DOD TRANS OFFICE IF AN ARMY INSTALLATION TRANS OFFICE IS NOT AVAILABLE. GOVT QTRS/ MESS IS
 DIRECTED CONTACT LODGING SUCCESS AT 1-866-363-5771 OPT 3 TO OBTAIN HOUSING OR STATEMENT OF
 NON AVAILABILITY TO RESIDE ON THE ECONOMY. PER DIEM AUTHORIZED IAW JFTR AUTH 55% PER DIEM
 WITH STATEMENT OF NON AVAILABILITY AT LOCALITY RATE DURING THIS PERIOD. RQD TO IN/OUT
 PROCESS DUTY LOCATION.  YOU WILL RETURN TO THE PLACE OF INITIAL ENTRY ON AD FOR
 DEMOB/REFRAD. TRAVELER USE IBA OR CBA TO PURCHASE TRANSPORTATION TICKET. THIS AD PERIOD IS
 EXEMPT FROM THE 5 YEAR CUMLATIVE SERV LIMIT ON REEMPLOYMENT RIGHTS UNDER TITLE 38, USC, SEC
 4312(C)(4)(B). SM WILL SUBMIT CONTINGENCY CLAIM THRU DEFENSE TRAVEL SYSTEM (DTS) BY
 CONTACTING LOCAL DTS ADMINISTRATOR OR SUBMIT TRAVEL CLAIM TO DFAS-IN CONTINGENCY TRAVEL
 DEPARTMENT, WHICHEVER IS APPLICABLE.

FOR ARMY USE: AUTHORITY: 10 USC 12301 (D)
ACCT CLAS: 211/2/3 2010.0000 01-1100 P1A100 11**/12** VFRE F1201 5570 01FFGU S12120 21 1
  2020.0000 B1 B1TC 135197 21T1/T2 VFRE F4209 AZVX2E 12161 QUI8255T030981 SAF CIC:
  2120B1AZVX12161


MDC: N/A            HOR: SAME AS SNL                              PMOS/AOC: 155G
SEX: M              PPN: NA         COMP: USAR       RES GR: CW4  BASIC BR: AV
DORRES: 01 MAR 2000                 PEBD: 18 SEP 1974 SCTY CL: TS W/SENSITIVE INFO


Format: 162

********************                              STEVEN W. MOSS
*       AHRC       *                              COL, GS
*     OFFICIAL     *                              DEPUTY CHIEF OF STAFF
********************

DISTRIBUTION: 1 SOLDIER
 1 743 MI BN BUCKLEY AIR NA CO 80011
 1 204 MI BN HHC INTEL FT BLISS TX 79906