# EXHIBIT 19

## Elizabeth Marsiglia

**From:** Zeier, Michelle L. <IMCEAEX-_O=FRONTIER_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=MICHELLE+2EZEIER@namprd08.prod.outlook.com>
**Sent:** Thursday, October 30, 2014 4:41 PM
**To:** ekquick
**Subject:** RE: Orders

Thank you Ed - I will be in touch about next steps.

-----Original Message-----
From: ekquick [mailto:ekquick@yahoo.com]
Sent: Thursday, October 30, 2014 4:34 PM
To: Zeier, Michelle L.
Subject: Orders

Michelle,

 Here is the orders you requested. Had to run over to office depot to scan them in for you.

Thanks, Ed

1

FA00948