# EXHIBIT 20



Exhibit No. 20
Deponent: Zeier
Date 8-4-16 RPR: SD
Mile High Court Reporting

**Subject:**   Re: Orders

**From:**   ekquick (ekquick@yahoo.com)

**To:**   Michelle.Zeier@flyfrontier.com;

**Date:**   Wednesday, November 12, 2014 5:45 PM

Michelle, Thanks! Got your e-mail and will look forward to a call from Cassie next week and a follow up with you. Ed

Sent from my iPad

> On Nov 12, 2014, at 4:23 PM, Zeier, Michelle L. <Michelle.Zeier@flyfrontier.com> wrote:
>
> Hi Ed,
>
> You will be getting a phone call from Cassie Micklich, HR Specialist, on Monday to begin your paperwork processing for return to active status.
>
> I will follow up with you about other return detail.
>
> Regards,
> Michelle Zeier
> Director, Labor Relations
> & Organizational Effectiveness
> P:  720 374 4515
> E:  Michelle.Zeier@FlyFrontier.com
> FlyFrontier.com
>
>
> -----Original Message-----
> From: Zeier, Michelle L.
> Sent: Thursday, October 30, 2014 4:41 PM
> To: 'ekquick'
> Subject: RE: Orders
>
> Thank you Ed - I will be in touch about next steps.
>
> -----Original Message-----
> From: ekquick [mailto:ekquick@yahoo.com]
> Sent: Thursday, October 30, 2014 4:34 PM
> To: Zeier, Michelle L.
> Subject: Orders
>
> Michelle,
>
> Here is the orders you requested. Had to run over to office depot to scan them in for you.

>
> Thanks, Ed
>

QUICK 000093