# EXHIBIT 21

| | |
|---|---|
| Subject: | Re: Return Process |
| From: | ekquick (ekquick@yahoo.com) |
| To: | michelle.zeier@flyfrontier.com; |
| Bcc: | coloneldave@me.com; |
| Date: | Friday, December 12, 2014 9:03 AM |

Exhibit No. 22
Deponent: Zeier
Date: 8-4-16
Mile High Court Reporting RPR:SD

Hi Michele,

Please give me your earliest report date as I eagerly wait my return to Frontier. We can continue to discuss my pay rate upon my return. I am available as early as this Monday the 15th.

Thanks,

Ed
cell 720-982-3728

Sent from my iPad

On Dec 11, 2014, at 11:44 AM, Zeier, Michelle L. <michelle.zeier@flyfrontier.com> wrote:

Ed,

I guess I'm a little confused by your response given our prior meeting. Do you want to have a meeting or a call to discuss what you would like to do regarding position/LTD & leave of absence?

Thanks,

Michelle

---

From: ekquick [mailto:ekquick@yahoo.com]
Sent: Wednesday, December 10, 2014 8:51 PM
To: Zeier, Michelle L.
Subject: Re: Return Process

Michelle,

QUICK 0000103

Thanks for your e-mail, please let me know my report date to return to work?

V/r

Ed

cell 720-982-3728

Sent from my iPad

On Dec 10, 2014, at 2:08 PM, Zeier, Michelle L. <michelle.zeier@flyfrontier.com> wrote:

> Hello Ed,
>
> I understand from Cassie that your re-entry drug/alcohol test is clear. When we last met you explained that you would like to apply for LTD. I've attached claim filing instructions through Unum if you would like to initiate this process as a next step. Also, you will need to contact our Leave of Absence Administrator, Brandi Aragon, at LOA@FlyFrontier.com to request a leave of absence.
>
> We also talked about your status and corresponding pay rate. Based on our records you are a First Officer and your longevity places you at step 12: $89.40 per hour. This accounts for the prior USERRA adjustment and the 2011 restructuring agreement affecting pilot pay rates. I also want to remind you that the Training Review Board, which was previously set for June 7, 2007, will need to be rescheduled.
>
> Please let me know if you have any questions.
>
> Regards,
>
> Michelle Zeier
>
> <Telephonic Brochure on how to apply.pdf>

QUICK 0000104