# EXHIBIT 22

5th of 20

# FRONTIER

| POLICY ACKNOWLEDGMENT SIGN-OFF | Form Number: 31284 |
|---|---|
| | Effective Date: 12/31/13 |

Name: EDWARD K. QUICK                      Employee Number: 408824

**Policy**                                                                                           **Initial**

### Replacement Fee Policy - (Co. Badge, SIDA Badge, Parking)

I understand that upon my termination with Frontier Airlines, Inc., or upon when deemed unnecessary, all company-owned materials must be returned on or before my last working day. As shown in my orientation, a replacement value has been assigned to each item, which will be deducted from my final paycheck if not returned.   [EQ]

### Company Computer Use Policy - (Privacy Expectation)

I have read and agree to comply with the terms of the Computer Use Policy governing the use of Frontier Airlines, Inc. Computer resources. I understand that a violation of this policy may result in disciplinary action, including possible termination, as well as civil or criminal liability.   [EQ]

### eLearn / Information Security Awareness Policy   [EQ]

### Frontier Airlines 401K Retirement Plan Enrollment - (www.schwab.com/workplace)   [EQ]

### UltiPro - (Instructions, 31 days to enroll in benefits)

I acknowledge that I have received notification from Human Resources regarding my responsibility to complete data entry of my contact information, federal withholdings and benefit elections into UltiPro and can access UltiPro by going to **www.n22.ultipro.com**. I further acknowledge that failure to complete benefit elections within the first 30 days of employment, I WILL FORFEIT my right to coverage for the effective calendar year.   [EQ]

### Employee Handbook Policy - (Company policy & procedures)

I understand that it is my responsibility to read the information contained in the Company's Employee Handbook. I have been informed that I can access and/or print the complete handbook on UltiPro at **www.n22.ultipro.com**.   [EQ]

I agree to comply with the guidelines, policies, and procedures of Frontier Airlines, Inc. I understand my employment is at-will, and that either the Company or I can terminate the relationship at any time for any or no reason. Any change in this status will only be effective if there is a written agreement signed by the President of Frontier Airlines Inc. I further understand that the Employee Handbook is subject to change without notice. It is understood that changes in procedure will supersede or eliminate those found in the Employee Handbook and I will be notified of such changes through normal communication channels.

Employee Signature: Edward K. Quick                    Date: 1-5-15

Exhibit No. 23
Deponent: Zeier
Date: 8-4-16  RPR: SD
Mile High Court Reporting

FA00428

| **FRONTIER** | **NON-HARASSMENT/DISCRIMINATION IN THE WORKPLACE** | Form Number: 31286<br>Effective Date: 11/02/2012 |
|---|---|---|

I acknowledge that I received training regarding the prevention of harassment and discrimination in the workplace. I agree to abide by the principles that were explained in this training. I understand that if I have any questions that were not addressed in training, or if I encounter any problems, I can contact the Human Resources department.

EDWARD K. QUICK
**Name (printed)**

*[signature: Edward K. Quick]*
**Signature**

408824
**Employee Number**

1-5-15
**Date**

FA00429

This form cannot be used for employees hired prior to September 1, 2014.



Revision Date: 09/01/14
Expiration Date: 10/01/17

## Affirmation of Legal Work Status
Pursuant to § 8-2-122, Colorado Revised Statutes

Employee Name: _Quick         Edward        Kevin_ ▮
                 Last          First         Middle    Date of Birth

Social Security Number: _521 848755_ Date of Hire: _01 052015_ (MM/DD/YYYY)

In accordance with § 8-2-122, C.R.S., within 20 calendar days after hiring the new employee listed above,

**I affirm all four of the following by signing this form:**

1. I have examined the legal work status of the above named employee.
2. I have retained file copies of the documents required by 8 U.S.C. sec. 1324a.
3. I have not altered or falsified the employee's identification documents.
4. I have not knowingly hired an unauthorized alien.

_Jill K Watkins_                                         _HR Coord_
Print Name of Employer (or Designated Representative)    Official Title

_Jill Watkins_                                           _01 05 2015_ (MM/DD/YYYY)
Signature of Employer (or Designated Representative)     Date Signed by Employer

_Frontier Airlines_                                      _720 374 4520_
Business or Organization Name                            Employer Phone Number

The provision of false or fraudulent information on this form may subject the employer to a significant fine and/or additional penalties.

This form and the documents required by 8 U.S.C. sec. 1324 (copies or electronic copies) will be retained for the duration of the above named individual's employment.

§ 8-2-122(2), C.R.S.: On and after January 1, 2007, within twenty days after hiring a new employee, each employer in Colorado shall affirm that the employer has examined the legal work status of such newly-hired employee and has retained file copies of the documents required by 8 U.S.C. sec. 1324a; that the employer has not altered or falsified the employee's identification documents; and that the employer has not knowingly hired an unauthorized alien. The employer shall keep a written or electronic copy of the affirmation, and of the documents required by 8 U.S.C. sec. 1324a, for the term of employment of each employee.

This mandatory affirmation is provided by the Colorado Division of Labor. Visit www.colorado.gov/cdle/evr for more information.

FA00430