# EXHIBIT 23

Exhibit No. 31
Deponent: Zeier
Date: 8.4.16 RPR: SD
Mile High Court Reporting

Hi Krista,

Yes, he should be given the opportunity to enroll in all benefits, including the new offerings that have been added.

Please let me know if you have any other questions.

Thanks!

Nicole

**From:** Shaff, Krista M. [mailto:krista.shaff@flyfrontier.com]
**Sent:** Tuesday, January 27, 2015 8:43 AM
**To:** Zordani, Nicole
**Subject:** RE: USERRA Question

Nicole-

Do we have to allow him the opportunity to enroll in all benefits, including anything that is new or just reinstate what he had as of 2012?



**Krista Shaff**

Benefits Manager

Frontier Airlines

7001 Tower Road

FA01484

Denver, CO 80249

P: 720-374-4504

F: 720-374-9257

E: krista.shaff@flyfrontier.com

FlyFrontier.com


**From:** Zordani, Nicole [mailto:Nicole.Zordani@lockton.com]
**Sent:** Tuesday, January 27, 2015 8:31 AM
**To:** Sabia, Anthony J.
**Subject:** USERRA Question


Hi Anthony,

I received your voice mail about reinstating coverage after return from military service and thought it might be easier to reply via email. However, I am happy to talk through this if you would like to J Also attached is an FAQ from SHRM about USERRA. I know this is a lot of information. Please let me know if you have any additional questions. Thanks!!

<u>Short Answer</u>

The 24 months only applies to the length of time that an employee may continue their coverage under the employer's group health plan. There is a 5-year limit (with some exceptions) on the cumulative length of time a person may serve in the military and remain eligible for re-employment rights with the pre-service employer. The accumulation begins on DOH with the employer.

Re-employment rights also include coverage reinstatement rights. The employee and previously covered dependents have the right to immediate reinstatement of group health insurance coverage upon re-employment. The health plan cannot impose a waiting period and cannot impose exclusions based on preexisting conditions (other than for those conditions determined by the Federal government to be service-connected). This right is not contingent on an election to continue coverage during the period of service.

<u>Additional Information</u>

Here are the five conditions, or "eligibility criteria" that the individual must meet to be eligible for re-employment protection:

FA01485

- Must hold or have applied for a civilian job. (Note: Jobs employers can show to be held for a brief, non-recurrent period with no reasonable expectation of continuing for a significant period do not qualify for protection.)
- Must have given written or verbal notice to the civilian employer prior to leaving the job for military service except when precluded by military necessity
- Must not have exceeded the 5-year cumulative limit on periods of service
- Must have been released from service under conditions other than dishonorable
- Must report back to the civilian job in a timely manner or submit a timely application for reemployment

The length of time an employee has to apply for reinstatements depends upon their length of service, as follows:

- Up to 30 consecutive days of service: Report to work on the 1st regularly scheduled work day after completion of service, safe transportation home, and an 8-hour period for rest
- 31-180 days of service: Submit written or verbal notice of re-employment within 14 days after completion of service
- 181 days or more of service: Submit written or verbal notice of re-employment within 90 days after completion of service

These deadlines may be extended up to 2 years in the event of hospitalization or convalescing from an injury or illness that occurred during a period of military service.

Nicole Zordani

**Assistant Vice President**
**Account Executive**
**Lockton Companies**

8110 E. Union Ave., Suite 700
Denver, CO 80237
( Tel: 303.414.6210

( Cell: 303.929.0431

Ê Fax: 303.865.6210
: E-mail:  nicole.zordani@lockton.com

**Please consider the environment before printing this message.**

CONFIDENTIALITY NOTICE: This message may contain information that is confidential and/or legally privileged. Any use, disclosure, distribution, or duplication by anyone other than an intended recipient is prohibited. If you received this message in error, please notify the sender and permanently delete the original message, any copies and attachments from your computer system. Nothing in this message should be construed as legal advice.

FA01486