# EXHIBIT 24

July 31, 2015

Edward Quick
c/o Thomas Jarrard, Esq.
1020 N. Washington Street
Spokane, WA 99201
TJarrard@att.net

Dear Ed,

We corresponded for several months earlier this year regarding your reemployment with Frontier Airlines. On February 9, 2015 I recapped those discussions to you in an email. Because you had stated to us that you could not return to Frontier as a working pilot due to an unspecified "disability" and resulting inability to hold the necessary FAA medical certificate, and because you had expressed repeated interest in long term disability benefits ("LTD"), we were frankly confused as to what your intentions were for returning to an active employment position.

You responded on February 11, 2015 and stated that Frontier was required to "reemploy you first" and then had the obligation to "figure out what jobs I am qualified to do." We disagree with that premise as a matter of law and fact. But regardless, as a matter of common sense, we could not begin to "figure out" what types of jobs may be appropriate for you under USERRA without knowing from you at the outset what your abilities, qualifications, and/or disabilities may be. This confusion was reinforced by your continued references to being "disabled" and your intent to "make a decision" about making application for LTD benefits.

Nevertheless, since you had also begun to make ambiguous reference to returning to work in non-pilot positions, I reiterated to you in my March 6, 2015 email that we would be happy to start constructive dialogue toward this goal by having you review the Company website for employment positions, and "help us identify another position that you will accept, and which you are qualified to perform (including with reasonable accommodation and/or training by Frontier)." You made no effort to respond to this simple request .

At this point, we can see few options left to try and respond to your desire for unspecified reemployment. As yet another attempt to institute the necessary dialogue, we have considered unilaterally what positions may meet the requirements of USERRA, despite the difficulty in identifying a position equivalent in status and pay to your prior position as First Officer, given that this job is so unique within the Company and the industry.

At this point we are prepared to have you assume one of the following positions, even though we have little idea whether you are qualified or able to perform their essential functions, whether they implicate your unspecified disability, or whether you would require any reasonable accommodations. It is inefficient and disjointed to simply throw out possibilities that may be entirely inappropriate for you, but you have left us with no other option.

Therefore, please review the positions below. Their job descriptions are attached. Let us know which of them you wish to accept, and whether you will require any particular physical or other accommodations or training beyond that which is normally provided to employees newly hired into these jobs. Information about the pay rate for these jobs is indicated below, but once you

identify the position you prefer, we will employ you at a rate commensurate with your current seniority as a Frontier employee.

*AOG Buyer* is classified as an *Exempt* and *Salaried* position. The average salary for employees in that position as of 7.20.2015 is $34,629 annually. The range minimum is $32,463/year, midpoint is $39,589/year and maximum is $46,715/year.

*Crew Scheduler* is classified as a *Non-exempt* and *Hourly* position. The average salary for employees in that position as of 7.20.2015 is $15.26/hour. The range for that position is $14.00/hour to $18.00/hour.

Again, if you wish to suggest some different position as more in line with your abilities and interests, or which you contend is more appropriate under USERRA, please do not hesitate to do so.

Best Regards,

*Michelle Zeier*
*Director, Labor Relations*
*& Organizational Effectiveness*