# EXHIBIT 25



Exhibit No. 54
Deponent: Zeier
Date: 8-5-16 RPR: SW
Mile High Court Reporting

**From:** SchwabPayrollProcessing@schwab.com [mailto:SchwabPayrollProcessing@schwab.com]
**Sent:** Monday, August 03, 2015 8:47 AM
**To:** Sabia, Anthony J. <anthony.sabia@flyfrontier.com>
**Subject:** ACH Debit Notification - Frontier Airlines, Inc. 401(k) Retirement Plan (RAF) - Semi-Monthly Payroll Contribution File - Defined Contribution Plan

Dear Anthony Sabia,

Schwab Retirement Plan Services, Inc. has reconciled the 07/31/2015 manual contribution data for Frontier Airlines, Inc. 401(k) Retirement Plan. Funds in the amount of $32,046.21 will be debited from account ending XXXXX████

Semi-Monthly Payroll Contribution File - Defined Contribution Plan Summary

| | |
|---|---|
| Defined Contribution Plan | $32,046.21 |
| **Total:** | **$32,046.21** |
| **Total Debit Amount:** | **$32,046.21** |

Please do not "Reply" to this message. For additional assistance, please contact your Client Services Manager. Additional processing information is available at www.schwab.com/workplace.

This e-mail was sent by Charles Schwab, located at 4150 Kinross Lakes Parkway, Richfield, OH 44286. You have agreed to receive e-mail correspondence from the Charles Schwab corporate e-mail system as a client of Schwab Retirement Plan Services, Inc.

Schwab Retirement Plan Services, Inc. provides recordkeeping and related services with respect to retirement plans and created this communication for retirement plan sponsors.

NOTICE: All e-mail sent to or from the Charles Schwab corporate e-mail system may be retained, monitored and/or reviewed by affiliated personnel.

0814-4898

FA00739