IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

    Defendants.

## JOINT MOTION FOR SHORT STAY OF LITIGATION PENDING SETTLEMENT AND DISMISSAL

Defendants Frontier Airlines, Inc. ("Frontier") and Michelle Zeier (collectively "Defendants"), and Plaintiff Edward K. Quick, hereby jointly and respectfully move this Court for an order staying this matter and all pending deadlines in order to finalize a settlement in this matter. As grounds for this motion, the parties state as follows:

1.    The parties conducted a mediation on September 9, 2016, and continued to discuss settlement of this matter through September 15, 2016.

2.    As a result, the parties have reached an agreement in principle for a full and final settlement of this matter, and on September 15, 2016 signed a Memorandum of Settlement and Release to that effect prepared by the mediator.

3.    The parties believe it will require approximately 21 days to finalize the formal Settlement Agreement, obtain settlement funds from the relevant insurer, accomplish the agreed payments, and take any related steps.

4. The parties wish to avoid devoting further time and expense to litigating this matter pending the completion of settlement. However, there are several pending deadlines, including remaining summary judgment motions due Monday, September 19, 2016 and expert discovery to be completed by October 27, 2016.  A stay of at least 21 days will be necessary to accomplish the above, after which the parties will file a notice of dismissal.

WHEREFORE, the parties jointly and respectfully request a stay of all pending deadlines in this litigation, through and including Monday, October 10, 2016, for the purpose of completing their full and final settlement.

DATED: September 16, 2016.

Respectfully Submitted,

| *s/Peter Romer-Friedman*<br>Peter Romer-Friedman<br>Outten & Golden LLP<br>718 7th Street NW<br>Washington, DC 20001<br>prf@outtengolden.com<br><br>Joseph A. Whitcomb, Esq.<br>Brandon M. Selinsky, Esq.<br>Daniel C. McAuliffe, Esq.<br>Whitcomb, Selinsky, McAuliffe, PC<br>1391 Speer Blvd., Suite 705<br>Denver, CO 80204<br>joe@whitcomblawpc.com<br>brandon@whitcomblawpc.com<br>danm@whitcomblawpc.com<br><br>**ATTORNEYS FOR PLAINTIFF** | *s/William R. Dabney*<br>William R. Dabney<br>Brian M. Mumaugh<br>Bradford J. Williams<br>HOLLAND & HART LLP<br>555 Seventeenth Street, Suite 3200<br>Denver, Colorado  80202<br>Telephone:  (303) 295-8000<br>Facsimile:   (720) 235-0229<br>wrdabney@hollandhart.com<br>bmumaugh@hollandhart.com<br>bjwilliams@hollandhart.com<br><br>**ATTORNEYS FOR DEFENDANTS** |

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Joseph A. Whitcomb, Esq.
>Brandon M. Selinsky, Esq.
>Daniel C. McAuliffe, Esq.
>joe@whitcomblawpc.com
>brandon@whitcomblawpc.com
>danm@whitcomblawpc.com
>
>Peter Romer-Friedman
>prf@outtengolden.com
>
>**ATTORNEYS FOR PLAINTIFF**

>s/*William R. Dabney*
>William R. Dabney

9092538_1