IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

    Defendants.

## JOINT MOTION FOR ADDITIONAL STAY OF LITIGATION PENDING SETTLEMENT AND DISMISSAL

Defendants Frontier Airlines, Inc. ("Frontier") and Michelle Zeier (collectively "Defendants"), and Plaintiff Edward K. Quick, hereby jointly and respectfully move this Court for an additional order further staying this matter and all pending deadlines in order to finalize settlement. As grounds for this motion, the parties state as follows:

1.     The parties previously moved this Court for an Order to stay this litigation pending the formalizing and execution of a settlement agreement in principle reached via mediation on September 15, 2016. The Court issued such order and directed the parties to file their dismissal papers by October 14, 2016 (Dkt. 89).

2.     The settlement agreement in principle is complicated and has several moving parts, including how to implement permissible tax deferral mechanisms for settlement funds, by allocating of such payments to different employee benefit plans going back to 2007.

3.     As a result, the parties have had to engage other professionals regarding their ability to place certain settlement payments into various employee benefits plans. The defendants

have had deal with third party insurance carrier and benefit plan administrator issues presented by the proposed arrangement.  However, the parties believe that they have developed a framework for the practical implementation of the agreed settlement payments.

4. The parties have spent significant time and effort, and Defendants have engaged and consulted multiple other financial and legal professionals, in constructing the details of this settlement over the last few weeks.

5. Despite these efforts, and largely because of the complexities involved, there remain some few discrete financial and other drafting issues that the parties are working to resolve. Once a final settlement agreement is reached, settlement funds will be paid expeditiously and the parties will be able to file a dismissal of the action.

6. The parties are sensitive to the Court's calendar and appreciate the time already provided to accomplish this settlement. The parties believe that an additional two-week stay of litigation, through and including October 29, 2016, would allow them to finish the process on which they have spent so much effort to date.

WHEREFORE, the parties jointly and respectfully request a further stay of pending deadlines in this litigation, through and including October 29, 2016.

DATED: October 12, 2016.

Respectfully Submitted,

| | |
|---|---|
| *s/Peter Romer-Friedman*<br>Peter Romer-Friedman<br>Outten & Golden LLP<br>718 7th Street NW<br>Washington, DC 20001<br>prf@outtengolden.com<br><br>Joseph A. Whitcomb, Esq.<br>Brandon M. Selinsky, Esq.<br>Daniel C. McAuliffe, Esq.<br>Whitcomb, Selinsky, McAuliffe, PC<br>1391 Speer Blvd., Suite 705<br>Denver, CO 80204<br>joe@whitcomblawpc.com<br>brandon@whitcomblawpc.com<br>danm@whitcomblawpc.com<br><br>**ATTORNEYS FOR PLAINTIFF** | *s/William R. Dabney*<br>William R. Dabney<br>Brian M. Mumaugh<br>Bradford J. Williams<br>HOLLAND & HART LLP<br>555 Seventeenth Street, Suite 3200<br>Denver, Colorado  80202<br>Telephone:  (303) 295-8000<br>Facsimile:   (720) 235-0229<br>wrdabney@hollandhart.com<br>bmumaugh@hollandhart.com<br>bjwilliams@hollandhart.com<br><br>**ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2016, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Joseph A. Whitcomb, Esq.
>Brandon M. Selinsky, Esq.
>Daniel C. McAuliffe, Esq.
>joe@whitcomblawpc.com
>brandon@whitcomblawpc.com
>danm@whitcomblawpc.com
>
>Peter Romer-Friedman
>prf@outtengolden.com
>
>**ATTORNEYS FOR PLAINTIFF**

>s/*William R. Dabney*
>William R. Dabney

9184968_1