**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

    Defendants.

## [PROPOSED] ORDER ON PARTIES' JOINT MOTION FOR STAY OF LITIGATION PENDING FINAL SETTLEMENT

THIS MATTER is before the Court on the joint motion of Defendants Frontier Airlines, Inc. ("Frontier") and Michelle Zeier (collectively "Defendants"), and Plaintiff Edward K. Quick for an order staying this litigation and all pending deadlines until October 29, 2016.

Having reviewed the Motion and otherwise being fully informed in the premises, the Court find good cause to GRANT the joint motion.

IT IS THEREFORE ORDERED that all pending deadlines in this matter shall be stayed through and including October 29, 2016, in order for the parties to finalize settlement.

DATED: this _____ day of October, 2016.

                                                                                              _____
                                                                                              United States Magistrate Judge

9185064_1