IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

    Defendants.

## JOINT MOTION FOR ADDITIONAL, AND FINAL, STAY OF LITIGATION PENDING SETTLEMENT PAYMENTS AND DISMISSAL

    Defendants Frontier Airlines, Inc. ("Frontier") and Michelle Zeier (collectively "Defendants"), and Plaintiff Edward K. Quick, hereby jointly and respectfully move this Court for an additional, and final, order further staying this matter and all pending deadlines in order to accomplish final settlement payments and submit a stipulation for dismissal . As grounds for this motion, the parties state as follows:

    1.    The parties previously moved this Court for two Orders to stay this litigation. The last was to finalize a full settlement agreement and structure the complicated insurance and payment arrangements. The Court issued such order and directed the parties to file their dismissal papers by October 31, 2016 (Dkt. 91).

    2.    The full settlement agreement is now executed by all parties. The insurance proceeds have been received for distribution according to the settlement agreement. Defendants are now in the final process of calculating and preparing settlement checks, generating related

tax reporting documents, and forwarding other settlement funds to the relevant benefit plan administrator along with detailed deposit instructions.

3. The parties are sensitive to the Court's calendar and appreciate the time already provided to accomplish this settlement. The parties believe that all final payments will be accomplished within five to seven business days from the date of this motion, and dismissal papers filed immediately upon the same.

WHEREFORE, the parties jointly and respectfully request a further, and final, stay of pending deadlines in this litigation, through and including November 8, 2016.

DATED: October 31, 2016.

Respectfully Submitted,

| *s/Peter Romer-Friedman* <br> Peter Romer-Friedman <br> Outten & Golden LLP <br> 718 7th Street NW <br> Washington, DC 20001 <br> prf@outtengolden.com <br><br> Joseph A. Whitcomb, Esq. <br> Brandon M. Selinsky, Esq. <br> Daniel C. McAuliffe, Esq. <br> Whitcomb, Selinsky, McAuliffe, PC <br> 1391 Speer Blvd., Suite 705 <br> Denver, CO 80204 <br> joe@whitcomblawpc.com <br> brandon@whitcomblawpc.com <br> danm@whitcomblawpc.com <br><br> **ATTORNEYS FOR PLAINTIFF** | *s/William R. Dabney* <br> William R. Dabney <br> Brian M. Mumaugh <br> Bradford J. Williams <br> HOLLAND & HART LLP <br> 555 Seventeenth Street, Suite 3200 <br> Denver, Colorado  80202 <br> Telephone:  (303) 295-8000 <br> Facsimile:   (720) 235-0229 <br> wrdabney@hollandhart.com <br> bmumaugh@hollandhart.com <br> bjwilliams@hollandhart.com <br><br> **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2016, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Joseph A. Whitcomb, Esq.
>Brandon M. Selinsky, Esq.
>Daniel C. McAuliffe, Esq.
>joe@whitcomblawpc.com
>brandon@whitcomblawpc.com
>danm@whitcomblawpc.com
>
>Peter Romer-Friedman
>prf@outtengolden.com
>
>**ATTORNEYS FOR PLAINTIFF**

>s/*William R. Dabney*
>William R. Dabney

9243857_1