IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES INC. and MICHELE ZEIER, an individual,

    Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Defendants Frontier Airlines, Inc. and Michelle Zeier ("Defendants"), and Plaintiff Edward K. Quick, hereby stipulate, through their undersigned counsel, that any and all claims alleged by Plaintiff in the above-entitled matter against Defendants shall be, and hereby are, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the terms of the parties' executed Confidential Settlement Agreement, Release of Claims, and Covenant Not to Sue (the "Agreement"). Each of the parties shall bear its own costs and attorney fees, except as specifically provided in the Agreement.

DATED: November 8, 2016.

Respectfully Submitted,

| | |
|---|---|
| *s/Peter Romer-Friedman*<br>Peter Romer-Friedman<br>Outten & Golden LLP<br>718 7th Street NW<br>Washington, DC 20001<br>(202) 770-7886<br>prf@outtengolden.com<br><br>Joseph A. Whitcomb, Esq.<br>Brandon M. Selinsky, Esq.<br>Daniel C. McAuliffe, Esq.<br>Whitcomb, Selinsky, McAuliffe, PC<br>1391 Speer Blvd., Suite 705<br>Denver, CO 80204<br>joe@whitcomblawpc.com<br>brandon@whitcomblawpc.com<br>danm@whitcomblawpc.com<br><br>**ATTORNEYS FOR PLAINTIFF** | *s/William R. Dabney*<br>William R. Dabney<br>Brian M. Mumaugh<br>Bradford J. Williams<br>HOLLAND & HART LLP<br>555 Seventeenth Street, Suite 3200<br>Denver, Colorado  80202<br>Telephone:  (303) 295-8000<br>Facsimile:   (720) 235-0229<br>wrdabney@hollandhart.com<br>bmumaugh@hollandhart.com<br>bjwilliams@hollandhart.com<br><br>**ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

       I hereby certify that on November 8, 2016, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

       Joseph A. Whitcomb, Esq.
       Brandon M. Selinsky, Esq.
       Daniel C. McAuliffe, Esq.
       joe@whitcomblawpc.com
       brandon@whitcomblawpc.com
       danm@whitcomblawpc.com

       Peter Romer-Friedman
       prf@outtengolden.com

**ATTORNEYS FOR PLAINTIFF**

       s/*William R. Dabney*
       William R. Dabney

9326420_1