# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  1:15-cv-765-REB-KMT

EDWARD K. QUICK,

      Plaintiff,

v.

FRONTIER AIRLINES, INC., and MICHELE ZEIER, an individual,

      Defendants.

## NOTICE OF RELEASE OF ATTORNEYS' LIEN

      Thomas Jarrard of the Law Office of Thomas G. Jarrard, PLLC, fully releases any and all liens it placed upon the proceeds obtained by the Plaintiff in the above-captioned matter.

      Dated this November 8, 2016.

                          /s/ *Thomas G. Jarrard*
                          THOMAS G. JARRARD
                          Law Office of Thomas G. Jarrard, PLLC
                          1020 N. Washington Street
                          Spokane, WA 99201
                          Telephone: 425.239-7290
                          Tjarrard@att.net

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2016, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

William R. Dabney, attorney for defendants

Brian M. Mumaugh, attorney for defendants

Bradford J. Williams, attorney for defendants

Peter Romer-Friedman, attorney for plaintiff

Joseph Whitcomb, attorney for plaintiff

/s/ *Thomas G. Jarrard*
THOMAS G. JARRARD
Law Office of Thomas G. Jarrard, PLLC
1020 N. Washington Street
Spokane, WA 99201
Telephone: 425.239-7290
Tjarrard@att.net