### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No.  1:15-cv-765-REB-KMT

EDWARD K. QUICK,

       Plaintiff,

v.

FRONTIER AIRLINES, INC., and MICHELE ZEIER, an individual,

       Defendants.

### NOTICE OF RELEASE OF ATTORNEYS' LIEN

Matthew Z. Crotty of the Crotty & Son Law Firm, PLLC, fully releases any and all liens it placed upon the proceeds obtained by the Plaintiff in the above-captioned matter.

Dated this November 8, 2016.

                CROTTY & SON LAW FIRM, PLLC

                By:  /s/ Matthew Z. Crotty
                      MATTHEW Z. CROTTY
                      905 W. Riverside Ave. Ste. 409
                      Spokane, WA 99201
                      Telephone:  509 850 7011
                      Facsimile:  509 703 7957
                      matt@crottyandson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2016, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

William R. Dabney, attorney for defendants

Brian M. Mumaugh, attorney for defendants

Bradford J. Williams, attorney for defendants

Peter Romer-Friedman, attorney for plaintiff

Joseph Whitcomb, attorney for plaintiff

/s/ *Thomas G. Jarrard*
Thomas G. Jarrard