**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00765-REB-KMT

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES, INC., and
MICHELE ZEIER, an individual,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the parties' **Stipulation for Dismissal with Prejudice** [#96],[1] filed November 8, 2016.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice** is approved;

2. That all pending pretrial deadlines are vacated;

3. That the combined Final Pretrial Conference/Trial Preparation Conference set December 15, 2016, is vacated;

---

[1] "[#96]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

    4.  That the jury trial set to commence January 9, 2017, is vacated; and

    5.  That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated November 9, 2016, at Denver, Colorado.

**BY THE COURT:**

*[signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge